# EXHIBIT A

STATE COURT FILE

 CT Corporation

**Service of Process Transmittal**
08/05/2020
CT Log Number 538049638

TO:   Lynn Gompper
      Johnson Controls, Inc.
      5757 N GREEN BAY AVE
      MILWAUKEE, WI 53209-4408

RE:   **Process Served in Washington**

FOR:  Tyco Fire Products L.P.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Aaron Abbott, et al., Pltfs. vs. The 3M Company, etc., et al., Dfts. // To: Tyco Fire Products L.P. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020136532 |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Olympia, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/05/2020 at 14:23 |
| **JURISDICTION SERVED :** | Washington |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780134146363<br><br>Image SOP<br><br>Email Notification,  Greg Reynolds  Gregory.Reynolds@JCI.com<br><br>Email Notification,  Ian Botnick  ian.botnick@jci.com<br><br>Email Notification,  Lynn Gompper  lynn.m.gompper@jci.com<br><br>Email Notification,  Greg Reynolds  Gregory.Reynolds@JCI.com<br><br>Email Notification,  Elayne Mozen  elayne.mozen@jci.com |
| **SIGNED:**<br>**ADDRESS:** | CT Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



(Copy Receipt)          Clerk's Date Stamp

**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF SPOKANE**

**JUDGE MARYANN C. MORENO 92**

ABBOTT, AARON ETAL

**CASE NO. 20-2-01365-32**

Plaintiff(s)/Petitioner(s),

**CASE ASSIGNMENT NOTICE AND ORDER (NTAS)**

vs.

3M COMPANY ETAL

**CASE STATUS CONFERENCE DATE: AUGUST 7, 2020 AT 8:30 AM**

Defendant(s)/Respondent(s).

## ORDER

YOU ARE HEREBY NOTIFIED that this case is preassigned for all further proceedings to the judge noted above. **You are required to attend a Case Status Conference before your assigned judge on the date also noted above. The Joint Case Status Report must be completed and brought to the Status Conference. A Case Schedule Order, with the trial date, will be issued at the Status Conference.**

Under the individual calendar system, the court will operate on a four-day trial week. Trials will commence on Monday, Tuesday, Wednesday or Thursday. Motion Calendars are held on Friday. All motions, other than ex parte motions, must be scheduled with the assigned judge. Counsel must contact the assigned court to schedule motions and working copies of all motion pleadings must be provided to the assigned court at the time of filing with the Clerk of Court. Pursuant to LCR 40 (b) (10), motions must be confirmed no later than 12:00 noon two days before the hearing by notifying the judicial assistant for the assigned judge.

Please contact the assigned court to schedule matters regarding this case. You may contact the assigned court by phone, court department e-mail or through the Spokane County Superior Court web page at http://www.spokanecounty.org/1140/Superior-Court

DATED: 05/06/2020

**HAROLD D. CLARKE**
**PRESIDING JUDGE**

NOTICE: The plaintiff shall serve a copy of the Case Assignment Notice on the defendant(s).

## SPOKANE COUNTY CLERK INDEXING SHEET

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. This classification in no way affects any legal action of the case.

**CASE NO.** 2020 365-32

### CIVIL

**TORT**
- ___ *Medical Malpractice  (MED)
- ___ *Personal Injury  (PIN)
- ___ *Property Damages  (PRP)
- ___ *Wrongful Death  (WDE)
- ___ *Other Malpractice  (MAL)
- ___ *Tort Motor Vehicle  (TMV)
- X   *Tort – Other  (TTO)
- ___ Victims of Motor Vehicle Theft  (VVT)

**CONTRACT / COMMERCIAL**
- ___ Collection  (COL)
- ___ Commercial Non-Contract  (COL)
- ___ *Commercial / Contract  (COM)

**PROPERTY RIGHTS**
- ___ *Condemnation  (CON)
- ___ *Foreclosure  (FOR)
- ___ *Quiet Title  (QTI)
- ___ *Land Use Petition  (LUP)
- ___ Unlawful Detainer  (UND)
- ___ Property Fairness Act  (PFA)

**PROTECTION ORDER**
- ___ Domestic Violence Protection  (DVP)
- ___ Civil Harassment  (HAR)
- ___ Foreign Protection Order  (FPO)
- ___ Sexual Assault Protection  (SXP)
- ___ Stalking Protection  (STK)
- ___ Vulnerable Adult Protection  (VAP)

**OTHER COMPLAINT / PETITION**
- ___ Change of Name (Non-Confidential)  (CHN)
- ___ *Injunction  (INJ)
- ___ Malicious Harassment  (MHA)
- ___ Petition for Civil Comm (Sexual Predator)  (PCC)
- ___ Seizure of Prop from Commission of a Crime  (SPC)
- ___ Seizure of Prop from a Crime  (SPR)
- ___ Property Damage – Gangs  (PRG)
- ___ Public Records Act  (PRA)
- ___ School District – Required Action Plan  (SDR)
- ___ Miscellaneous  (MSC)
- ___ Emancipation of Minor  (EOM)
- ___ *Minor Settlement  (MST)
- ___ *Structured Settlement  (MSC)
- ___ Relief from Duty to Register  (RDR)
- ___ Restoration of Firearm Rights  (RFR)

**WRITS**
- ___ Writ of Habeas Corpus  (WHC)
- ___ Writ of Mandamus  (WRM)
- ___ Writ of Restitution  (WRR)
- ___ Writ of Review  (WRV)
- ___ Miscellaneous Writs  (WMW)

**APPEAL / REVIEW**
- ___ *Administrative Law Review  (ALR)
- ___ *Lower Court Appeal-Civil  (LCA)
- ___ *Lower Court Appeal-Traffic  (LCI)
- ___ *Dept. of Licensing Revocation  (DOL)

**JUDGMENT**
- ___ Tax Warrants  (TAX)
- ___ Abstract of Judgment  (ABJ)
- ___ Transcript of Judgment  (TRJ)
- ___ Foreign Judgment  (FJU)

### DOMESTIC RELATIONS
- ___ **Annulment-Invalidity  (INV)
- ___ **Dissolution With Children  (DIC)
- ___ **Dissolution With No Children  (DIN)
- ___ **Dissolution Dom Partnership with Children (DPC)
- ___ **Dissolution Dom Partnership No Children (DPN)
- ___ **Invalidity – Domestic Partnership  (INP)
- ___ **Legal Separation  (SEP)
- ___ **Legal Separation – Domestic Partnership (SPD)
- ___ **Parenting Plan/Child Support  (PPS)
- ___ *Child Custody  (CUS)
- ___ *Committed Intimate Relationship w/Children (CIR)
- ___ *Committed Intimate Relationship-No Children (CIR)
- ___ Modification  (MOD)
- ___ Modification: Support Only  (MDS)
- ___ Out of State Custody  (OSC)
- ___ Foreign Judgment  (FJU)
- ___ Mandatory Wage Assignment  (MWA)
- ___ Miscellaneous  (MSC)
- ___ ***Relative Visitation  (RCV)
- ___ Reciprocal, Respondent-in-County  (RIC)
- ___ Reciprocal, Respondent-Out-of-County (ROC)

### PATERNITY / ADOPTION
**PATERNITY**
- ___ Paternity  (PAT)
- ___ Paternity/URESA/UIFSA  (PUR)

**ADOPTION**
- ___ Adoption  (ADP)
- ___ Confidential Intermediary  (MSC)
- ___ Relinquishment  (REL)
- ___ Termination of Parent/Child Relationship (TER)
- ___ Initial Pre-Placement Report  (PPR)

**DV/AH - CHANGE OF NAME**
- ___ Confidential Name Change  (CHN)

### PROBATE / GUARDIANSHIP
- ___ Absentee  (ABS)
- ___ Disclaimer  (DSC)
- ___ Estate  (EST)
- ___ Foreign Will  (FNW)
- ___ Non-Probate Notice to Creditors  (NNC)
- ___ Will Only  (WLL)
- ___ Miscellaneous  (MSC)
- ___ Trust  (TRS)
- ___ Trust/Estate Dispute Resolution  (TRD)
- ___ Sealed Will Repository  (SWR)
- ___ Guardianship/Estate  (G/E)
- ___ Guardianship  (GDN)
- ___ Guardianship of the Person  (GDP)
- ___ Guardianship of the Estate  (GDE)
- ___ Minor Guardianship  (MGD)
- ___ Limited Guardianship  (LGD)
- ___ Limited Guardianship of the Person (LGP)
- ___ Limited Guardianship of the Estate (LGE)
- ___ *Minor Settlement  (MST)

**ATTENTION: ONLY cases marked with**
- * get a case assignment notice
- ** get BOTH case assignment notice and Court's Automatic Temporary Order
- *** get a case assignment notice with JUDGE ONLY

Revised February 2018

## SPOKANE COUNTY CLERK INDEXING SHEET
### CATEGORIES

# DOMESTIC

**Annulment--Invalidity (INV)** - Petition claiming an illegal or invalid marriage.

**Child Custody (CUS)** - Petition involving the immediate charge and control of a child.

**Dissolution with Children (DIC)** - Petition to terminate a marriage other than annulment, with children of that marriage.

**Dissolution with no Children (DIN)** - Petition to terminate a marriage other than annulment, with no children of that marriage.

**Committed Intimate Relationship (CIR)** – Petition for distribution of property from a committed intimate relationship (i.e., a stable, marital-like relationship where both parties cohabit with knowledge that a lawful marriage between them does not exist).

**Foreign Judgment (FJU)** - A judgment, decree, or order of a court of the United States, or any state or territory, which is entitled to full faith and credit in this state.

**Legal Separation (SEP)** - Petition to live separate and apart.

**Mandatory Wage Assignment (MWA)** - Petition for wage assignment.

**Modification (MOD)** - Petition seeking amendment of a previous order or decree.

**Modification: Support Only (MDS)** - Petition seeking amendment of a previous order or decree regarding support.

**Out-of-State Custody (OSC)** - Recording custody established out-of-state.

**Parenting Plan/Child Support (PPS)** - Petition for Residential Schedule/Parenting Plan/Child Support in circumstances set forth in RCW 26.26.375.

**Reciprocal, Respondent-In-County (RIC)** - Petition to enforce orders between states under URESA for respondents in the county.

**Reciprocal, Respondent - Out-of-County (ROC)** - Petition to enforce orders between states under URESA for respondents out of the county.

# PROTECTED CASES

### NAME CHANGE - DOMESTIC VIOLENCE / ANTIHARASSMENT

**Confidential Name Change (CHN)** - Petition for name change, when domestic violence/antiharassment issues require confidentiality.

### ADOPTION

**Adoption (ADP)** - Petition to establish a new, permanent relationship of parent and child not having that relationship.

**Relinquishment (REL)** - Petition to relinquish a child to DSHS, an agency, or a prospective adoptive parent.

**Confidential Intermediary (MSC)** - Petition to appoint a confidential intermediary to contact the adopted person(s), birth parent(s), or other relative(s).

**Initial Pre-Placement (PPR)** - An initial pre-placement report filed on a child by the DSHS prior to the filing of adoption papers.

### PATERNITY

**Paternity (PAT)** - Petition to determine the legal status of an alleged biological father.

**Paternity/URESA/UIFSA (PUR)** - Petition to determine the legal status of an alleged biological father which is filed in conjunction with the reciprocal report entered under the URESA or UIFSA acts.

**Modification (MOD)** - Petition seeking amendment of a previous order or decree.

**(Title 26) Termination of Parent-Child Relationship (TER)** - Petition to terminate a parent-child relationship when parent has not executed a written consent.

# PROBATE

**Absentee (ABS)** - Petition to determine the location of absent owner of real or personal property.

**Disclaimer (DSC)** - Recording a written instrument disclaiming an interest by beneficiaries.

**Estate (EST)** - Petition seeking court settlement of a deceased person's property.

**Foreign Will (FNW)** - Filing of a will for probate that has been proved in another state, territory, or foreign country.

**Non-Probate Notice to Creditors (NNC)** - The filing of a non-probate notice to creditors in a case in which no probate action is expected (e.g., an estate with a living trust which does not require probate, providing the heirs with an opportunity to start the time period for creditor filing of claims).

**Will Only (WLL)** - Filing a will when no further action shall be taken.

**Trust (TRS)** - A case filed, by order, separately from a guardianship or probate case.

**Trust/Estate Dispute Resolution (TDR)** - The filing of a dispute in any estate, guardianship, or trust.

# GUARDIANSHIP

**Guardianship (GDN)** - Petition to appoint a guardian to manage the affairs of an incompetent or non-resident person.

**Minor Guardianship (MGD)** – Petition to appoint guardian where minority is the sole basis of the guardianship.

**Limited Guardianship (LGD)** - Petition to appoint a limited guardian with only partial responsibility for the ward's person and/or property, where the ward is not fully incompetent.

**Minor Settlements (MST)** - Petition for a court decision that an award to a minor is appropriate when letters of guardianship are required (e.g., net settlement value is greater than $25,000.)

**Trust (TRS)** - A case filed, by order, separately from a guardianship or probate case.

## SPOKANE COUNTY CLERK INDEXING SHEET
## CATEGORIES

# CIVIL

## TORT, MEDICAL MALPRACTICE

**Hospital (MED)** - Complaint involving injury or death resulting from a hospital.

**Medical Doctor (MED)** - Complaint involving injury or death resulting from a medical doctor.

**Other Health Care Professional (MED)** - Complaint involving injury or death resulting from a health care professional other than a medical doctor.

## TORT, NON-MOTOR VEHICLE

**Asbestos (PIN)** - Complaint alleging injury resulting from asbestos exposure.

**Other Malpractice (MAL)** - Complaint involving injury resulting from other than professional medical treatment.

**Personal Injury (PIN)** - Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.

**Products Liability (TTO)** - Complaint involving injury resulting from a commercial product.

**Property Damages (PRP)** - Complaint involving damage to real or personal property excluding motor vehicles.

**Wrongful Death (WDE)** - Complaint involving death resulting from other than professional medical treatment.

## TORT, MOTOR VEHICLE

**Death (TMV)** - Complaint involving death resulting from an incident involving a motor vehicle.

**Non-Death Injuries (TMV)** - Complaint involving non-death injuries resulting from an incident involving a motor vehicle.

**Property Damage Only (TMV)** - Complaint involving only property damages resulting from an incident involving a motor vehicle.

## COMMERCIAL/COLLECTION

**Breach of Contract (COM)** - Complaint involving monetary dispute where a breach of contract is involved.

**Commercial Contract (COM)** - Complaint involving monetary dispute where a contract is involved.

**Commercial Non-Contract (COL)** - Complaint involving monetary dispute where no contract is involved.

**Third Party Collection (COL)** - Complaint involving a third party over a monetary dispute where no contract is involved.

## PROPERTY RIGHTS

**Condemnation (CON)** - Complaint involving governmental taking of private property with payment, but not necessarily with consent.

**Foreclosure (FOR)** - Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.

**Land Use Petition (LUP)** - Petition for an expedited judicial review of a land use decision made by a local jurisdiction (RCW 36.70C.040).

**Property Fairness (PFA)** - Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64 RCW.

**Quiet Title (QTI)** - Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.

**Unlawful Detainer (UND)** - Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.

## CIVIL HARASSMENT

**Civil Harassment (HAR)** - Petition for protection from civil harassment.

## OTHER PETITION / COMPLAINT

**Action to Compel/Confirm Private Binding Arbitration (MSC)** - Petition to compel or confirm private binding arbitration.

**Change of Name (CHN)** - Petition for a change of name. *If change is confidential due to domestic violence/antiharassment see case type 5 instead.*

**Deposit of Surplus Funds (MSC)** - Deposit of money or other item with the court.

**Emancipation of Minor (EOM)** - Petition by a minor for a declaration of emancipation.

**Injunction (INJ)** - Complaint/petition to require a person to do or refrain from doing a particular thing.

**Interpleader (MSC)** - Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).

**Malicious Harassment (MHA)** - Suit involving damages resulting from malicious harassment.

**Minor Settlements (MST)** - Petition for a court decision that an award to a minor is appropriate when no letters of guardianship are required (e.g., net settlement value $25,000 or less or appointment of Guardian Ad Litem only - use case type 4 to appoint a general guardian).

**Petition for Civil Commitment (Sexual Predator) (PCC)** - Petition for the involuntary civil commitment of a person who 1) has been convicted of a sexually violent offense whose term of confinement is about to expire or has expired, 2) has been charged with a sexually violent offense *and who has been determined to* be incompetent to stand trial who is about to be released or has been released, or 3) has been found not guilty by reason of insanity of a sexually violent offense and who is about to be released or has been released, and it appears that the person may be a sexually violent predator.

**Seizure of Property from the Commission of a Crime (SPR)** - Seizure of personal property which was employed in aiding, abetting, or in the commission of a crime, from a defendant following criminal conviction.

**Seizure of Property Resulting from a Crime (SPR)** - Seizure of tangible or intangible property which is the direct or indirect result of a crime, from a defendant following criminal conviction (e.g., remuneration for, or contract interest in, a depiction or account of a crime).

**Subpoenas (MSC)** - Petition for a subpoena.

## WRIT

**Writ of Habeas Corpus (WHC)** - Petition *for a writ to bring a party before the court.*

**Writ of Mandamus (WM)** - Petition for a writ commanding the performance of a particular act or duty.

**Writ of Restitution (WRR)** - Petition for a writ restoring property or proceeds; not an unlawful detainer petition.

# SPOKANE COUNTY CLERK INDEXING SHEET
## CATEGORIES

**Writ of Review (WRV)** - Petition for review of the record or decision of a case pending in the lower court; *does not include lower court appeals or administrative law reviews.*

**Transcript of Judgment (TRJ)** - A certified copy of a judgment from a court of limited jurisdiction to a su perior court in the same county.

### DOMESTIC VIOLENCE

**Domestic Violence (DVP)** - Petition for protection from domestic violence.

**Foreign Protection Orders (FPO)** - Any protection order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.

**Vulnerable Adult Protection (VAP)** - Petition for protection order for vulnerable adults, as those persons are defined in RCW 74.34.020.

### APPEAL/REVIEW

**Administrative Law Review (ALR)** - Petition to the superior court for review of rulings made by state administrative agencies.

**Appeal of a Department of Licensing Revocation (DOL)** - Appeal of a DOL revocation (RCW 46.20.308(9)).

**Lower Court Appeal-Civil (LCA)** - An appeal for a civil case; excludes traffic infraction and criminal matters.

**Lower Court Appeal-Infractions (LCI)** - An appeal for a traffic infraction matter.

### MATTERS FILED WITH CLERK

**Abstract Only (ABJ)** - A certified copy of a judgment docket from another superior court, an appellate court, or a federal district court.

**Foreign Judgment (FJU)** - Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.

**Judgment, Another County (ABJ)** -A certified copy of a judgment docket from another superior court within the state.

**Judgment, Another State (FJU)** - Any judgment, decree, or order from another state which is entitled to full faith and credit in this state.

**Tax Warrant (TAX)** - A notice of assessment by a state agency creating a judgment/lien in the county in which it is filed.

1

2                                                          Judge Maryanne C. Moreno

3

4

5

6

7          **IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON**
                      **IN AND FOR SPOKANE COUNTY**
8

9    AARON ABBOTT; ILDEFONSO
     ABOY; DUSTIN ABRAMS; MANUEL           **NO.: 20-2-01365-32**
10   ACALA; CHRISTOPHER ADAMS;
     JAMES ADAMS; HIPOLITO                  **SUMMONS**
11   AGUILAR; JUSTIN AGUILAR-TOFTE;
     DONALD ALCORN; ROGER
12   ALDERMAN: ROMAN ALLAH;CECIL
     ALLEN; TONY ALLEN; ANDREW
13   ALLENBY; JEREMY ANDERSON;
     JOHN ANDERSON: MICHAEL
14   ANDERSON; RANDY ANDERSON;
15   RICARDO ANGULO; ADAM
     ARCHER; ANTHONY ARCHULETA;
16   MICHAEL AYCOX; SCOTT
17   AYNSLEY; JESSE AZURE; SHAPPA
     BAKER; ROBERT BARKER; JAMES
18   BARNES; PAUL BARNES; ZACHARY
     BASART; WILLIAM BASSET; TRAVIS
19   BAUMANN; DALE BEARDSLEY;
20   JACOB BECK; JEREMIAH BELL;
     BRUCE BENNETT; MATTHEW
21   BERTUCCELLI; BRIAN BESTON;
22   ADAM BETANCOURT; SEAN BEWS;
     AARON BIRDSBILL; IAN BLACK;
23   JIMMY BLACKBURN; SPENCER
24   BLACKWELL: JUAN BLANCAS;
     PHILLIP BOBENHOUSE; MICHAEL
25   BOCKMAN; HERBERT BOISSINEAU;
26   DOMINIQUE BOOKER; KEVIN BOOT;
     KENNITH BOWENS; CARDELL
27   BRADY; DANIEL BRASEL; EUGENE
28   BRASIER: ROBERT BRIGGS; BRYAN

29

30   SUMMONS - 1
                                        *The Law Office of Michael Blue, PS*
                                        **3213 West Wheeler Street, #58**
                                        **Seattle, WA 98199**
                                        **PH: 206-292-6730**
                                        **FX: 206-284-8079**

BRODIL; BRUCE BROOKS; DANIEL
BROOKS; DONALD BROWN; KEVIN
BROWN; PATRICK BROWN;
QUINTON BROWN; ROBERT
BROWN; STEVEN BROWN; DALLAS
BROYLES; ITALY BRUMFIELD;
JAMES BRUNDAGE; DAVID
BRYNER; CURTIS BUCKNER;
MICHAEL BULLOCK; W.R.
BULLOCK; ROBERT BURCH;
JEFFERY BURKE; PHILLIP
BURMOOD; BRUCE BURNETT;
DAVID BURNS; BRETT BURNSON;
ROBBIE BURTON; JUSTIN BUSE;
ALLGERIO CAMPBELL; DANIEL
CAMPBELL; PRESTON CARBARY;
ERIC CARLSON; STEVEN
CARPENTER; MASON CARROLL;
JOHN CARY; JESUS CASTANEDA;
RICARDO CASTELLANO; GUSTAVO
ROMERO CASTRO; RICARDO
CASTRO-VAZQUEZ; GUYE
CAVENDER; NICHOLAS CENCICH;
CARLO CERUTTI; CHRISTOPHER
CHAPPLE; EZEQUIEL CHAVEZ;
JOSEPH CHRISTINA; RON
CHRISTOPHERSON; CULLEN
CLARK; DAVID CLARK; MARCOS
CLARKE; JOSEPH CLAYTON;
JEFFREY CLEATOR; ROBERT
COBERLY; MICHAEL COLEMAN;
CHRISTOPHER COMER; BERNARD
CONRAD; DUARTE CORDERO;
LUCAS COOK; RYAN CORKERY;
JOSE CORONADO; FRANCIS COTA;
JOHN COX; DENNIS CRAMM;
LINDSEY CRUMPTON; DANIEL
CUMMINS; MYLES DALQUIST;
JAMES DAUGHERTY; JOSE DAVILA;
AARON DAVIS; ALLEN DAVIS;
THOMAS DAVIS; JALEN DAY;
DARRON DEITRICK; CESAR
DELACRUZ; ANTONIO DELEON;
ESIQUIO DELEON; MARCOS DEPOZ;
DAN DEVORKIN; MIKE DEWEY;

SUMMONS - 2

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

| | |
|---|---|
| 1 | AARON DICK; DAMON DICKMAN; |
| 2 | JEFF DILKS; KRIS DILLARD; DAVID DODD: ROBERT DOMBROSKY; |
| 3 | STEPHEN DOUGLAS; DAVID |
| 4 | DRONEN; ROBERT DUGGINS; JOHN DYSON; CHRISTOPHER EAKLE; |
| 5 | JAMES EDWARDSON; JOSEPH ELLERY; DONALD A ELLIOT; |
| 6 | DONNY ELLIOT; ANDRES ESPINO; |
| 7 | DERRICK EVANS; JOSE FARJARDO; DWIGHT FEESER; JESSE FELLMAN- |
| 8 | SHIMMIN; ANTHONY FESILI; ROGER FICKETT; QUENTON FIELDS; |
| 9 | ESTEBAN FIERRO; ADRIAN |
| 10 | FILLMORE; JON FISCHER; JAMES FISHER: OLAJIDE FLETCHER; |
| 11 | ROGER FLOOK; TIMOTHY FLORENCE; JOHNATHON FLORES; |
| 12 | RUBEN FLORES: MICHAEL FOREST; |
| 13 | CODY FORSLIN; JASON FOWLER; JAMES FRANCIS; THOMAS |
| 14 | FRANKLIN; SCOTT FRASER; ALAN FRENCH; JOE FULLER; TROY |
| 15 | FULLER; TYSON GABRIEL; KRAIG |
| 16 | GADDIS; ADRIAN GARCIA; PAUL GARCIA; PAUL GARDENER; MARCO |
| 17 | GARNICA; DOMINIC GARRETT; GREGORY GARRISON; JAMES |
| 18 | GAVIN; RYAN GEHR; CARL GENTIS; |
| 19 | SETH GERMAIN; PETER GIBBS; ABRAN GIBSON; BRETT GILES; |
| 20 | PATRICK GILES; JASON GILMORE; |
| 21 | ALEJANDRO GONZALEZ; CHRISTIAN GONZALEZ; EDWIN |
| 22 | GONZALEZ; FIDEL BAUTISTA GONZALEZ; JAMES GONZALEZ; |
| 23 | MARTIN GONZALEZ; ORESTE |
| 24 | GONZALEZ; JESUS GONZALEZ-MURO; JASON GRAHAM; MATHEW |
| 25 | GUSTAMANTE; MICHAEL GRAY; |
| 26 | LUCKY GUZMAN; DARNELL HAGANS; DAVID HALL; JAMES |
| 27 | HAMBLETON; JAMES HAMILTON; JALIL HANDY; CLIFF HANNING; |
| 28 | CALEB HANOWELL; DEAN |
| 29 | |
| 30 | SUMMONS - 3 |

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

| | |
|---|---|
| 1 | HANSEN; RICHARD HARRIS; |
| 2 | WILLIAM HARSH; STEPHEN HARWOOD; DOUGLAS HAWKINS; |
| 3 | ROGER HAWKINS; GREG HAYDEN; |
| 4 | LUCAS HAYNES; CLINTON HECK; MICHAEL HELMER; SCOTT |
| 5 | HENDERSON; BLAKE HENDON; RAPHAEL HENSON; RICARDO |
| 6 | HERNANDEZ; BRADLEY HICKEY; |
| 7 | TRUMAN HIGGINBOTHAM; PATRICK HIGUERA; JESSE HIRST; |
| 8 | STANLEY HITE; COREY HOAGLAND; RICHARD HOFFMAN; |
| 9 | RUSSELL HOHF; LAFE HOTCHKISS; |
| 10 | EMANUEL HUBBART; MICKEY HUBBS; VINCENT HUERTA; |
| 11 | VINCENT OSORIO HUERTA; JAMES HUFF; JOHN HUGGINS; JERRY |
| 12 | HUNTOON; ERIC HUSTAD; LYLE |
| 13 | HUTCHINS; IAN HUTCHINSON; ROBERT INGRAM; ALLEN |
| 14 | JACKSON; CHRISTOPHER JACKSON; |
| 15 | PATRIC JAMES; JAMES JELSMA; DALE JOHNSON; DANIEL JOHNSON; |
| 16 | DEON JOHNSON; HOWARD JOHNSON; PAUL JOHNSON; TED |
| 17 | JOHNSON; JOHN JONES; JOSEPH |
| 18 | JONES; WESLEY JONES; TY JORDAN; RONALD JORGENSEN; |
| 19 | ANDRE JOSEPH; CHRISTOPHER KERR; RICK KERR; NICKOLAS |
| 20 | KIBILOWSKI; MARK KILGORE; |
| 21 | ROCKY KIMBLE; STEVEN KINARD; THOMAS KIVETT; TYLER KNAPP; |
| 22 | JORDAN KNIPPLING; DAVID KOCH; |
| 23 | MICHAEL KOEHLER; JOSEPH KOPPENSTEIN; SCOTT |
| 24 | KOSTELECKY; WILLIAM KRAMER; MATTHEW KREITEL; BRUCE |
| 25 | KRUGER; CLARK KUDLACEK; |
| 26 | TRAVIS KULHAVY; BARTOLO LABRA; RUFINO LAIROPI; ROBERT |
| 27 | LAMBERT; ROBERT LANE; TRAVIS |
| 28 | LANG; TRAVIS LAST; MICHAEL LAUDERDALE; KENNETH |
| 29 | |
| 30 | SUMMONS - 4 |

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  LAWRENCE; CHRISTOPHER LEAL;
   MAXIMO LEAL; SCOTT LESHOWITZ;
2  MICHAEL LESTER; JOHN
3  LETELLIER: ISAAC LEWIS:
   KENNETH LEWIS; NICHOLAS
4  LIMPERT; TAVRYN LINDSEY;
5  MICHAEL LINDSLY; PATRICK
   LINEBARGER; STEPHEN LOMAX;
6  GARLAND LONG; ROBERT LONG;
   ALBARO LOPEZ; ELVIS LOPEZ;
7  JAVIER LOPEZ; JOSE LOPEZ;
8  EUGENE LORENZ; AVERY LORING;
   ERIC LOUIS; CALEB
9  LOUTZENHISER; JESUS PADILLA
10 LUZANO; ZACHARIAS
   MACABABBAD; BRANDON MARCH;
11 JESS MARCHAND; NAVARRETTE
   MARCOS; MATTHEW MARCOTTE;
12 NICOLAS MARLL: GILBERT
13 MARTINEZ; JAVIER MARTINEZ;
   JOSE LUIS MATA; DONALD
14 MATTHIESEN: RICHARD MAYER:
15 CHASE MCCRACKEN; ANTHONY
   MCDEAVITT: RONALD
16 MCGLOTHLIN: DAVID MCINTIRE;
   JEFFREY MCKEE; DONALD
17 MCLAIN; RUSSELL MCNEIL;
18 TIMOTHY MEAD; STEPHEN MEESE;
   GENE MENDEZ; JIFFARY MENDEZ;
19 MARK MERRIFIELD; SAMUEL
   MERROW; KEITH MESECHER;
20 JAMES METCALF; DELBERT
21 MICHAELSON; CHARLES MILLER;
   DANIEL MILLER; JEFFREY MILLER;
22 JOHN MILLER; PAUL MILLER;
   DENNIS MINX; MAXIMO ARROYO
23 MIRANDA; SCOTT MITCHELL;
24 SANDRO MONCIVAIZ; BILLY
   MOORE; RANDY MORENO; BRIAN
25 MORGAN; SHANNON MORLEY;
   ADRIAN MORRIS; DARREN MORRIS;
26 JONATHAN MORRIS; SEAN
27 MURSCHEL; MICHAEL NELSON;
   SCOTT NICOLAS; ANDRE NUNEZ;
28 TIMOTHY NUSS; RYAN OLSON;

29

30 SUMMONS - 5

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

| | |
|---|---|
| 1 | FERMIN OROZCO; FRANCISCO |
| 2 | ORTIZ; HECTOR ORTIZ; JOSHUA |
| | OSTROM; CHRISTOPHER OWENS; |
| 3 | JUAN PABLO; BRANDON PACHOSA; |
| 4 | CLIFFORD PACK; TRAVIS PADGETT; |
| | JOSHUA PAINTER; ALEUSON |
| 5 | PANDORAH; MIGUEL PANIAGUA; |
| 6 | DOUGLAS PARIS; CASEY PARKER; |
| | SHELBY PARKER; ANTHONY |
| 7 | PARKS; MATTHEW PASE; KENNETH |
| 8 | PATTERSON; MIGUEL PAZ; JEFFREY |
| | PEDIGO; DONNIE PENDER; JUSTIN |
| 9 | PENDLETON: ALBERTO BALDEZ |
| 10 | PEREZ: LUIS PEREZ; RICARDO |
| | PEREZ; ANDERSON PERRY; IAN |
| 11 | PERRY; MICHAEL PERRY; JEFFREY |
| 12 | PETTIGO; JOSHUA PHILLIPS; |
| | WESLEY PHIPPS; MAURICE PLANK; |
| 13 | LANCE POE; QUINTON |
| 14 | POORTHUNDER; JOHN DAVID GLEN |
| | POSEY; BRANDON PRATOFF; |
| 15 | LAWRENCE PRATT; JASON PRIEST; |
| 16 | WALTER PRITCHETT; ANTHONY |
| | PROM; LONNIE PRZESPOLEWSKI; |
| 17 | JESSE PUCKETT; JIMMY QUIROZ; |
| 18 | KELLY RAGSDALE; FERNANDO |
| | RAMIREZ; JOEL RAMOS; TYLER |
| 19 | RANDANT: CHRISTOPHER RANKIN; |
| 20 | MICHAEL RAPOZA; VINCENT |
| | ROSSA; ROBERT RATHBUN; ELIAS |
| 21 | REDA: KENNY REDWOOD; VERNIE |
| 22 | REED; CHARLES RENSHAW; |
| | SEYMOUR REUBEN; ALLEN REXUS; |
| 23 | BRANDON RICHARDSON; LARRY |
| 24 | RICKETTS; ERNEST RIPOLI III; |
| | CHARLES ROARK; DUANE |
| 25 | ROBERTS; ORLANDO ROBERTSON; |
| 26 | NEAL ROBINSON; RANDY |
| | ROBINSON; JUSTIN RODNEY; JUAN |
| 27 | RODRIGUEZ;  MARCO RODRIQUEZ; |
| 28 | TYSON ROMANESCHI; BRIAN |
| | RONQUILLO; MATTHEW ROSE; |
| 29 | VINCENT ROSSA; ANTHONY ROWE; |
| 30 | JOSEPH ROWE; BENJAMIN ROWELL; |
| | JOSEPH ROWLEY; BRANDON |

SUMMONS - 6

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-282-6730
FX: 206-284-8079

RUDOLPH; JIMMY RUIC; DAVID
RUIZ; MICHAEL RUNGE; KAYLE
RUSH; RUSSELL RUST; SAMUEL
RYAN; JOSEPH SABIR; JUVENTINO
SAGRERO-PEREZ; MIGUEL
SALAMANCA; EDWIN SALAZAR;
ADRIAN SAMALIA; LAMAR
SAMPSON; REFUGIO SANCHEZ;
WILLIAM SANCHEZ; ENRIQUE
SANCHEZ-LEON; TROY SANDERS;
JAVIER SANTA CRUZ; RODNEY
SATHER; JEFFREY SAUNDERS;
EVAN SAVOIE; RANDY SAYLER;
RICHARD SCALES; KURT SCHAUER;
CHRIS SCHILL; GREGORY
SCHROEDER; GEORGE SCHULER;
ROBERT SCHULTE; CODY SEELY;
DAVID SEGERMAN; NATHANIEL
SHAFER; JUSTIN SHANKS; OTIS
SHAW; CHARLES SHEHAME;
ARMONDO SHELBY; JASON
SHEPARD: DAVID SHEPHERD;
CHRISTOPHER SHERMAN;
FRANKLIN SIMPSON; MICHAEL
SIMPSON: STEVEN SINES: QUENTIN
SINN; DUANE SKJOLD; ANTHONY
SMITH; DONALD SMITH; GABRIEL
SMITH; JACOB SMITH; JOSEPH
SMITH; RONALD LEE SMITH;
RONALD V SMITH; KEVIN SNOW;
COREY SOBJACK; DENNIS
SOMERVILLE; BROOKE SONIA;
ROBERT SPENCER; THOMAS
SPENCER; ORVIL SPINDOLA;
ROBERT SPRADLIN; ROBERT ST.
JOHN; DONNY ST. PETER; SHAWN
STAHLMAN; LARRY STAPLETON;
TERRY STARKWEATHER; PAUL
STILL; DANIEL STOCKWELL; SEAN
STOLL: SCOTT STOLLER; ROBERT
STRANDY; TONY STRODE; ELIJAH
STROMAN; MARK STRONG; DANA
STUBBS; WALTER STYER; DONALD
SUTCH; JASON SUTTON; JAMES
SWANN; SAMUEL SWEENEY;

SUMMONS - 7

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  THOMAS SWEENEY; RYAN
SWERLAND; ROBERT TALLEY;
2  CHARLES TATE; TRAVIS TATE;
3  JUSTIN TAYLOR; DAVID TEEL;
PHILLIP THOMES; TRACY
4  THORNTON; JOHN TINKHAM;
KEOLA TOLENTINO; ANTHONY
5  TORRES; FRANCISCO TORRES;
6  MILES TRAMAINE; ALEX
TREADWAY; ROBERTO TREJO;
7  RYAN TRIMBLE; CHRISTOPHER
TROSPER; TROY TRUSLEY;
8  JONATHAN TURNER; ALLAN
9  TURNIPSEED; KELLY TYAS; JOHN
TYLER: JESUS URRUCHURTU;
10  MATTHEW VALENZUELA;
11  CHISTOPHER VALLEJO; JAMES
VANCLEVE; DAVID VANDAMENT;
12  DARIN VANDERHEIDEN; RAMON
13  VENTURA; ROBERT VESTRE; TED
VICKERS; YANES VICTOR; SHAMUS
14  VON BERKS; DAVID WALKER; ERIC
WARD; CODY WARDLAW;
15  MICHAEL WARE; JOSHUA WARREN;
16  JERMAINE WATKINS; MATTHEW
WATKINS; GERALD WATSON;
17  CHARLES WEGLEY; BRIAN WENZ;
MICHAEL WENZ; JAMZE WEST;
18  RICHARD WESTOM; WILLIAM
19  WESTMORELAND; JIMMY WHITE;
JUSTIN WHITE; BRIAN WHITMAN;
20  DEAN WILDERMUTH; JAMES
21  WILLIAMS; KIRK WILLIAMS;
SHAWN WILLIAMS; TROY
22  WILLIAMS; DANIEL A WILSON;
DANIEL LEE WILSON; DEREK
23  WILSON; PATRICK WILSON;
24  VICTOR WILSON; MICHAEL WINN;
PATRICK WINTERS; WAYLAND
25  WITTON; ROBERT WOOD;
MATTHEW WOODS; DALE
26  WOODLEY; JESSE WOODWARD;
27  BRANDON WYATT; JEREMY
YEAGER; MARK YEAGER; KEVIN
28  YEOMAN; KENNETH YOUNG;

29

30  SUMMONS - 8

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  ANDREW ZAMORA; RICHARD
2  ZEILER individually and on behalf of all
   others similarly situated,

3
4  Plaintiffs,

5       v.

6  THE 3M COMPANY, f/k/a Minnesota
   Mining and Manufacturing, Co.; TYCO
7  FIRE PRODUCTS L.P., successor in
   interest to THE ANSUL COMPANY;
8  BUCKEYE FIRE EQUIPMENT
9  COMPANY; CHEMGUARD INC.;
   NATIONAL FOAM, INC., DYNAX
10 CORPORATION; E.I. DU PONT DE
   NEMOURS AND COMPANY,
11 individually and as successor in interest to
12 DuPont Chemical Solutions Enterprise;
   THE CHEMOURS COMPANY,
13 individually and as successor in interest to
14 DuPont Chemical Solutions Enterprise;
   THE CHEMOURS COMPANY FC,
15 L.L.C., individually and as successor in
   interest to DuPont Chemical Solutions
16 Enterprise; CORTEVA, INC., and DU
17 PONT DE NEMOURS INC., f/k/a
   DOWDUPONT, INC.

18
19      Defendants.

20
21     TO:    DEFENDANTS ABOVE-NAMED

22
23        A lawsuit has been started against you in the above-entitled court by Plaintiffs, listed

24 above. Plaintiffs' claims are stated in the written complaint, a copy of which is served upon

25 you with this summons.

26
27        In order to defend against this lawsuit, you must respond to the complaint by stating

28 your defense in writing, and by serving a copy upon the person signing this summons within

29
30 SUMMONS - 9

twenty (20) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiffs are entitled to what they ask for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiffs file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within fourteen (14) days after you serve the demand, the plaintiffs must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the state of Washington.

DATED this 5th day of April, 2020.

THE LAW OFFICE OF MICHAEL BLUE, P.S.

Michael Blue, WSBA No. 22368
Attorney for Plaintiffs

SUMMONS - 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

**Judge Maryann C. Moreno**

**IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR SPOKANE COUNTY**

AARON ABBOTT; ILDEFONSO
ABOY; DUSTIN ABRAMS; MANUEL
ACALA; CHRISTOPHER ADAMS;
JAMES ADAMS; HIPOLITO
AGUILAR; JUSTIN AGUILAR-TOFTE;
DONALD ALCORN; ROGER
ALDERMAN; ROMAN ALLAH;CECIL
ALLEN; TONY ALLEN; ANDREW
ALLENBY; JEREMY ANDERSON;
JOHN ANDERSON; MICHAEL
ANDERSON; RANDY ANDERSON;
RICARDO ANGULO; ADAM
ARCHER; ANTHONY ARCHULETA;
MICHAEL AYCOX; SCOTT
AYNSLEY; JESSE AZURE; SHAPPA
BAKER; ROBERT BARKER; JAMES
BARNES; PAUL BARNES; ZACHARY
BASART; WILLIAM BASSET; TRAVIS
BAUMANN; DALE BEARDSLEY;
JACOB BECK; JEREMIAH BELL;
BRUCE BENNETT; MATTHEW
BERTUCCELLI; BRIAN BESTON;
ADAM BETANCOURT; SEAN BEWS;
AARON BIRDSBILL; IAN BLACK;
JIMMY BLACKBURN; SPENCER
BLACKWELL; JUAN BLANCAS;
PHILLIP BOBENHOUSE;  MICHAEL
BOCKMAN; HERBERT BOISSINEAU;
DOMINIQUE BOOKER; KEVIN BOOT;
KENNITH BOWENS; CARDELL
BRADY; DANIEL BRASEL; EUGENE
BRASIER; ROBERT BRIGGS; BRYAN

NO.: 20-2-01365-32

**CLASS ACTION COMPLAINT
WITH INDIVIDUAL CLAIMS
AND DEMAND FOR JURY TRIAL**

*CLASS ACTION CERTIFICATION
PENDING*

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRODIL; BRUCE BROOKS; DANIEL
BROOKS; DONALD BROWN; KEVIN
BROWN; PATRICK BROWN;
QUINTON BROWN; ROBERT
BROWN; STEVEN BROWN; DALLAS
BROYLES; ITALY BRUMFIELD;
JAMES BRUNDAGE; DAVID
BRYNER; CURTIS BUCKNER;
MICHAEL BULLOCK; W.R.
BULLOCK; ROBERT BURCH;
JEFFERY BURKE; PHILLIP
BURMOOD; BRUCE BURNETT;
DAVID BURNS; BRETT BURNSON;
ROBBIE BURTON; JUSTIN BUSE;
ALLGERIO CAMPBELL; DANIEL
CAMPBELL; PRESTON CARBARY;
ERIC CARLSON; STEVEN
CARPENTER; MASON CARROLL;
JOHN CARY; JESUS CASTANEDA;
RICARDO CASTELLANO; GUSTAVO
ROMERO CASTRO; RICARDO
CASTRO-VAZQUEZ; GUYE
CAVENDER; NICHOLAS CENCICH;
CARLO CERUTTI; CHRISTOPHER
CHAPPLE; EZEQUIEL CHAVEZ;
JOSEPH CHRISTINA; RON
CHRISTOPHERSON; CULLEN
CLARK; DAVID CLARK; MARCOS
CLARKE; JOSEPH CLAYTON;
JEFFREY CLEATOR; ROBERT
COBERLY; MICHAEL COLEMAN;
CHRISTOPHER COMER; BERNARD
CONRAD; DUARTE CORDERO;
LUCAS COOK; RYAN CORKERY;
JOSE CORONADO; FRANCIS COTA;
JOHN COX; DENNIS CRAMM;
LINDSEY CRUMPTON; DANIEL
CUMMINS; MYLES DALQUIST;
JAMES DAUGHERTY; JOSE DAVILA;
AARON DAVIS; ALLEN DAVIS;
THOMAS DAVIS; JALEN DAY;
DARRON DEITRICK; CESAR
DELACRUZ; ANTONIO DELEON;
ESIQUIO DELEON; MARCOS DEPOZ;
DAN DEVORKIN; MIKE DEWEY;

29
30

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 2

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  AARON DICK; DAMON DICKMAN;
2  JEFF DILKS; KRIS DILLARD; DAVID
   DODD; ROBERT DOMBROSKY;
3  STEPHEN DOUGLAS; DAVID
4  DRONEN; ROBERT DUGGINS; JOHN
   DYSON; CHRISTOPHER EAKLE;
5  JAMES EDWARDSON; JOSEPH
   ELLERY; DONALD A ELLIOT;
6  DONNY ELLIOT; ANDRES ESPINO;
7  DERRICK EVANS; JOSE FARJARDO;
   DWIGHT FEESER; JESSE FELLMAN-
8  SHIMMIN; ANTHONY FESILI;
   ROGER FICKETT; QUENTON FIELDS;
9  ESTEBAN FIERRO; ADRIAN
10 FILLMORE; JON FISCHER; JAMES
   FISHER; OLAJIDE FLETCHER;
11 ROGER FLOOK; TIMOTHY
12 FLORENCE; JOHNATHON FLORES;
   RUBEN FLORES; MICHAEL FOREST;
13 CODY FORSLIN; JASON FOWLER;
   JAMES FRANCIS; THOMAS
14 FRANKLIN; SCOTT FRASER; ALAN
15 FRENCH; JOE FULLER; TROY
   FULLER; TYSON GABRIEL; KRAIG
16 GADDIS; ADRIAN GARCIA; PAUL
   GARCIA; PAUL GARDENER; MARCO
17 GARNICA; DOMINIC GARRETT;
18 GREGORY GARRISON; JAMES
   GAVIN; RYAN GEHR; CARL GENTIS;
19 SETH GERMAIN; PETER GIBBS;
   ABRAN GIBSON; BRETT GILES;
20 PATRICK GILES; JASON GILMORE;
21 ALEJANDRO GONZALEZ;
   CHRISTIAN GONZALEZ; EDWIN
22 GONZALEZ; FIDEL BAUTISTA
   GONZALEZ; JAMES GONZALEZ;
23 MARTIN GONZALEZ; ORESTE
24 GONZALEZ; JESUS GONZALEZ-
   MURO; JASON GRAHAM; MATHEW
25 GUSTAMANTE; MICHAEL GRAY;
   LUCKY GUZMAN; DARNELL
26 HAGANS; DAVID HALL; JAMES
27 HAMBLETON; JAMES HAMILTON;
   JALIL HANDY; CLIFF HANNING;
28 CALEB HANOWELL; DEAN

29
30 CLASS ACTION COMPLAINT WITH INDIVIDUAL
   CLAIMS AND DEMAND FOR JURY TRIAL - 3

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

1    HANSEN; RICHARD HARRIS;
     WILLIAM HARSH; STEPHEN
2    HARWOOD; DOUGLAS HAWKINS;
3    ROGER HAWKINS; GREG HAYDEN;
     LUCAS HAYNES; CLINTON HECK;
4    MICHAEL HELMER; SCOTT
5    HENDERSON; BLAKE HENDON;
     RAPHAEL HENSON; RICARDO
6    HERNANDEZ; BRADLEY HICKEY;
     TRUMAN HIGGINBOTHAM;
7    PATRICK HIGUERA; JESSE HIRST;
8    STANLEY HITE; COREY
     HOAGLAND; RICHARD HOFFMAN;
9    RUSSELL HOHF; LAFE HOTCHKISS;
     EMANUEL HUBBART; MICKEY
10   HUBBS; VINCENT HUERTA;
11   VINCENT OSORIO HUERTA; JAMES
     HUFF; JOHN HUGGINS; JERRY
12   HUNTOON; ERIC HUSTAD; LYLE
13   HUTCHINS; IAN HUTCHINSON;
     ROBERT INGRAM; ALLEN
14   JACKSON; CHRISTOPHER JACKSON;
     PATRIC JAMES; JAMES JELSMA;
15   DALE JOHNSON; DANIEL JOHNSON;
16   DEON JOHNSON; HOWARD
     JOHNSON; PAUL JOHNSON; TED
17   JOHNSON; JOHN JONES; JOSEPH
     JONES; WESLEY JONES; TY
18   JORDAN; RONALD JORGENSEN;
19   ANDRE JOSEPH; CHRISTOPHER
     KERR; RICK KERR; NICKOLAS
20   KIBILOWSKI; MARK KILGORE;
21   ROCKY KIMBLE; STEVEN KINARD;
     THOMAS KIVETT; TYLER KNAPP;
22   JORDAN KNIPPLING; DAVID KOCH;
23   MICHAEL KOEHLER; JOSEPH
     KOPPENSTEIN; SCOTT
24   KOSTELECKY; WILLIAM KRAMER;
     MATTHEW KREITEL; BRUCE
25   KRUGER; CLARK KUDLACEK;
26   TRAVIS KULHAVY; BARTOLO
     LABRA; RUFINO LAIROPI; ROBERT
27   LAMBERT; ROBERT LANE; TRAVIS
     LANG; TRAVIS LAST; MICHAEL
28   LAUDERDALE; KENNETH

29

30   CLASS ACTION COMPLAINT WITH INDIVIDUAL
     CLAIMS AND DEMAND FOR JURY TRIAL - 4

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

LAWRENCE; CHRISTOPHER LEAL;
MAXIMO LEAL; SCOTT LESHOWITZ;
MICHAEL LESTER; JOHN
LETELLIER; ISAAC LEWIS;
KENNETH LEWIS; NICHOLAS
LIMPERT; TAVRYN LINDSEY;
MICHAEL LINDSLY; PATRICK
LINEBARGER; STEPHEN LOMAX;
GARLAND LONG; ROBERT LONG;
ALBARO LOPEZ; ELVIS LOPEZ;
JAVIER LOPEZ; JOSE LOPEZ;
EUGENE LORENZ; AVERY LORING;
ERIC LOUIS; CALEB
LOUTZENHISER; JESUS PADILLA
LUZANO; ZACHARIAS
MACABABBAD; BRANDON MARCH;
JESS MARCHAND; NAVARRETTE
MARCOS; MATTHEW MARCOTTE;
NICOLAS MARLL; GILBERT
MARTINEZ; JAVIER MARTINEZ;
JOSE LUIS MATA; DONALD
MATTHIESEN; RICHARD MAYER;
CHASE MCCRACKEN; ANTHONY
MCDEAVITT; RONALD
MCGLOTHLIN; DAVID MCINTIRE;
JEFFREY MCKEE; DONALD
MCLAIN; RUSSELL MCNEIL;
TIMOTHY MEAD; STEPHEN MEESE;
GENE MENDEZ; JIFFARY MENDEZ;
MARK MERRIFIELD; SAMUEL
MERROW; KEITH MESECHER;
JAMES METCALF; DELBERT
MICHAELSON; CHARLES MILLER;
DANIEL MILLER; JEFFREY MILLER;
JOHN MILLER; PAUL MILLER;
DENNIS MINX; MAXIMO ARROYO
MIRANDA; SCOTT MITCHELL;
SANDRO MONCIVAIZ; BILLY
MOORE; RANDY MORENO; BRIAN
MORGAN; SHANNON MORLEY;
ADRIAN MORRIS; DARREN MORRIS;
JONATHAN MORRIS; SEAN
MURSCHEL; MICHAEL NELSON;
SCOTT NICOLAS; ANDRE NUNEZ;
TIMOTHY NUSS; RYAN OLSON;

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 5

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #56
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

FERMIN OROZCO; FRANCISCO
ORTIZ; HECTOR ORTIZ; JOSHUA
OSTROM; CHRISTOPHER OWENS;
JUAN PABLO; BRANDON PACHOSA;
CLIFFORD PACK; TRAVIS PADGETT;
JOSHUA PAINTER; ALEUSON
PANDORAH; MIGUEL PANIAGUA;
DOUGLAS PARIS; CASEY PARKER;
SHELBY PARKER; ANTHONY
PARKS; MATTHEW PASE; KENNETH
PATTERSON; MIGUEL PAZ; JEFFREY
PEDIGO; DONNIE PENDER; JUSTIN
PENDLETON; ALBERTO BALDEZ
PEREZ; LUIS PEREZ; RICARDO
PEREZ; ANDERSON PERRY; IAN
PERRY; MICHAEL PERRY; JEFFREY
PETTIGO; JOSHUA PHILLIPS;
WESLEY PHIPPS; MAURICE PLANK;
LANCE POE; QUINTON
POORTHUNDER; JOHN DAVID GLEN
POSEY; BRANDON PRATOFF;
LAWRENCE PRATT; JASON PRIEST;
WALTER PRITCHETT; ANTHONY
PROM; LONNIE PRZESPOLEWSKI;
JESSE PUCKETT; JIMMY QUIROZ;
KELLY RAGSDALE; FERNANDO
RAMIREZ; JOEL RAMOS; TYLER
RANDANT; CHRISTOPHER RANKIN;
MICHAEL RAPOZA; VINCENT
ROSSA; ROBERT RATHBUN; ELIAS
REDA; KENNY REDWOOD; VERNIE
REED; CHARLES RENSHAW;
SEYMOUR REUBEN; ALLEN REXUS;
BRANDON RICHARDSON; LARRY
RICKETTS; ERNEST RIPOLI III;
CHARLES ROARK; DUANE
ROBERTS; ORLANDO ROBERTSON;
NEAL ROBINSON; RANDY
ROBINSON; JUSTIN RODNEY; JUAN
RODRIGUEZ;  MARCO RODRIQUEZ;
TYSON ROMANESCHI; BRIAN
RONQUILLO; MATTHEW ROSE;
VINCENT ROSSA; ANTHONY ROWE;
JOSEPH ROWE; BENJAMIN ROWELL;
JOSEPH ROWLEY; BRANDON

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 6

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1 | RUDOLPH; JIMMY RUIC; DAVID
RUIZ; MICHAEL RUNGE; KAYLE
2 | RUSH; RUSSELL RUST; SAMUEL
3 | RYAN; JOSEPH SABIR; JUVENTINO
SAGRERO-PEREZ; MIGUEL
4 | SALAMANCA; EDWIN SALAZAR;
ADRIAN SAMALIA; LAMAR
5 | SAMPSON; REFUGIO SANCHEZ;
6 | WILLIAM SANCHEZ; ENRIQUE
SANCHEZ-LEON; TROY SANDERS;
7 | JAVIER SANTA CRUZ; RODNEY
SATHER; JEFFREY SAUNDERS;
8 | EVAN SAVOIE; RANDY SAYLER;
9 | RICHARD SCALES; KURT SCHAUER;
CHRIS SCHILL; GREGORY
10 | SCHROEDER; GEORGE SCHULER;
11 | ROBERT SCHULTE; CODY SEELY;
DAVID SEGERMAN; NATHANIEL
12 | SHAFER; JUSTIN SHANKS; OTIS
SHAW; CHARLES SHEHAME;
13 | ARMONDO SHELBY; JASON
14 | SHEPARD; DAVID SHEPHERD;
CHRISTOPHER SHERMAN;
15 | FRANKLIN SIMPSON; MICHAEL
16 | SIMPSON; STEVEN SINES; QUENTIN
SINN; DUANE SKJOLD; ANTHONY
17 | SMITH; DONALD SMITH; GABRIEL
SMITH; JACOB SMITH; JOSEPH
18 | SMITH; RONALD LEE SMITH;
19 | RONALD V SMITH; KEVIN SNOW;
COREY SOBJACK; DENNIS
20 | SOMERVILLE; BROOKE SONIA;
ROBERT SPENCER; THOMAS
21 | SPENCER; ORVIL SPINDOLA;
22 | ROBERT SPRADLIN; ROBERT ST.
JOHN; DONNY ST. PETER; SHAWN
23 | STAHLMAN; LARRY STAPLETON;
24 | TERRY STARKWEATHER; PAUL
STILL; DANIEL STOCKWELL; SEAN
25 | STOLL; SCOTT STOLLER; ROBERT
STRANDY; TONY STRODE; ELIJAH
26 | STROMAN; MARK STRONG; DANA
27 | STUBBS; WALTER STYER; DONALD
SUTCH; JASON SUTTON; JAMES
28 | SWANN; SAMUEL SWEENEY;

29

30 | CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 7

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

THOMAS SWEENEY; RYAN
SWERLAND; ROBERT TALLEY;
CHARLES TATE; TRAVIS TATE;
JUSTIN TAYLOR; DAVID TEEL;
PHILLIP THOMES; TRACY
THORNTON; JOHN TINKHAM;
KEOLA TOLENTINO; ANTHONY
TORRES; FRANCISCO TORRES;
MILES TRAMAINE; ALEX
TREADWAY; ROBERTO TREJO;
RYAN TRIMBLE; CHRISTOPHER
TROSPER; TROY TRUSLEY;
JONATHAN TURNER; ALLAN
TURNIPSEED; KELLY TYAS; JOHN
TYLER; JESUS URRUCHURTU;
MATTHEW VALENZUELA;
CHISTOPHER VALLEJO; JAMES
VANCLEVE; DAVID VANDAMENT;
DARIN VANDERHEIDEN; RAMON
VENTURA; ROBERT VESTRE; TED
VICKERS; YANES VICTOR; SHAMUS
VON BERKS; DAVID WALKER; ERIC
WARD; CODY WARDLAW;
MICHAEL WARE; JOSHUA WARREN;
JERMAINE WATKINS; MATTHEW
WATKINS; GERALD WATSON;
CHARLES WEGLEY; BRIAN WENZ;
MICHAEL WENZ; JAMZE WEST;
RICHARD WESTOM; WILLIAM
WESTMORELAND; JIMMY WHITE;
JUSTIN WHITE; BRIAN WHITMAN;
DEAN WILDERMUTH; JAMES
WILLIAMS; KIRK WILLIAMS;
SHAWN WILLIAMS; TROY
WILLIAMS; DANIEL A WILSON;
DANIEL LEE WILSON; DEREK
WILSON; PATRICK WILSON;
VICTOR WILSON; MICHAEL WINN;
PATRICK WINTERS; WAYLAND
WITTON; ROBERT WOOD;
MATTHEW WOODS; DALE
WOODLEY; JESSE WOODWARD;
BRANDON WYATT; JEREMY
YEAGER; MARK YEAGER; KEVIN
YEOMAN; KENNETH YOUNG;

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 8

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1 | ANDREW ZAMORA; RICHARD
2 | ZEILER individually and on behalf of all
    | others similarly situated,
3 |
    | Plaintiffs,
4 |
5 |         v.
6 | THE 3M COMPANY, f/k/a Minnesota
    | Mining and Manufacturing, Co.; TYCO
7 | FIRE PRODUCTS L.P., successor in
    | interest to THE ANSUL COMPANY;
8 | BUCKEYE FIRE EQUIPMENT
9 | COMPANY; CHEMGUARD INC.;
    | NATIONAL FOAM, INC., DYNAX
10 | CORPORATION; E.I. DU PONT DE
    | NEMOURS AND COMPANY,
11 | individually and as successor in interest to
12 | DuPont Chemical Solutions Enterprise;
    | THE CHEMOURS COMPANY,
13 | individually and as successor in interest to
14 | DuPont Chemical Solutions Enterprise;
    | THE CHEMOURS COMPANY FC,
15 | L.L.C., individually and as successor in
    | interest to DuPont Chemical Solutions
16 | Enterprise; CORTEVA, INC., and DU
17 | PONT DE NEMOURS INC., f/k/a
    | DOWDUPONT, INC.
18 |
19 |         Defendants.
20 |
21 |         Plaintiffs, AARON ABBOTT; ILDEFONSO ABOY; DUSTIN ABRAMS; MANUEL

22 | ACALA; CHRISTOPHER ADAMS; HIPOLITO AGUILAR; JUSTIN AGUILAR-TOFTE;

23 | DONALD ALCORN; ROGER ALDERMAN; ROMAN ALLAH;CECIL ALLEN; TONY

24 | ALLEN; ANDREW ALLENBY; JEREMY ANDERSON; JOHN ANDERSON; MICHAEL

25 | ANDERSON; RANDY ANDERSON; RICARDO ANGULO; ADAM ARCHER;

26 | ANTHONY ARCHULETA; MICHAEL AYCOX; SCOTT AYNSLEY; JESSE AZURE;

27 |

28 | SHAPPA BAKER; ROBERT BARKER; JAMES BARNES; PAUL BARNES; ZACHARY

29 |

30 | CLASS ACTION COMPLAINT WITH INDIVIDUAL
    | CLAIMS AND DEMAND FOR JURY TRIAL - 9

BASART; WILLIAM BASSET; TRAVIS BAUMANN; DALE BEARDSLEY; JACOB BECK; JEREMIAH BELL; MATTHEW BERTUCCELLI; BRIAN BESTON; ADAM BETANCOURT; SEAN BEWS; AARON BIRDSBILL; IAN BLACK; JIMMY BLACKBURN; SPENCER BLACKWELL; JUAN BLANCAS; MICHAEL BOCKMAN; HERBERT BOISSINEAU; DOMINIQUE BOOKER; KEVIN BOOT; KENNITH BOWENS; CARDELL BRADY; DANIEL BRASEL; EUGENE BRASIER; ROBERT BRIGGS; BRYAN BRODIL; BRUCE BROOKS; DANIEL BROOKS; DONALD BROWN; KEVIN BROWN; PATRICK BROWN; ROBERT BROWN; STEVEN BROWN; DALLAS BROYLES; ITALY BRUMFIELD; JAMES BRUNDAGE; DAVID BRYNER; CURTIS BUCKNER; MICHAEL BULLOCK; W.R. BULLOCK; ROBERT BURCH; JEFFERY BURKE; PHILLIP BURMOOD; DAVID BURNS; BRETT BURNSON; ROBBIE BURTON; JUSTIN BUSE; ALLGERIO CAMPBELL; DANIEL CAMPBELL; PRESTON CARBARY; ERIC CARLSON; STEVEN CARPENTER; MASON CARROLL; JOHN CARY; JESUS CASTANEDA; RICARDO CASTELLANO; GUSTAVO ROMERO CASTRO; RICARDO CASTRO-VAZQUEZ; GUYE CAVENDER; NICHOLAS CENCICH; CARLO CERUTTI; CHRISTOPHER CHAPPLE; EZEQUIEL CHAVEZ; JOSEPH CHRISTINA; RON CHRISTOPHERSON; CULLEN CLARK; DAVID CLARK; MARCOS CLARKE; JOSEPH CLAYTON; JEFFREY CLEATOR; ROBERT COBERLY; MICHAEL COLEMAN; BERNARD CONRAD; DUARTE CORDERO; LUCAS COOK; RYAN CORKERY; JOSE CORONADO; FRANCIS COTA; JOHN COX; DENNIS CRAMM; DANIEL CUMMINS; MYLES DALQUIST; JAMES DAUGHERTY; JOSE DAVILA; AARON DAVIS; ALLEN DAVIS; THOMAS DAVIS; JALEN DAY; DARRON DEITRICK; CESAR DELACRUZ; ANTONIO DELEON; ESIQUIO DELEON; MARCOS DEPOZ; DAN DEVORKIN; MIKE DEWEY; AARON DICK; DAMON DICKMAN; JEFF DILKS; KRIS DILLARD; DAVID

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 10

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-282-6730
FX: 206-284-8079

1   DODD; ROBERT DOMBROSKY; STEPHEN DOUGLAS; DAVID DRONEN; ROBERT
2   DUGGINS; JOHN DYSON; CHRISTOPHER EAKLE; JAMES EDWARDSON; JOSEPH
3   ELLERY; DONALD A ELLIOT; DONNY ELLIOT; ANDRES ESPINO; DWIGHT
4   FEESER; JESSE FELLMAN-SHIMMIN; ANTHONY FESILI; ROGER FICKETT;
5   QUENTON FIELDS; ESTEBAN FIERRO; ADRIAN FILLMORE; JON FISCHER; JAMES
6   FISHER; OLAJIDE FLETCHER; ROGER FLOOK; TIMOTHY FLORENCE;
7   JOHNATHON FLORES; RUBEN FLORES; MICHAEL FOREST; CODY FORSLIN;
8   JASON FOWLER; JAMES FRANCIS; THOMAS FRANKLIN; SCOTT FRASER; ALAN
9   FRENCH; JOE FULLER; TROY FULLER; TYSON GABRIEL; KRAIG GADDIS; PAUL
10  GARCIA; PAUL GARDENER; MARCO GARNICA; DOMINIC GARRETT; GREGORY
11  GARRISON; JAMES GAVIN; RYAN GEHR; CARL GENTIS; SETH GERMAIN; PETER
12  GIBBS; ABRAN GIBSON; BRETT GILES; PATRICK GILES; JASON GILMORE;
13  ALEJANDRO GONZALEZ; CHRISTIAN GONZALEZ; EDWIN GONZALEZ; FIDEL
14  BAUTISTA GONZALEZ; JAMES GONZALEZ; MARTIN GONZALEZ; ORESTE
15  GONZALEZ; JESUS GONZALEZ-MURO; JASON GRAHAM; MATHEW
16  GUSTAMANTE; MICHAEL GRAY; LUCKY GUZMAN; DARNELL HAGANS; DAVID
17  HALL; JAMES HAMBLETON; JAMES HAMILTON; JALIL HANDY; CLIFF HANNING;
18  CALEB HANOWELL; DEAN HANSEN; RICHARD HARRIS; WILLIAM HARSH;
19  STEPHEN HARWOOD; DOUGLAS HAWKINS; ROGER HAWKINS; GREG HAYDEN;
20  LUCAS HAYNES; CLINTON HECK; MICHAEL HELMER; SCOTT HENDERSON;
21  BLAKE HENDON; RAPHAEL HENSON; RICARDO HERNANDEZ; BRADLEY
22  HICKEY; TRUMAN HIGGINBOTHAM; PATRICK HIGUERA; JESSE HIRST; STANLEY
23  HITE; COREY HOAGLAND; RICHARD HOFFMAN; RUSSELL HOHF; LAFE
24  HOTCHKISS; EMANUEL HUBBART; MICKEY HUBBS; JAMES HUFF; JOHN

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 11

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

HUGGINS; JERRY HUNTOON; ERIC HUSTAD; LYLE HUTCHINS; IAN HUTCHINSON; ROBERT INGRAM; ALLEN JACKSON; CHRISTOPHER JACKSON; PATRIC JAMES; JAMES JELSMA; DALE JOHNSON; DANIEL JOHNSON; DEON JOHNSON; HOWARD JOHNSON; PAUL JOHNSON; TED JOHNSON; JOHN JONES; JOSEPH JONES; WESLEY JONES; TY JORDAN; RONALD JORGENSEN; ANDRE JOSEPH; CHRISTOPHER KERR; RICK KERR; NICKOLAS KIBILOWSKI; MARK KILGORE; ROCKY KIMBLE; STEVEN KINARD; THOMAS KIVETT; TYLER KNAPP; JORDAN KNIPPLING; DAVID KOCH; MICHAEL KOEHLER; JOSEPH KOPPENSTEIN; SCOTT KOSTELECKY; MATTHEW KREITEL; BRUCE KRUGER; CLARK KUDLACEK; TRAVIS KULHAVY; BARTOLO LABRA; RUFINO LAIROPI; ROBERT LAMBERT; ROBERT LANE; TRAVIS LANG; TRAVIS LAST; MICHAEL LAUDERDALE; KENNETH LAWRENCE; CHRISTOPHER LEAL; MAXIMO LEAL; SCOTT LESHOWITZ; MICHAEL LESTER; JOHN LETELLIER; ISAAC LEWIS; KENNETH LEWIS; NICHOLAS LIMPERT; TAVRYN LINDSEY; MICHAEL LINDSLY; PATRICK LINEBARGER; STEPHEN LOMAX; GARLAND LONG; ROBERT LONG; ALBARO LOPEZ; ELVIS LOPEZ; JAVIER LOPEZ; JOSE LOPEZ; EUGENE LORENZ; AVERY LORING; ERIC LOUIS; CALEB LOUTZENHISER; JESUS PADILLA LUZANO; ZACHARIAS MACABABBAD; BRANDON MARCH; JESS MARCHAND; NAVARRETTE MARCOS; MATTHEW MARCOTTE; NICOLAS MARLL; GILBERT MARTINEZ; JAVIER MARTINEZ; JOSE LUIS MATA; DONALD MATTHIESEN; RICHARD MAYER; CHASE MCCRACKEN; ANTHONY MCDEAVITT; RONALD MCGLOTHLIN; DAVID MCINTIRE; JEFFREY MCKEE; DONALD MCLAIN; RUSSELL MCNEIL; TIMOTHY MEAD; STEPHEN MEESE; GENE MENDEZ; JIFFARY MENDEZ; MARK MERRIFIELD; SAMUEL MERROW; KEITH MESECHER; JAMES METCALF;

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 12

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

DELBERT MICHAELSON; CHARLES MILLER; DANIEL MILLER; JEFFREY MILLER; PAUL MILLER; DENNIS MINX; MAXIMO ARROYO MIRANDA; SCOTT MITCHELL; SANDRO MONCIVAIZ; BILLY MOORE; RANDY MORENO; BRIAN MORGAN; SHANNON MORLEY; ADRIAN MORRIS; DARREN MORRIS; JONATHAN MORRIS; SEAN MURSCHEL; MICHAEL NELSON; SCOTT NICOLAS; ANDRE NUNEZ; TIMOTHY NUSS; RYAN OLSON; FERMIN OROZCO; FRANCISCO ORTIZ; HECTOR ORTIZ; JOSHUA OSTROM; CHRISTOPHER OWENS; JUAN PABLO; BRANDON PACHOSA; CLIFFORD PACK; TRAVIS PADGETT; JOSHUA PAINTER; ALEUSON PANDORAH; MIGUEL PANIAGUA; DOUGLAS PARIS; CASEY PARKER; SHELBY PARKER; ANTHONY PARKS; MATTHEW PASE; KENNETH PATTERSON; MIGUEL PAZ; JEFFREY PEDIGO; DONNIE PENDER; JUSTIN PENDLETON; LUIS PEREZ; RICARDO PEREZ; ANDERSON PERRY; IAN PERRY; MICHAEL PERRY; JEFFREY PETTIGO; JOSHUA PHILLIPS; WESLEY PHIPPS; MAURICE PLANK; LANCE POE; QUINTON POORTHUNDER; JOHN DAVID GLEN POSEY; BRANDON PRATOFF; LAWRENCE PRATT; JASON PRIEST; WALTER PRITCHETT; ANTHONY PROM; LONNIE PRZESPOLEWSKI; JESSE PUCKETT; JIMMY QUIROZ; KELLY RAGSDALE; FERNANDO RAMIREZ; JOEL RAMOS; TYLER RANDANT; CHRISTOPHER RANKIN; MICHAEL RAPOZA; ROBERT RATHBUN; ELIAS REDA; KENNY REDWOOD; VERNIE REED; CHARLES RENSHAW; SEYMOUR REUBEN; BRANDON RICHARDSON; LARRY RICKETTS; ERNEST RIPOLI; DUANE ROBERTS; ORLANDO ROBERTSON; NEAL ROBINSON; RANDY ROBINSON; JUSTIN RODNEY; JUAN RODRIGUEZ; MARCO RODRIQUEZ; TYSON ROMANESCHI; BRIAN RONQUILLO; MATTHEW ROSE; VINCENT ROSSA; ANTHONY ROWE; JOSEPH ROWE; BENJAMIN ROWELL; JOSEPH ROWLEY; BRANDON RUDOLPH; JIMMY RUIC; DAVID RUIZ;

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1   MICHAEL RUNGE; KAYLE RUSH; RUSSELL RUST; SAMUEL RYAN; JOSEPH SABIR;
2   JUVENTINO SAGRERO-PEREZ; EDWIN SALAZAR; ADRIAN SAMALIA; LAMAR
3   SAMPSON; REFUGIO SANCHEZ; TROY SANDERS; JAVIER SANTA CRUZ; RODNEY
4   SATHER; JEFFREY SAUNDERS; EVAN SAVOIE; RANDY SAYLER; RICHARD
5   SCALES; CHRIS SCHILL; GREGORY SCHROEDER; GEORGE SCHULER; ROBERT
6
7   SCHULTE; CODY SEELY; DAVID SEGERMAN; NATHANIEL SHAFER; JUSTIN
8   SHANKS; OTIS SHAW; CHARLES SHEHAME; ARMONDO SHELBY; JASON
9   SHEPARD; CHRISTOPHER SHERMAN; FRANKLIN SIMPSON; MICHAEL SIMPSON;
10  STEVEN SINES; QUENTIN SINN; DUANE SKJOLD; ANTHONY SMITH; DONALD
11  SMITH; GABRIEL SMITH; JACOB SMITH; JOSEPH SMITH; RONALD LEE SMITH;
12  RONALD V SMITH; KEVIN SNOW; COREY SOBJACK; DENNIS SOMERVILLE;
13
14  BROOKE SONIA; ROBERT SPENCER; THOMAS SPENCER; ORVIL SPINDOLA;
15  ROBERT SPRADLIN; ROBERT ST. JOHN; DONNY ST. PETER; SHAWN STAHLMAN;
16  LARRY STAPLETON; TERRY STARKWEATHER; PAUL STILL; DANIEL
17  STOCKWELL; SEAN STOLL; SCOTT STOLLER; ROBERT STRANDY; ELIJAH
18  STROMAN; MARK STRONG; DANA STUBBS; WALTER STYER; DONALD SUTCH;
19  JASON SUTTON; JAMES SWANN; SAMUEL SWEENEY; THOMAS SWEENEY; RYAN
20  SWERLAND; ROBERT TALLEY; CHARLES TATE; TRAVIS TATE; JUSTIN TAYLOR;
21  DAVID TEEL; PHILLIP THOMES; TRACY THORNTON; JOHN TINKHAM; KEOLA
22
23  TOLENTINO; ANTHONY TORRES; FRANCISCO TORRES; MILES TRAMAINE; ALEX
24  TREADWAY; ROBERTO TREJO; RYAN TRIMBLE; CHRISTOPHER TROSPER;
25  JONATHAN TURNER; KELLY TYAS; JOHN TYLER; JESUS URRUCHURTU;
26  ALBERTO VALDEZ; MATTHEW VALENZUELA; CHISTOPHER VALLEJO; DAVID
27  VANDAMENT; DARIN VANDERHEIDEN; RAMON VENTURA; ROBERT VESTRE;
28
29
30

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

TED VICKERS; YANES VICTOR; SHAMUS VON BERKS; DAVID WALKER; ERIC WARD; CODY WARDLAW; MICHAEL WARE; JOSHUA WARREN; JERMAINE WATKINS; MATTHEW WATKINS; GERALD WATSON; CHARLES WEGLEY; BRIAN WENZ; MICHAEL WENZ; JAMZE WEST; RICHARD WESTOM; WILLIAM WESTMORELAND; JIMMY WHITE; JUSTIN WHITE; BRIAN WHITMAN; DEAN WILDERMUTH; JAMES WILLIAMS; KIRK WILLIAMS; SHAWN WILLIAMS; TROY WILLIAMS; DANIEL A WILSON; DANIEL LEE WILSON; DEREK WILSON; PATRICK WILSON; VICTOR WILSON; MICHAEL WINN; PATRICK WINTERS; WAYLAND WITTON; ROBERT WOOD; MATTHEW WOODS; DALE WOODLEY; JESSE WOODWARD; BRANDON WYATT; JEREMY YEAGER; MARK YEAGER; KEVIN YEOMAN; KENNETH YOUNG; ANDREW ZAMORA; RICHARD ZEILER individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby file this Class Action Complaint, individually, and on behalf of all others similarly situated, with individual claims and make these allegations based on information and belief against Defendants, THE 3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co); TYCO FIRE PRODUCTS L.P., successor in interest to THE ANSUL COMPANY; BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD INC.; NATIONAL FOAM, INC.; DYNAX CORPORATION; E.I. DU PONT DE NEMOURS AND COMPANY, individually and as successor in interest  to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY FC, L.L.C., individually and as successor in interest to DuPont Chemical Solutions Enterprise; CORTEVA, INC., and DU PONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. (collectively "Defendants").

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 15

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

# I.    INTRODUCTION

## A.    The Contamination of Airway Heights and Medical Lake

1.1    Fairchild Air Force Base ("Fairchild AFB") is located approximately 12 miles west of Spokane, Washington. It contains a fire training site, as well as several historical firefighting training sites.

1.2    The United States Air Force ("USAF") has conducted firefighting training exercises on Fairchild AFB from the 1970's to date.

1.3    As part of firefighting training exercises, Fairchild AFB, like many other U.S. military bases, has used Aqueous Film Forming Foam ("AFFF") and other materials containing perfluorooctanesulfonic acid ("PFOS") and related fluorochemicals that can degrade to perfluorooctanoic acid ("PFOA") or PFOS.

1.4    PFOS-based firefighting foams were developed in the 1960s to extinguish high hazard flammable liquid fuel fires. After extinguishing the fire, a foam-surfactant film acts as both a radiation barrier and a vapor-sealant to prevent re-ignition or "burnback."

1.5    AFFF has been linked to the contamination of surface and groundwater with PFOA, PFOS and other perfluorinated chemicals ("PFC's") throughout the country.

1.6    The communities of Airway Heights and Medical Lake, Washington, ("Communities") and the Airway Heights Corrections Center (AHCC) are nearby and downgradient of Fairchild AFB and have widespread contamination in their water supply as the result of AFFF used at Fairchild AFB.

1.7    Airway Heights Corrections Center (AHCC) physical address is 11919 W. Sprague Avenue, Airway Heights, WA 99001. The facility was opened in 1992 and has a capacity of 2,258 medium- and long-term minimum custody male inmates.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-8730
FX: 206-284-8079

1    1.8    AHCC houses and operates a food factory which opened in 1995. The factory

2  represents the primary source of food production for Washington's prison system,

3  manufacturing over 300,000 cases of frozen meals and bakery products annually to support the

4  feeding of about 16,000 people three times per day.

5    1.9    AHCC also operates as food service operation. AHCC food service consists of

6

7  two (2) kitchens with 162 incarcerated workers serving 6,500 meals per day to the incarcerated

8  population.

9    1.10    Residents of the Communities, the inmates, residents, and staff of AHCC

10  receive their potable water either from private wells or from their municipal water provider.

11    1.11    PFOA and PFOS that originated and were released from Fairchild AFB have

12  contaminated numerous private and public wells relied upon by the Communities and AHCC.

13    1.12    In early May of 2017, the Air Force tested the primary water wells serving the

14

15  City of Airway Heights. The results were published on May 16, 2017. The results showed 3 of

16  4 wells were positive: Wells 1&4: 1,400 ppt; Well 9: 1,520 ppt[1].

17    1.13    As of January 2019, 369 total wells have been tested. Concentrations as high as

18  5,700 ppt have been detected.

19    1.14    PFOA and PFOS has been detected in levels exceeding the current EPA Health

20  Advisory Limit of 70 parts per trillion (ppt) in both municipal and private wells that provide

21  water to the Communities and AHCC.[2]

22

23

24  [1] Well #9 is the geographically closest well to AHCC.
25  [2] EPA 2017; Carabajal, Shannon, 2017. "Air Force, Airway Heights strike water agreement," Fairchild Air Force
   Base, November 2017 www.afcec.af.mil/News/Article-Display/Article/1367923/airforce-airway-heights-strike-
26  water-agreement/; Hu, X.C. et al. 2016. Detection of Poly- and Perfluoroalkyl Substances (PFASs) in U.S.
   Drinking Water Linked to Industrial Sites, Military Fire Training Areas, and Wastewater Treatment Plants,
27  Environmental Science & Technology Letters, Vol. 3, No. 10, August 2016, p. 344-350.
   pubs.acs.org/doi/pdfplus/10.1021/acs.estlett.6b00260; Issaquah, 2018. "PFCs," Washington. Website accessed
28  March 1, 2018: http://issaquahwa.gov/PFCs; Naval Air Station Whidbey Island (NASWI), 2016. "PFAS
   Groundwater   and   Drinking   Water   Investigation,"   Website   accessed:   September12,2017:
29

30  CLASS ACTION COMPLAINT WITH INDIVIDUAL          *The Law Office of Michael Blue, PS*
   CLAIMS AND DEMAND FOR JURY TRIAL - 17            3213 West Wheeler Street, #58
                                                    Seattle, WA 98199
                                                    PH: 206-292-6730
                                                    FX: 206-284-8079

1.15    Investigations have concluded that the basis for this widespread contamination of the ground water is decades of use, storage, and disposal of AFFF at Fairchild AFB that contained PFOA and PFOS.

1.16    In or around May 16, 2017, Plaintiffs and the Putative Class were first made aware that their drinking water was contaminated with PFC's, including PFOA and PFOS, at hazardous levels and to seek alternate drinking water supplies.

1.17    On May 16, 2017 the City of Airway Heights turned off all the affected wells.

1.18    On May 16, 2017 a staff memo signed by Bill McDonell, Incident Commander, titled "Contaminated Water Incident 5/16/17" was published.  The memo stated:

> Airway Heights Corrections Center (AHCC) has received information from the City of Airway Heights that preliminary samplings results obtained by the Air Force Base for two water wells used to supply the water to the City of Airway Heights, and AHCC indicate Perfluorooctanesulfonic (PFOS) and Perfluorooctanic acids (PFOA concentrations above Environmental Protection Agency Lifetime Health Advisory (HA) levels. Out of an abundance of caution, AHCC staff and Incarcerated population are advised to not drink the facility water nor use the water for cooking until it can be verified safe.

1.19    On May 18, 2017, a memo with the Subject: "Airway Heights Water Quality Impacts" was provided to "All Incarcerated Individuals" from Stephen Sinclair, Secretary. The notice stated:

> Based on current events involving the water supply in Airway Heights, Washington, and out of an abundance of caution, the Washington Department of Corrections is

---

ww.navfac.navy.mil/navfac_worldwide/atlantic/fecs/northwest/about_us/northwest_documents /environmental-restoration/pfas-groundwater-and-drinking-water-investigation.html.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 18

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

*reviewing its operations as it relates to the Airway Heights Corrections Center's Correctional Industries food operations. The department has ceased serving any foods prepared in the Airway Heights Corrections Center that would have required water during the manufacturing process.*

*The decision was based on a finding of elevated levels of fluoridated organic chemicals (PFOS and PFOA) in the City of Airway Heights drinking water supply. The City of Airway Heights advised its water customers to not drink city water or use city water for cooking. This advisory will be in effect until further notice.*

...

1.20    On June 2, 2017 Correctional Industries which operates the Airway Heights Food Operations issued a recall of approximately 319,000 pounds of frozen meat and poultry products produced at AHCC due to water contamination. The recall notice said:

*The products were produced using water that contained chemical levels above what is considered safe to drink.*

...

*The problem was discovered on May 16, 2017 when the city of Airway Heights notified the establishment that the May 8, 2017 water sampling of several wells, which supply the municipal water system, demonstrated chemical contamination. The city of Airway Heights issued an advisory health alert to not drink or use the water for cooking purposes because the water contained elevated levels of fluorinated organic chemicals, Perfluorooctanesulfonic acid (PFOS) and Perfluorooctanoic acid (PFOA), above the Environmental Protection Agency Lifetime Health Advisory (HA) levels.*

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 19

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-8730
FX: 206-284-8079

1.21    Several studies and assessments conducted by HydroGeoLogic, Inc. ("HGL"), CH2M Hill ("CH2M"), the United States Air Force, the Environmental Protection Agency's Office of Water ("EPAOW"), Amec Foster Wheeler ("AFW"), and the Washington State Department of Ecology ("WSDE") all confirmed the existence of widespread PFC contamination of the groundwater resources of AHCC and for the Communities ("Areas of Investigation").

1.22    Prior investigations by the USAF and WSDE also concluded that decades of use, storage, and disposal of AFFF at Fairchild AFB caused the PFOA and PFOS contamination of groundwater in the surrounding communities, including contaminating the municipal water system and private wells serving Airway Heights, AHCC, and Medical Lake.

1.23    Defendants manufactured and distributed the AFFF to Fairchild AFB, knowing that AFFF containing PFOA and/or PFOS presented an unreasonable risk to human health and the environment and was inherently dangerous.

1.24    Defendants also knew that PFOA and PFOS were highly soluble and mobile in water, highly likely to contaminate water supplies and other sensitive receptors, were persistent in the environment, and would bio-accumulate in humans causing serious health effects.

1.25    Defendants marketed and sold their products with knowledge that large quantities of AFFF, containing toxic PFC's, would be used in training exercises and in emergency situations at military bases, including Fairchild AFB, in such a manner that PFOA and PFOS would contaminate the air, soil, and groundwater.

1.26    The Defendants marketed and sold their products with knowledge that large quantities of AFFF, containing toxic PFC's, would be stored in fire suppressant systems and tanks on USAF Bases, including Fairchild AFB, and that such systems and storage were used

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

1  and maintained in such a manner that dangerous chemicals would be released into the air, soil,

2  and groundwater.

3      1.27    The Defendants failed in their duty to warn users, bystanders, and sensitive

4  receptors of the inherently dangerous properties of their AFFF.

5      1.28    The Putative Class represents thousands of inmates, past and present, of AHCC

6  who were exposed to drinking water and food prepared with water contaminated with PFOA

7  and/or PFOS from the Airway Heights water system and who suffered bioaccumulation of

8  PFOA and PFOS in their bodies.

9

10  **B.    Health Effects of PFOS and PFOA Exposure**

11     1.29    Many parties have studied PFOA, also known as C8, including a Science Panel

12  formed out of a class action settlement arising from contamination from DuPont's Washington

13  Works located in Wood County, West Virginia.[3]

14     1.30    The C8 panel consisted of three epidemiologists specifically tasked with

15  determining whether there was a probable link between PFOA exposure and human diseases.

16  In 2012, the panel found probable links between PFOA and kidney cancer, testicular cancer,

---

[3] PFAS in drinking water (PFOA, PFOS, PFHxS, and PFNA) can contribute significantly to body burden. Concentrations in blood serum are elevated in communities with PFAS-contaminated drinking water, compared to the general population. Emmett, E. A., et al. 2006. "Community Exposure to Perfluorooctanoate: Relationships Between Serum Concentrations and Exposure Sources," Journal of Occupational and Environmental Medicine, Vol. 48, No. 8, August 2006, p. 759-770. https://www.ncbi.nlm.nih.gov/pubmed/16902368; Minnesota Department of Health (MDH). 2014. Environmental Public Health Tracking, 2009. East Metro perfluorochemical biomonitoring pilot project. Minnesota Department of Health, Minnesota Environment, Exposure and Health. May 2014. http://www.health.state.mn.us/divs/hpcd/tracking/biomonitoring/projects/pfcfinalrpt2009.pdf; Hurley, S. et al. 2016. Preliminary Associations between the Detection of Perfluoroalkyl Acids (PFAAs) in Drinking Water and Serum Concentrations in a Sample of California Women, Environmental Science & Technology Letters, Vol. 3, No. 7, June 2016, p. 264–269. https://pubs.acs.org/doi/abs/10.1021/acs.estlett.6b00154; New Hampshire Department of Health and Human Services (NHDHHS). 2016. "Pease PFC Blood Testing Program: April 2015 – October 2015,", June 2016. https://www.dhhs.nh.gov/dphs/documents/pease-pfc-blood-testing.pdf .

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

ulcerative colitis, thyroid disease, pregnancy induced hypertension (including preeclampsia), and hypercholesterolemia.[4]

    1.31    The health effects of PFOS are the same as PFOA.[5]

    1.32    When polyfluorinated product chemicals enter the environment from the use of firefighting foam (aqueous film forming foam, or AFFF), they may break down through many different pathways. A number of different daughter (transformation) products can be produced, and some of them can be long-lived.[6]

    1.33    In the May 2015 "Madrid Statement on Poly- and Perfluoroalkyl Substances (PFAS's)," scientists and other professionals from a variety of disciplines, concerned about the production and release into the environment of PFOA, called for greater regulation, restrictions, limits on the manufacture and handling of any PFOA containing product, and to

---

[4] Exposure to certain PFAS produce harmful effects in laboratory animal research and have been linked to harmful effects in human epidemiological studies (EPA 2016c; EPA 2016d; Agency for Toxic Substances and Disease Registry (ATSDR). 2018. "Toxicological Profile for Perfluoroalkyls, draft for public comment," August 2018. U.S. Department of Health and Human Services. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=1117&tid=237 ; National Toxicology Program (NTP). 2016. "Systematic Review of Immunotoxicity Associated with Exposure to Perfluorooctanoic acid (PFOA) or Perfluorooctane Sulfonate (PFOS)," U.S. Department of Health and Human Services, June 2016. https://ntp.niehs.nih.gov/ntp/about_ntp/monopeerrvw/2016/july/draftsystematicreviewimmunoto xicityassociatedpfoa_pfos_508.pdf; Johnson, P. I et al. 2014. The Navigation Guide - Evidence-based Medicine Meets Environmental Health: Systematic Review of Human Evidence for PFOA Effects on Fetal Growth, Environmental Health Perspectives, Vol. 122, No. 10, October 2014, p. 1028-1039. https://ehp.niehs.nih.gov/doi/10.1289/ehp.1307893 ; Rappazzo, K.M., E. Coffman, E.P. Hines. 2017. "Exposure to Perfluorinated Alkyl Substances and Health Outcomes in Children: A Systematic Review of the Epidemiologic Literature," International Journal of Environmental Research and Public Health, Vol. 14, No. 7, June 2017, p. 691. https://www.ncbi.nlm.nih.gov/pubmed/28654008 .

[5] PFOS and PFAS are highly persistent in the environment and highly bioaccumulative in humans. They are readily absorbed following ingestion, resist metabolic breakdown, and are poorly excreted from the human body (ATSDR 2018). PFOS and PFAS have been shown to be toxic in animal testing and are linked to health effects in human epidemiological studies (EPA 2016c; EPA 2016d; ATSDR 2018; NTP 2016; Johnson et al. 2014; Rappazzo et al. 2017).

[6] Barzen-Hanson, K.A. et al. 2017. Discovery of 40 classes of per-and polyfluoroalkyl substances in historical aqueous film-forming foams (AFFFs) and AFFF-impacted groundwater. Environmental science & technology 51, no. 4 (2017): 2047-2057. DOI: 10.1021/acs.est.6b05843 https://pubs.acs.org/doi/abs/10.1021/acs.est.6b05843 ; Yi, S, et al. 2018. Biotransformation of AFFF Component 6: 2 Fluorotelomer Thioether Amido Sulfonate Generates 6: 2 Fluorotelomer Thioether Carboxylate under Sulfate-Reducing Conditions. Environmental Science & Technology Letters 5, no. 5 (2018): 283-288. https://pubs.acs.org/doi/10.1021/acs.estlett.8b00148 .

CLASS ACTION COMPLAINT WITH INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL - 22

develop safe non-fluorinated alternatives to these products to avoid long-term harm to human health and the environment.

1.34    PFAS are known to bioaccumulate in people. Bioaccumulation occurs because they are readily absorbed following ingestion, resist metabolic breakdown, and are poorly excreted from the human body.[7]

1.35    The USEPA's Lifetime Health Advisory and Health Effects of 70 ppt, set in May 2016, was an attempt to identify the concentration of PFOA and/or PFOS in drinking water at or below which health effects are not anticipated to occur over a lifetime of exposure.

1.36    Many states, however, have issued lower regulatory limits. For example, Vermont has set a combined level of 20 ppt for PFOA and PFOS and New Jersey has set a maximum contaminant level (MCL) of 14 ppt for PFOA.

1.37    Some experts argue that the safety threshold for PFOA in drinking water should be as low as .1 parts per trillion.[8]

1.38    California has listed PFOA and PFOS to its Proposition 65 list as a chemical known to cause reproductive toxicity under the Safe Drinking Water and Toxic Enforcement Act of 1986.

1.39    The United States Senate and House of Representatives passed the National Defense Authorization Act in November, 2017, which included $42 Million to remediate PFC contamination from military bases, as well as devoting $7 Million toward the Investing in Testing Act, which authorizes the Center for Disease Control and Prevention ("CDC") to conduct a study into the long-term health effects of PFOA and PFOS exposure.

---

[7] ATSDR 2018.
[8] According to a study by the National Toxicology Program which is a division of the NIEHS. https://assets.documentcloud.org/documents/6154935/PFOA-Chronic-Summary.pdf

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 23

1.40    Washington currently follows the USEPA level of 70 ppt for combined PFOA and PFOS levels.

C.    **The Putative Class and Plaintiffs' Exposure and Damages**

1.41    Plaintiffs and the Putative Class have been injured as a result of receiving and ingesting food and water with elevated levels of PFC's, including PFOA and PFOS.

1.42    Plaintiffs and the Putative Class have suffered exposure, personal injury, bioaccumulation of PFC's in their blood which causes known cancers and diseases as a result of the PFC contamination caused by AFFF of their water supplies.

1.43    As a result of years of consuming contaminated water, the Plaintiffs and the Putative Class, as of Airway Heights have been unknowingly exposed for many years to PFC's at concentrations hazardous to their health through the ingestion and dermal absorption of PFOA and PFOS.

1.44    Plaintiffs and the Putative Class seek recovery from all Defendants for injuries, damages, and losses suffered by the Plaintiffs, each of whom suffered injuries as a direct and proximate result of exposure to and consumption of PFC-contaminated food and water from their drinking water supplies, in an amount to be determined at trial, exclusive of interest, costs, and attorneys' fees.

## II.    JURISDICTION AND VENUE

2.1    This Court has jurisdiction over this matter pursuant to the State Constitution Art. 4 § 6 and RCW 2.08.010.

2.2    Venue is proper in this Court pursuant to RCW § 4.12.025 because the events or omissions by Defendants giving rise to the claims asserted herein occurred in Spokane County, Washington and caused harm to Plaintiffs and the Class Members, the vast majority of whom reside in this District.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

2.3     Plaintiffs bring this action on behalf of themselves and the class pursuant to CR 23.

## III.     THE PARTIES

### A.     Plaintiffs and Class Representatives

3.1     Plaintiff Aaron Abbott has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.2     As a result of his exposure to the contaminated water at AHCC, Aaron Abbott has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.3     Plaintiff Ildefonso Aboy has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.4     As a result of his exposure to the contaminated water at AHCC, Ildefonso Aboy has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced kidney problems, loss of sleep, loss of balance, poor circulation, and vision loss.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 25

3.5     Plaintiff Dustin Abrams has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.6     As a result of his exposure to the contaminated water at AHCC, Dustin Abrams has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.7     Plaintiff Manuel Acala has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.8     As a result of his exposure to the contaminated water at AHCC, Manuel Acala has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.9     Plaintiff Christopher Adams has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.10    As a result of his exposure to the contaminated water at AHCC, Christopher Adams has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.11    Plaintiff James Adams has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.12    As a result of his exposure to the contaminated water at AHCC, James Adams has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.13    Plaintiff Hipolito Aguilar has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.14    As a result of his exposure to the contaminated water at AHCC, Hipolito Aguilar has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1   3.15   Plaintiff Justin Aguilar-Tofte has been an inmate at Airway Heights Correction

2   Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

3   PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads

4   and appliances.

5

6   3.16   As a result of his exposure to the contaminated water at AHCC, Justin Aguilar-

7   Tofte has high blood pressure due to the PFOS and PFOA in his blood which carries a

8   heightened risk of developing several health conditions, including but not limited to effects on

9   the liver and immune system, high cholesterol levels, changes in thyroid hormone,

10  hypertension, ulcerative colitis, fertility issues, and kidney cancer.

11

12  3.17   Plaintiff Donald Alcorn has been an inmate at Airway Heights Correction

13  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

14  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads

15  and appliances.

16

17  3.18   As a result of his exposure to the contaminated water at AHCC, Donald Alcorn

18  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

19  risk of developing several health conditions, including but not limited to effects on the liver

20  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

21  ulcerative colitis, fertility issues, and kidney cancer.

22

23  3.19   Plaintiff Roger Alderman has been an inmate at Airway Heights Correction

24  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

25  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,

26  and appliances.

27

28

29

30

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.20    As a result of his exposure to the contaminated water at AHCC, Roger Alderman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.21    Plaintiff Roman Allah has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.22    As a result of his exposure to the contaminated water at AHCC, Roman Allah has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.23    Plaintiff Cecil Allen has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.24    As a result of his exposure to the contaminated water at AHCC, Cecil Allen has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.25    Plaintiff Tony Allen has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.26    As a result of his exposure to the contaminated water at AHCC, Tony Allen has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.27    Plaintiff Andrew Allenby has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.28    As a result of his exposure to the contaminated water at AHCC, Andrew Allenby has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dry skin, rashes, kidney pain, and stomach aches.

3.29    Plaintiff Jeremy Anderson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.30    As a result of his exposure to the contaminated water at AHCC, Jeremy Anderson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.31    Plaintiff John Anderson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.32    As a result of his exposure to the contaminated water at AHCC, John Anderson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.33    3.33    Plaintiff Michael Anderson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.34    As a result of his exposure to the contaminated water at AHCC, Michael Anderson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.35    Plaintiff Randy Anderson has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.36    As a result of his exposure to the contaminated water at AHCC, Randy Anderson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.37    Plaintiff Ricardo Angulo has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.38    As a result of his exposure to the contaminated water at AHCC, Ricardo Angulo has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced loss of vision, joint pain, hair loss, rashes, hernias, and bad smelling urine.

3.39    Plaintiff Adam Archer has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-8730
FX: 206-284-8079

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

3.40    As a result of his exposure to the contaminated water at AHCC, Adam Archer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.41    Plaintiff Anthony Archuleta has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.42    As a result of his exposure to the contaminated water at AHCC, Anthony Archuleta has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.43    Plaintiff Michael Aycox has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.44    As a result of his exposure to the contaminated water at AHCC, Michael Aycox has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

ulcerative colitis, fertility issues, and kidney cancer. He has also experienced arthritis, acid reflux, hair loss, and hernias.

3.45    Plaintiff Scott Aynsley has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.46    As a result of his exposure to the contaminated water at AHCC, Scott Aynsley has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.47    Plaintiff Jesse Azure has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.48    As a result of his exposure to the contaminated water at AHCC, Jesse Azure has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.49    Plaintiff Shappa Baker has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1   PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,

2   and appliances.

3

4        3.50   As a result of his exposure to the contaminated water at AHCC, Shappa Baker

5   has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

6   risk of developing several health conditions, including but not limited to effects on the liver

7   and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

8   ulcerative colitis, fertility issues, and kidney cancer.

9

10        3.51   Plaintiff Robert Barker has been an inmate at Airway Heights Correction

11   Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

12   PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,

13   and appliances.

14

15        3.52   As a result of his exposure to the contaminated water at AHCC, Robert Barker

16   has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

17   risk of developing several health conditions, including but not limited to effects on the liver

18   and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

19   ulcerative colitis, fertility issues, and kidney cancer.

20        3.53   Plaintiff James Barnes has been an inmate at Airway Heights Correction Center.

21   He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

22   entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and

23   appliances.

24

25        3.54   As a result of his exposure to the contaminated water at AHCC, James Barnes

26   has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

27   risk of developing several health conditions, including but not limited to effects on the liver

28

29

30   CLASS ACTION COMPLAINT WITH INDIVIDUAL           *The Law Office of Michael Blue, PS*
        CLAIMS AND DEMAND FOR JURY TRIAL - 35             3213 West Wheeler Street, #58
                                                      Seattle, WA 98199
                                                        PH: 206-292-6730
                                                        FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.55    Plaintiff Paul Barnes has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.56    As a result of his exposure to the contaminated water at AHCC, Paul Barnes has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.57    Plaintiff Zachary Basart has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.58    As a result of his exposure to the contaminated water at AHCC, Zachary Basart has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced liver cysts, and rashes.

3.59    Plaintiff William Basset has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.60   As a result of his exposure to the contaminated water at AHCC, William Basset has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced flu like symptoms, rashes, loss of memory, pain while urinating, fatigue, labored breathing, stomach pains, bad smelling urine.

3.61   Plaintiff Travis Baumann has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.62   As a result of his exposure to the contaminated water at AHCC, Travis Baumann has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.63   Plaintiff Dale Beardsley has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.64    As a result of his exposure to the contaminated water at AHCC, Dale Beardsley has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.65    Plaintiff Jacob Beck has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.66    As a result of his exposure to the contaminated water at AHCC, Jacob Beck has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.67    Plaintiff Jeremiah Bell has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.68    As a result of his exposure to the contaminated water at AHCC, Jeremiah Bell has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-6079

3.69    Plaintiff Bruce Bennett was an inmate at Airway Heights Correction Center. He had been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.70    As a result of his exposure to the contaminated water at AHCC, Bruce Bennett has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.71    Plaintiff Matthew Bertuccelli has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.72    As a result of his exposure to the contaminated water at AHCC, Matthew Bertuccelli has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hepatitis C, fatigue, aching joints.

3.73    Plaintiff Brian Beston has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

3.74    As a result of his exposure to the contaminated water at AHCC, Brian Beston has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.75    Plaintiff Adam Betancourt has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.76    As a result of his exposure to the contaminated water at AHCC, Adam Betancourt has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.77    Plaintiff Sean Bews has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.78    As a result of his exposure to the contaminated water at AHCC, Sean Bews has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 40

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #56
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.79    Plaintiff Aaron Birdsbill has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.80    As a result of his exposure to the contaminated water at AHCC, Aaron Birdsbill has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.81    Plaintiff Ian Black has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.82    As a result of his exposure to the contaminated water at AHCC, Ian Black has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.83    Plaintiff Jimmy Blackburn has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1    PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,

2    and appliances.

3        3.84    As a result of his exposure to the contaminated water at AHCC, Jimmy

4

5    Blackburn has high blood pressure due to the PFOS and PFOA in his blood which carries a

6    heightened risk of developing several health conditions, including but not limited to effects on

7    the liver and immune system, high cholesterol levels, changes in thyroid hormone,

8    hypertension, ulcerative colitis, fertility issues, and kidney cancer.

9        3.85    Plaintiff Spencer Blackwell has been an inmate at Airway Heights Correction

10

11   Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

12   PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,

13   and appliances.

14       3.86    As a result of his exposure to the contaminated water at AHCC, Spencer

15

16   Blackwell has high blood pressure due to the PFOS and PFOA in his blood which carries a

17   heightened risk of developing several health conditions, including but not limited to effects on

18   the liver and immune system, high cholesterol levels, changes in thyroid hormone,

19   hypertension, ulcerative colitis, fertility issues, and kidney cancer.

20       3.87    Plaintiff Juan Blancas has been an inmate at Airway Heights Correction Center.

21

22   He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

23   entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and

24   appliances.

25       3.88    As a result of his exposure to the contaminated water at AHCC, Juan Blancas

26   has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

27   risk of developing several health conditions, including but not limited to effects on the liver

28

29

30   CLASS ACTION COMPLAINT WITH INDIVIDUAL
     CLAIMS AND DEMAND FOR JURY TRIAL - 42

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
2  ulcerative colitis, fertility issues, and kidney cancer.

3
4     3.89    Plaintiff Phillip Bobenhouse has been an inmate at Airway Heights Correction
5  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
6  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
7  and appliances.

8     3.90    As a result of his exposure to the contaminated water at AHCC, Phillip
9  Bobenhouse has high blood pressure due to the PFOS and PFOA in his blood which carries a
10 heightened risk of developing several health conditions, including but not limited to effects on
11 the liver and immune system, high cholesterol levels, changes in thyroid hormone,
12 hypertension, ulcerative colitis, fertility issues, and kidney cancer.
13

14    3.91    Plaintiff Michael Bockman has been an inmate at Airway Heights Correction
15 Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
16 PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
17 and appliances.
18

19    3.92    As a result of his exposure to the contaminated water at AHCC, Michael
20 Bockman has high blood pressure due to the PFOS and PFOA in his blood which carries a
21 heightened risk of developing several health conditions, including but not limited to effects on
22 the liver and immune system, high cholesterol levels, changes in thyroid hormone,
23 hypertension, ulcerative colitis, fertility issues, and kidney cancer.
24

25    3.93    Plaintiff Herbert Boissineau has been an inmate at Airway Heights Correction
26 Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
27
28
29
30

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.94   As a result of his exposure to the contaminated water at AHCC, Herbert Boissineau has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.95   Plaintiff Dominique Booker has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.96   As a result of his exposure to the contaminated water at AHCC, Dominique Booker has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.97   Plaintiff Kevin Boot has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.98   As a result of his exposure to the contaminated water at AHCC, Kevin Boot has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dry and itchy skin, rashes, headaches, skin infections, chest pains, and fatigue.

3.99    Plaintiff Kennith Bowens has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.100    As a result of his exposure to the contaminated water at AHCC, Kennith Bowens has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced frequent illness, and rashes.

3.101    Plaintiff Cardell Brady has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.102    As a result of his exposure to the contaminated water at AHCC, Cardell Brady has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin breakouts, and tonsil infections.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.103   Plaintiff Daniel Brasel has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.104   As a result of his exposure to the contaminated water at AHCC, Daniel Brasel has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.105   Plaintiff Eugene Brasier has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.106   As a result of his exposure to the contaminated water at AHCC, Eugene Brasier has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.107   Plaintiff Robert Briggs has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.108  As a result of his exposure to the contaminated water at AHCC, Robert Briggs has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.109  Plaintiff Bryan Brodil has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.110  As a result of his exposure to the contaminated water at AHCC, Bryan Brodil has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced stomach aches, headaches and dizziness.

3.111  Plaintiff Bruce Brooks has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.112  As a result of his exposure to the contaminated water at AHCC, Bruce Brooks has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 47

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin irritation
2  and dizziness.

3
4  3.113  Plaintiff Daniel Brooks has been an inmate at Airway Heights Correction
5  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
6  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
7  and appliances.

8
9  3.114  As a result of his exposure to the contaminated water at AHCC, Daniel Brooks
10 has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
11 risk of developing several health conditions, including but not limited to effects on the liver
12 and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
13 ulcerative colitis, fertility issues, and kidney cancer.

14 3.115  Plaintiff Donald Brown has been an inmate at Airway Heights Correction
15 Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
16
17 PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
18 and appliances.

19 3.116  As a result of his exposure to the contaminated water at AHCC, Donald Brown
20 has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
21 risk of developing several health conditions, including but not limited to effects on the liver
22
23 and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
24 ulcerative colitis, fertility issues, and kidney cancer.

25 3.117  Plaintiff Kevin Brown has been an inmate at Airway Heights Correction Center.
26 He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's
27
28
29
30 CLASS ACTION COMPLAINT WITH INDIVIDUAL
   CLAIMS AND DEMAND FOR JURY TRIAL - 48

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.118  As a result of his exposure to the contaminated water at AHCC, Kevin Brown has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches.

3.119  Plaintiff Patrick Brown has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.120  As a result of his exposure to the contaminated water at AHCC, Patrick Brown has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.121  Plaintiff Quinton Brown has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.122  As a result of his exposure to the contaminated water at AHCC, Quinton Brown has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8078

1  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
2  ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issues.

3
4  3.123  Plaintiff Robert Brown has been an inmate at Airway Heights Correction
5  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
6  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
7  and appliances.

8
9  3.124  As a result of his exposure to the contaminated water at AHCC, Robert Brown
10  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
11  risk of developing several health conditions, including but not limited to effects on the liver
12  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
13  ulcerative colitis, fertility issues, and kidney cancer.

14  3.125  Plaintiff Steven Brown has been an inmate at Airway Heights Correction
15  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
16  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
17  and appliances.
18

19  3.126  As a result of his exposure to the contaminated water at AHCC, Steven Brown
20  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
21  risk of developing several health conditions, including but not limited to effects on the liver
22  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
23  ulcerative colitis, fertility issues, and kidney cancer.
24

25  3.127  Plaintiff Dallas Broyles has been an inmate at Airway Heights Correction
26  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
27
28
29
30

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.128  As a result of his exposure to the contaminated water at AHCC, Dallas Broyles has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.129  Plaintiff Italy Brumfield has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.130  As a result of his exposure to the contaminated water at AHCC, Italy Brumfield has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dehydration, stomach issues, rashes, and frequent illness.

3.131  Plaintiff James Brundage has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.132  As a result of his exposure to the contaminated water at AHCC, James Brundage has high blood pressure due to the PFOS and PFOA in his blood which carries a

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8078

heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.133  Plaintiff David Bryner has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.134  As a result of his exposure to the contaminated water at AHCC, David Bryner has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.135  Plaintiff Curtis Buckner has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.136  As a result of his exposure to the contaminated water at AHCC, Curtis Buckner has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches, and stomach aches.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

3.137  Plaintiff Michael Bullock has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.138  As a result of his exposure to the contaminated water at AHCC, Michael Bullock has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.139  Plaintiff W.R. Bullock has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.140  As a result of his exposure to the contaminated water at AHCC, W.R. Bullock has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced muscle pain, fatigue, headaches, cramps, and joint pain.

3.141  Plaintiff Robert Burch has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-8730
FX: 206-284-8079

3.142  As a result of his exposure to the contaminated water at AHCC, Robert Burch has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.143  Plaintiff Jeffery Burke has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.144  As a result of his exposure to the contaminated water at AHCC, Jeffery Burke has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.145  Plaintiff Phillip Burmood has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.146  As a result of his exposure to the contaminated water at AHCC, Phillip Burmood has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.147  Plaintiff David Burns has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.148  As a result of his exposure to the contaminated water at AHCC, David Burns has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.149  Plaintiff Brett Burnson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.150  As a result of his exposure to the contaminated water at AHCC, Brett Burnson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.151  Plaintiff Robbie Burton has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.152 As a result of his exposure to the contaminated water at AHCC, Robbie Burton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.153 Plaintiff Justin Buse has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.154 As a result of his exposure to the contaminated water at AHCC, Justin Buse has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced frequent illness, and rashes.

3.155 Plaintiff Allgerio Campbell has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.156 As a result of his exposure to the contaminated water at AHCC, Allgerio Campbell has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 56

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.157  Plaintiff Daniel Campbell has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.158  As a result of his exposure to the contaminated water at AHCC, Daniel Campbell has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.159  Plaintiff Preston Carbary has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.160  As a result of his exposure to the contaminated water at AHCC, Preston Carbary has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.161  Plaintiff Eric Carlson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.162  As a result of his exposure to the contaminated water at AHCC, Eric Carlson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.163  Plaintiff Steven Carpenter has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.164  As a result of his exposure to the contaminated water at AHCC, Steven Carpenter has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.165  Plaintiff Mason Carroll has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.166  As a result of his exposure to the contaminated water at AHCC, Mason Carroll has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin issues, and gall bladder surgery.

3.167   Plaintiff John Cary has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.168   As a result of his exposure to the contaminated water at AHCC, John Cary has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.169   Plaintiff Jesus Castaneda has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.170   As a result of his exposure to the contaminated water at AHCC, Jesus Castaneda has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.171   Plaintiff Ricardo Castellano has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.172 As a result of his exposure to the contaminated water at AHCC, Ricardo Castellano has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.173 Plaintiff Gustavo Castro has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.174 As a result of his exposure to the contaminated water at AHCC, Gustavo Castro has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.175 Plaintiff Ricardo Castro-Vazquez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.176 As a result of his exposure to the contaminated water at AHCC, Ricardo Castro-Vazquez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.177  Plaintiff Guye Cavender has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.178  As a result of his exposure to the contaminated water at AHCC, Guye Cavender has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.179  Plaintiff Nicholas Cencich has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.180  As a result of his exposure to the contaminated water at AHCC, Nicholas Cencich has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.181  Plaintiff Carlo Cerutti has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.182  As a result of his exposure to the contaminated water at AHCC, Carlo Cerutti has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.183  Plaintiff Christopher Chapple has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.184  As a result of his exposure to the contaminated water at AHCC, Christopher Chapple has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.185  Plaintiff Ezequiel Chavez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.186  As a result of his exposure to the contaminated water at AHCC, Ezequiel Chavez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.187  Plaintiff Joseph Christina has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.188  As a result of his exposure to the contaminated water at AHCC, Joseph Christina has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.189  Plaintiff Ron Christopherson has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.190  As a result of his exposure to the contaminated water at AHCC, Ron Christopherson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.191  Plaintiff Cullen Clark has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.192  As a result of his exposure to the contaminated water at AHCC, Cullen Clark has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.193  Plaintiff David Clark has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.194  As a result of his exposure to the contaminated water at AHCC, David Clark has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches and heartburn.

3.195  Plaintiff Marcos Clarke has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.196  As a result of his exposure to the contaminated water at AHCC, Marcos Clarke has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.197  Plaintiff Joseph Clayton has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.198  As a result of his exposure to the contaminated water at AHCC, Joseph Clayton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.199  Plaintiff Jeffrey Cleator has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.200  As a result of his exposure to the contaminated water at AHCC, Jeffrey Cleator has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.201  Plaintiff Robert Coberly has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.202   As a result of his exposure to the contaminated water at AHCC, Robert Coberly has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.203   Plaintiff Michael Coleman has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.204   As a result of his exposure to the contaminated water at AHCC, Michael Coleman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.205   Plaintiff Christopher Comer has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.206   As a result of his exposure to the contaminated water at AHCC, Christopher Comer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.207   Plaintiff Bernard Conrad has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.208   As a result of his exposure to the contaminated water at AHCC, Bernard Conrad has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.209   Plaintiff Duarte Cordero has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.210   As a result of his exposure to the contaminated water at AHCC, Duarte Cordero has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.211   Plaintiff Lucas Cook has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.212  As a result of his exposure to the contaminated water at AHCC, Lucas Cook has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.213  Plaintiff Ryan Corkery has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.214  As a result of his exposure to the contaminated water at AHCC, Ryan Corkery has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.215  Plaintiff Jose Coronado has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.216  As a result of his exposure to the contaminated water at AHCC, Jose Coronado has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced heart problems, problems breathing, hair loss, hearing loss, bleeding from ears and nose, arthritis, stomach and bowel issues and bad smelling urine.

3.217   Plaintiff Francis Cota has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.218   As a result of his exposure to the contaminated water at AHCC, Francis Cota has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced heart attacks and digestive/intestinal issues.

3.219   Plaintiff John Cox has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.220   As a result of his exposure to the contaminated water at AHCC, John Cox has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

3.221   Plaintiff Dennis Cramm has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.222   As a result of his exposure to the contaminated water at AHCC, Dennis Cramm has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.223   Plaintiff Lindsey Crumpton has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.224   As a result of his exposure to the contaminated water at AHCC, Lindsey Crumpton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.225   Plaintiff Daniel Cummins has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.226 As a result of his exposure to the contaminated water at AHCC, Daniel Cummins has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dry skin, bad taste in mouth, nausea, headaches, and excessive sweating.

3.227 Plaintiff Myles Dalquist has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.228 As a result of his exposure to the contaminated water at AHCC, Myles Dalquist has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin irritation, rashes, and bad smelling urine.

3.229 Plaintiff James Daugherty has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.230 As a result of his exposure to the contaminated water at AHCC, James Daugherty has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced kidney failure.

3.231  Plaintiff Jose Davila has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.232  As a result of his exposure to the contaminated water at AHCC, Jose Davila has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.233  Plaintiff Aaron Davis has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.234  As a result of his exposure to the contaminated water at AHCC, Aaron Davis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.235  Plaintiff Allen Davis has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.236  As a result of his exposure to the contaminated water at AHCC, Allen Davis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.237  Plaintiff Thomas Davis has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.238  As a result of his exposure to the contaminated water at AHCC, Thomas Davis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.239  Plaintiff Jalen Day has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.240  As a result of his exposure to the contaminated water at AHCC, Jalen Day has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.241  Plaintiff Darron Deitrick has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.242  As a result of his exposure to the contaminated water at AHCC, Darron Deitrick has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.243  Plaintiff Cesar Delacruz has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.244  As a result of his exposure to the contaminated water at AHCC, Cesar Delacruz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced itchy skin, burning eyes, acne, rashes, digestive issues, and stomach aches.

3.245  Plaintiff Antonio Deleon has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 74

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.246   As a result of his exposure to the contaminated water at AHCC, Antonio Deleon has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.247   Plaintiff Esiquio DeLeon has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.248   As a result of his exposure to the contaminated water at AHCC, Esiquio DeLeon has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.249   Plaintiff Marcos DePoz has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.250   As a result of his exposure to the contaminated water at AHCC, Marcos DePoz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.251  Plaintiff Dan Devorkin has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.252  As a result of his exposure to the contaminated water at AHCC, Dan Devorkin has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.253  Plaintiff Mike Dewey has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.254  As a result of his exposure to the contaminated water at AHCC, Mike Dewey has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.255  Plaintiff Aaron Dick has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.256  As a result of his exposure to the contaminated water at AHCC, Aaron Dick has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.257  Plaintiff Damon Dickman has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.258  As a result of his exposure to the contaminated water at AHCC, Damon Dickman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches, acne, fatigue, aches and pains, and frequent illness

3.259  Plaintiff Jeff Dilks has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.260  As a result of his exposure to the contaminated water at AHCC, Jeff Dilks has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 77

of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.261   Plaintiff Kris Dillard has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.262   As a result of his exposure to the contaminated water at AHCC, Kris Dillard has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.263   Plaintiff David Dodd has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.264   As a result of his exposure to the contaminated water at AHCC, David Dodd has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin issues, rashes, stomach pains, heartburn, and throat swelling.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 78

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.265  Plaintiff Robert Dombrosky has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.266  As a result of his exposure to the contaminated water at AHCC, Robert Dombrosky has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.267  Plaintiff Stephen Douglas has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.268  As a result of his exposure to the contaminated water at AHCC, Stephen Douglas has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.269  Plaintiff David Dronen has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.270  As a result of his exposure to the contaminated water at AHCC, David Dronen has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.271  Plaintiff Robert Duggins has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.272  As a result of his exposure to the contaminated water at AHCC, Robert Duggins has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.273  Plaintiff John Dyson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.274  As a result of his exposure to the contaminated water at AHCC, John Dyson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 80

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8078

3.275  Plaintiff Christopher Eakle has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.276  As a result of his exposure to the contaminated water at AHCC, Christopher Eakle has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.277  Plaintiff James Edwardson has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.278  As a result of his exposure to the contaminated water at AHCC, James Edwardson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.279  Plaintiff Joseph Ellery has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.280  As a result of his exposure to the contaminated water at AHCC, Joseph Ellery has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.281  Plaintiff Donald Elliot has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.282  As a result of his exposure to the contaminated water at AHCC, Donald Elliot has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.283  Plaintiff Donny Elliot has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.284  As a result of his exposure to the contaminated water at AHCC, Donny Elliot has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.285  Plaintiff Andres Espino has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.286  As a result of his exposure to the contaminated water at AHCC, Andres Espino has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.287  Plaintiff Derrick Evans has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.288  As a result of his exposure to the contaminated water at AHCC, Derrick Evans has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.289  Plaintiff Jose Farjardo has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.290   As a result of his exposure to the contaminated water at AHCC, Jose Farjardo has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.291   Plaintiff Dwight Feeser has been an inmate at Airway Heights Correction Center for over 10 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.292   As a result of his exposure to the contaminated water at AHCC, Dwight Feeser has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced throat issues resulting in surgery, difficulty breathing, hair loss, and bad smelling urine.

3.293   Plaintiff Jesse Fellman-Shimmin has been an inmate at Airway Heights Correction Center for over 6 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.294   As a result of his exposure to the contaminated water at AHCC, Jesse Fellman-Shimmin has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced insomnia, dehydration, dry skin, rashes, abdominal pain, and bowel movement issues.

3.295  Plaintiff Anthony Fesili has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.296  As a result of his exposure to the contaminated water at AHCC, Anthony Fesili has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.297  Plaintiff Roger Fickett has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.298  As a result of his exposure to the contaminated water at AHCC, Roger Fickett has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.299  Plaintiff Quenton Fields has been an inmate at Airway Heights Correction Center for over 2 years.  He has been at AHCC drinking and using the water from the City of

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 85

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.300   As a result of his exposure to the contaminated water at AHCC, Quenton Fields has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.301   Plaintiff Esteban Fierro has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.302   As a result of his exposure to the contaminated water at AHCC, Esteban Fierro has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.303   Plaintiff Adrian Fillmore has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.304   As a result of his exposure to the contaminated water at AHCC, Adrian Fillmore has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 86

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.305  Plaintiff Jon Fischer has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.306  As a result of his exposure to the contaminated water at AHCC, Jon Fischer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced nose bleeds from dryness, and headaches.

3.307  Plaintiff James Fisher has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.308  As a result of his exposure to the contaminated water at AHCC, James Fisher has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.309  Plaintiff Olajide Fletcher has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 87

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-8730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.310 As a result of his exposure to the contaminated water at AHCC, Olajide Fletcher has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced bumpy skin.

3.311 Plaintiff Roger Flook has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.312 As a result of his exposure to the contaminated water at AHCC, Roger Flook has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.313 Plaintiff Timothy Florence has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.314 As a result of his exposure to the contaminated water at AHCC, Timothy Florence has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 88

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.315  Plaintiff Johnathon Flores has been an inmate at Airway Heights Correction Center since 2015.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.316  As a result of his exposure to the contaminated water at AHCC, Johnathon Flores has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issues and high cholesterol.

3.317  Plaintiff Ruben Flores has been an inmate at Airway Heights Correction Center since 2011.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.318  As a result of his exposure to the contaminated water at AHCC, Ruben Flores has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced Fatigue, lumps on his abdomen, dry skin, acid reflux, and shortness of breath.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.319   Plaintiff Michael Forest has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.320   As a result of his exposure to the contaminated water at AHCC, Michael Forest has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.321   Plaintiff Cody Forslin has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.322   As a result of his exposure to the contaminated water at AHCC, Cody Forslin has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.323   Plaintiff Jason Fowler has been an inmate at Airway Heights Correction Center from 2010 to 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 90

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

3.324  As a result of his exposure to the contaminated water at AHCC, Jason Fowler has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.325  Plaintiff James Francis has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.326  As a result of his exposure to the contaminated water at AHCC, James Francis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches, rashes, and skin breakouts.

3.327  Plaintiff Thomas Franklin has been an inmate at Airway Heights Correction Center for 7 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.328  As a result of his exposure to the contaminated water at AHCC, Thomas Franklin has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.329   Plaintiff Scott Fraser has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.330   As a result of his exposure to the contaminated water at AHCC, Scott Fraser has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.331   Plaintiff Alan French has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.332   As a result of his exposure to the contaminated water at AHCC, Alan French has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.333   Plaintiff Joe Fuller has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-6079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.334  As a result of his exposure to the contaminated water at AHCC, Joe Fuller has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.335  Plaintiff Troy Fuller has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.336  As a result of his exposure to the contaminated water at AHCC, Troy Fuller has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.337  Plaintiff Tyson Gabriel has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.338  As a result of his exposure to the contaminated water at AHCC, Tyson Gabriel has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 93

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.339   Plaintiff Kraig Gaddis has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.340   As a result of his exposure to the contaminated water at AHCC, Kraig Gaddis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.341   Plaintiff Adrian Garcia has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.342   As a result of his exposure to the contaminated water at AHCC, Adrian Garcia has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced heart surgery and kidney issues.

3.343   Plaintiff Paul Gardener has been an inmate at Airway Heights Correction Center since 2009. He has been at AHCC drinking and using the water from the City of Airway

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.344  As a result of his exposure to the contaminated water at AHCC, Paul Gardener has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.345  Plaintiff Marco Garnica has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.346  As a result of his exposure to the contaminated water at AHCC, Marco Garnica has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.347  Plaintiff Dominic Garrett was an inmate at Airway Heights Correction Center for 6 months. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.348  As a result of his exposure to the contaminated water at AHCC, Dominic Garrett has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 95

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.349 Plaintiff Gregory Garrison has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.350 As a result of his exposure to the contaminated water at AHCC, Gregory Garrison has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.351 Plaintiff James Gavin has been an inmate at Airway Heights Correction Center since February of 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.352 As a result of his exposure to the contaminated water at AHCC, James Gavin has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.353 Plaintiff Ryan Gehr has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.354   As a result of his exposure to the contaminated water at AHCC, Ryan Gehr has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.355   Plaintiff Carl Gentis has been an inmate at Airway Heights Correction Center for over 20 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.356   As a result of his exposure to the contaminated water at AHCC, Carl Gentis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced eczema, hair loss, joint pain, high cholesterol, and testicular complications.

3.357   Plaintiff Seth Germain has been an inmate at Airway Heights Correction Center since 2016 and previously from 2010 to 2012. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.358   As a result of his exposure to the contaminated water at AHCC, Seth Germain has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.359   Plaintiff Peter Gibbs has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.360   As a result of his exposure to the contaminated water at AHCC, Peter Gibbs has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.361   Plaintiff Abran Gibson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.362   As a result of his exposure to the contaminated water at AHCC, Abran Gibson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches and dry skin.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.363   Plaintiff Brett Giles has been an inmate at Airway Heights Correction Center since August of 2017.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.364   As a result of his exposure to the contaminated water at AHCC, Brett Giles has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dry skin, fatigue, high blood-pressure, and shortness of breath.

3.365   Plaintiff Patrick Giles has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.366   As a result of his exposure to the contaminated water at AHCC, Patrick Giles has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.367   Plaintiff Jason Gilmore has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.368  As a result of his exposure to the contaminated water at AHCC, Jason Gilmore has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.369  Plaintiff Alejandro Gonzalez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.370  As a result of his exposure to the contaminated water at AHCC, Alejandro Gonzalez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes.

3.371  Plaintiff Christian Gonzalez has been an inmate at Airway Heights Correction Center since April of 2009. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.372  As a result of his exposure to the contaminated water at AHCC, Christian Gonzalez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone,

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 100

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issues.

3.373  Plaintiff Edwin Gonzalez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.374  As a result of his exposure to the contaminated water at AHCC, Edwin Gonzalez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.375  Plaintiff Fidel Gonzalez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.376  As a result of his exposure to the contaminated water at AHCC, Fidel Gonzalez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes, dry eyes, loss of vision, and breathing issues.

3.377  Plaintiff James Gonzalez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.378   As a result of his exposure to the contaminated water at AHCC, James Gonzalez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.379   Plaintiff Martin Gonzalez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.380   As a result of his exposure to the contaminated water at AHCC, Martin Gonzalez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.381   Plaintiff Oreste Gonzalez has been an inmate at Airway Heights Correction Center for over 6 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.382   As a result of his exposure to the contaminated water at AHCC, Oreste Gonzalez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.383  Plaintiff Jesus Gonzalez-Muro has been an inmate at Airway Heights Correction Center since August of 2013.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.384  As a result of his exposure to the contaminated water at AHCC, Jesus Gonzalez-Muro has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.385  Plaintiff Jason Graham has been an inmate at Airway Heights Correction Center since 2007.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.386  As a result of his exposure to the contaminated water at AHCC, Jason Graham has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.387  Plaintiff Mathew Gustamante has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.388  As a result of his exposure to the contaminated water at AHCC, Mathew Gustamante has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.389  Plaintiff Michael Gray has been an inmate at Airway Heights Correction Center since January 1st of 2017.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.390  As a result of his exposure to the contaminated water at AHCC, Michael Gray has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.391  Plaintiff Lucky Guzman has been an inmate at Airway Heights Correction Center for 6 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.392  As a result of his exposure to the contaminated water at AHCC, Lucky Guzman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced high blood pressure, diabetes, heart issues, acid reflux, intestinal issues, and arthritis.

3.393  Plaintiff Darnell Hagans has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.394  As a result of his exposure to the contaminated water at AHCC, Darnell Hagans has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.395  Plaintiff David Hall has been an inmate at Airway Heights Correction Center since 2015. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.396  As a result of his exposure to the contaminated water at AHCC, David Hall has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced joint pain and digestive issues.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.397   Plaintiff James Hambleton has been an inmate at Airway Heights Correction Center on and off since 2009.   He has been at AHCC drinking and using the water from the City of Airway Heights.   PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.398   As a result of his exposure to the contaminated water at AHCC, James Hambleton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.399   Plaintiff James Hamilton has been an inmate at Airway Heights Correction Center.   He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.400   As a result of his exposure to the contaminated water at AHCC, James Hamilton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.401   Plaintiff Jalil Handy has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

3.402   As a result of his exposure to the contaminated water at AHCC, Jalil Handy has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.403   Plaintiff Cliff Hanning has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.404   As a result of his exposure to the contaminated water at AHCC, Cliff Hanning has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.405   Plaintiff Caleb Hanowell has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.406   As a result of his exposure to the contaminated water at AHCC, Caleb Hanowell has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.407   Plaintiff Dean Hansen has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.408   As a result of his exposure to the contaminated water at AHCC, Dean Hansen has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.409   Plaintiff Richard Harris has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.410   As a result of his exposure to the contaminated water at AHCC, Richard Harris has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.411   Plaintiff William Harsh has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.412  As a result of his exposure to the contaminated water at AHCC, William Harsh has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.413  Plaintiff Stephen Harwood has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.414  As a result of his exposure to the contaminated water at AHCC, Stephen Harwood has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.415  Plaintiff Douglas Hawkins has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.416  As a result of his exposure to the contaminated water at AHCC, Douglas Hawkins has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.417  Plaintiff Roger Hawkins has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.418  As a result of his exposure to the contaminated water at AHCC, Roger Hawkins has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced frequent illness.

3.419  Plaintiff Greg Hayden has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.420  As a result of his exposure to the contaminated water at AHCC, Greg Hayden has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.421  Plaintiff Lucas Haynes has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.422   As a result of his exposure to the contaminated water at AHCC, Lucas Haynes has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.423   Plaintiff Clinton Heck has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.424   As a result of his exposure to the contaminated water at AHCC, Clinton Heck has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches, skin issues, kidney issues, and joint pain.

3.425   Plaintiff Michael Helmer has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.426   As a result of his exposure to the contaminated water at AHCC, Michael Helmer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8078

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.427   Plaintiff Scott Henderson has been an inmate at Airway Heights Correction Center since May 31st of 2018.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.428   As a result of his exposure to the contaminated water at AHCC, Scott Henderson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin and digestive issues.

3.429   Plaintiff Blake Hendon has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.430   As a result of his exposure to the contaminated water at AHCC, Blake Hendon has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.431   Plaintiff Raphael Henson has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.432  As a result of his exposure to the contaminated water at AHCC, Raphael Henson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.433  Plaintiff Ricardo Hernandez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.434  As a result of his exposure to the contaminated water at AHCC, Ricardo Hernandez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.435  Plaintiff Bradley Hickey has been an inmate at Airway Heights Correction Center on and off since 2007. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.436  As a result of his exposure to the contaminated water at AHCC, Bradley Hickey has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 113

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hives and dry/itchy skin while at AHCC.

3.437  Plaintiff Truman Higginbotham has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.438  As a result of his exposure to the contaminated water at AHCC, Truman Higginbotham has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.439  Plaintiff Patrick Higuera has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.440  As a result of his exposure to the contaminated water at AHCC, Patrick Higuera has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.441  Plaintiff Jesse Hirst has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.442  As a result of his exposure to the contaminated water at AHCC, Jesse Hirst has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.443  Plaintiff Stanley Hite has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.444  As a result of his exposure to the contaminated water at AHCC, Stanley Hite has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.445  Plaintiff Corey Hoagland has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.446  As a result of his exposure to the contaminated water at AHCC, Corey Hoagland has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 115

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.447  Plaintiff Richard Hoffman has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.448  As a result of his exposure to the contaminated water at AHCC, Richard Hoffman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.449  Plaintiff Russell Hohf has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.450  As a result of his exposure to the contaminated water at AHCC, Russell Hohf has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.451  Plaintiff Lafe Hotchkiss has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.452   As a result of his exposure to the contaminated water at AHCC, Lafe Hotchkiss has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.453   Plaintiff Emanuel Hubbart has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.454   As a result of his exposure to the contaminated water at AHCC, Emanuel Hubbart has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.455   Plaintiff Vincent Huerta has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.456   As a result of his exposure to the contaminated water at AHCC, Vincent Huerta has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.457   Plaintiff Mickey Hubbs has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.458   As a result of his exposure to the contaminated water at AHCC, Mickey Hubbs has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.459   Plaintiff James Huff has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.460   As a result of his exposure to the contaminated water at AHCC, James Huff has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.461   Plaintiff John Huggins has been an inmate at Airway Heights Correction Center since December of 2008.  He has been at AHCC drinking and using the water from the City of

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8078

Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.462  As a result of his exposure to the contaminated water at AHCC, John Huggins has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced acid reflux.

3.463  Plaintiff Jerry Huntoon has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.464  As a result of his exposure to the contaminated water at AHCC, Jerry Huntoon has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.465  Plaintiff Eric Hustad has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.466  As a result of his exposure to the contaminated water at AHCC, Eric Hustad has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced joint pain and fatigue.

3.467 Plaintiff Lyle Hutchins has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.468 As a result of his exposure to the contaminated water at AHCC, Lyle Hutchins has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.469 Plaintiff Ian Hutchinson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.470 As a result of his exposure to the contaminated water at AHCC, Ian Hutchinson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dry skin and bladder spasms.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.471  Plaintiff Robert Ingram has been an inmate at Airway Heights Correction Center since February of 2016.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.472  As a result of his exposure to the contaminated water at AHCC, Robert Ingram has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dry skin, a bad taste in his mouth, nausea, coughing up blood, headaches, and excessive sweating.

3.473  Plaintiff Allen Jackson has been an inmate at Airway Heights Correction Center since 2011.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.474  As a result of his exposure to the contaminated water at AHCC, Allen Jackson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.475  Plaintiff Christopher Jackson has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 121

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.476  As a result of his exposure to the contaminated water at AHCC, Christopher Jackson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.477  Plaintiff Patrick James has been an inmate at Airway Heights Correction Center since January of 2017.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.478  As a result of his exposure to the contaminated water at AHCC, Patrick James has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.479  Plaintiff James Jelsma has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.480  As a result of his exposure to the contaminated water at AHCC, James Jelsma has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.481   Plaintiff Dale Johnson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.482   As a result of his exposure to the contaminated water at AHCC, Dale Johnson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.483   Plaintiff Daniel Johnson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.484   As a result of his exposure to the contaminated water at AHCC, Daniel Johnson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.485   Plaintiff Deon Johnson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.486  As a result of his exposure to the contaminated water at AHCC, Deon Johnson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.487  Plaintiff Howard Johnson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.488  As a result of his exposure to the contaminated water at AHCC, Howard Johnson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.489  Plaintiff Paul Johnson has been an inmate at Airway Heights Correction Center for 3 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.490  As a result of his exposure to the contaminated water at AHCC, Paul Johnson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.491   Plaintiff Ted Johnson has been an inmate at Airway Heights Correction Center for 2 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.492   As a result of his exposure to the contaminated water at AHCC, Ted Johnson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hair loss, loss of memory, increased hearing loss, gastric issues, skin cancer, and loss of taste.

3.493   Plaintiff John Jones has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.494   As a result of his exposure to the contaminated water at AHCC, John Jones has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.495   Plaintiff Joseph Jones has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8078

3.496  As a result of his exposure to the contaminated water at AHCC, Joseph Jones has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.497  Plaintiff Wesley Jones has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.498  As a result of his exposure to the contaminated water at AHCC, Wesley Jones has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.499  Plaintiff Ty Jordan has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.500  As a result of his exposure to the contaminated water at AHCC, Ty Jordan has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.501   Plaintiff Ronald Jorgensen has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.502   As a result of his exposure to the contaminated water at AHCC, Ronald Jorgensen has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.503   Plaintiff Andre Joseph has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.504   As a result of his exposure to the contaminated water at AHCC, Andre Joseph has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.505   Plaintiff Christopher Kerr has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.506  As a result of his exposure to the contaminated water at AHCC, Christopher Kerr has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.507  Plaintiff Rick Kerr has been an inmate at Airway Heights Correction Center since July of 2011. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.508  As a result of his exposure to the contaminated water at AHCC, Rick Kerr has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced high blood-pressure, cholesterol issues and worsening arthritis.

3.509  Plaintiff Nickolas Kibilowski has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.510  As a result of his exposure to the contaminated water at AHCC, Nickolas Kibilowski has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced Dry and itchy skin, sores, hemorrhoids, skin breakouts, vision loss, and bad smelling urine

3.511  Plaintiff Mark Kilgore has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.512  As a result of his exposure to the contaminated water at AHCC, Mark Kilgore has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.513  Plaintiff Rocky Kimble has been an inmate at Airway Heights Correction Center since June of 2001.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.514  As a result of his exposure to the contaminated water at AHCC, Rocky Kimble has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.515  Plaintiff Steven Kinard has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.516   As a result of his exposure to the contaminated water at AHCC, Steven Kinard has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.517   Plaintiff Thomas Kivett has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.518   As a result of his exposure to the contaminated water at AHCC, Thomas Kivett has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.519   Plaintiff Tyler Knapp has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.520   As a result of his exposure to the contaminated water at AHCC, Tyler Knapp has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.521   Plaintiff Jordan Knippling has been an inmate at Airway Heights Correction Center for 2 years from 2013 to 2015. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.522   As a result of his exposure to the contaminated water at AHCC, Jordan Knippling has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced cancer on his back, dry skin, and diarrhea.

3.523   Plaintiff David Koch has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.524   As a result of his exposure to the contaminated water at AHCC, David Koch has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.525   Plaintiff Michael Koehler has been an inmate at Airway Heights Correction Center since 2013. He has been at AHCC drinking and using the water from the City of Airway

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.526  As a result of his exposure to the contaminated water at AHCC, Michael Koehler has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.527  Plaintiff Joseph Koppenstein has been an inmate at Airway Heights Correction Center since February of 2018. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.528  As a result of his exposure to the contaminated water at AHCC, Joseph Koppenstein has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced itchy, dry, and bumpy skin and sores.

3.529  Plaintiff Scott Kostelecky has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.530  As a result of his exposure to the contaminated water at AHCC, Scott Kostelecky has high blood pressure due to the PFOS and PFOA in his blood which carries a

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.531  Plaintiff William Kramer has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.532  As a result of his exposure to the contaminated water at AHCC, William Kramer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.533  Plaintiff Matthew Kreitel has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.534  As a result of his exposure to the contaminated water at AHCC, Matthew Kreitel has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced severe acne and a lump on his shoulder.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.535   Plaintiff Bruce Kruger has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.536   As a result of his exposure to the contaminated water at AHCC, Bruce Kruger has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.537   Plaintiff Clark Kudlacek has been an inmate at Airway Heights Correction Center for 3 years from 2004 to 2007. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.538   As a result of his exposure to the contaminated water at AHCC, Clark Kudlacek has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.539   Plaintiff Travis Kulhavy has been an inmate at Airway Heights Correction Center since July of 2013. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.540  As a result of his exposure to the contaminated water at AHCC, Travis Kulhavy has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes, trouble urinating, diarrhea, nausea, vision issues, and headaches.

3.541  Plaintiff Bartolo Labra has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.542  As a result of his exposure to the contaminated water at AHCC, Bartolo Labra has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.543  Plaintiff Rufino Lairopi has been an inmate at Airway Heights Correction Center since April of 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.544  As a result of his exposure to the contaminated water at AHCC, Rufino Lairopi has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.545  Plaintiff Robert Lambert has been an inmate at Airway Heights Correction Center from June of 2015 to February of 2016 and since August of 2018.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.546  As a result of his exposure to the contaminated water at AHCC, Robert Lambert has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced bowel and skin issues.

3.547  Plaintiff Robert Lane has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.548  As a result of his exposure to the contaminated water at AHCC, Robert Lane has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.549  Plaintiff Travis Lang has been an inmate at Airway Heights Correction Center for over 10 years.  He has been at AHCC drinking and using the water from the City of Airway

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.550   As a result of his exposure to the contaminated water at AHCC, Travis Lang has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dizziness and fainting, a low white blood cell count, frequent illness, skin issues, and headaches.

3.551   Plaintiff Travis Last has been an inmate at Airway Heights Correction Center since 2009. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.552   As a result of his exposure to the contaminated water at AHCC, Travis Last has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issue, loss of weight and reproductive issues.

3.553   Plaintiff Michael Lauderdale has been an inmate at Airway Heights Correction Center since September of 2011. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.554  As a result of his exposure to the contaminated water at AHCC, Michael Lauderdale has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.555  Plaintiff Kenneth Lawrence has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.556  As a result of his exposure to the contaminated water at AHCC, Kenneth Lawrence has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.557  Plaintiff Christopher Leal has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.558  As a result of his exposure to the contaminated water at AHCC, Christopher Leal has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.559   Plaintiff Maximo Leal has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.560   As a result of his exposure to the contaminated water at AHCC, Maximo Leal has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.561   Plaintiff Scott Leshowitz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.562   As a result of his exposure to the contaminated water at AHCC, Scott Leshowitz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.563   Plaintiff Michael Lester has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 139

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.564  As a result of his exposure to the contaminated water at AHCC, Michael Lester has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hair loss, skin rashes and heartburn.

3.565  Plaintiff John Letellier has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.566  As a result of his exposure to the contaminated water at AHCC, John Letellier has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced weight loss, diarrhea, and headaches.

3.567  Plaintiff Isaac Lewis has been an inmate at Airway Heights Correction Center for over 8 months. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.568  As a result of his exposure to the contaminated water at AHCC, Isaac Lewis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 140

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thinning hair and heartburn.

3.569  Plaintiff Kenneth Lewis has been an inmate at Airway Heights Correction Center for 8 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.570  As a result of his exposure to the contaminated water at AHCC, Kenneth Lewis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced emphysema, high white blood cell count and respiratory issues.

3.571  Plaintiff Nicholas Limpert has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.572  As a result of his exposure to the contaminated water at AHCC, Nicholas Limpert has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hernias and blood in his stool.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.573 Plaintiff Tavryn Lindsey has been an inmate at Airway Heights Correction Center since June of 2018. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.574 As a result of his exposure to the contaminated water at AHCC, Tavryn Lindsey has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin issues, bowel issues, heartburn and cancer fears.

3.575 Plaintiff Michael Lindsly has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.576 As a result of his exposure to the contaminated water at AHCC, Michael Lindsly has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.577 Plaintiff Patrick Linebarger has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.578  As a result of his exposure to the contaminated water at AHCC, Patrick Linebarger has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.579  Plaintiff Stephen Lomax has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.580  As a result of his exposure to the contaminated water at AHCC, Stephen Lomax has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.581  Plaintiff Garland Long has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.582  As a result of his exposure to the contaminated water at AHCC, Garland Long has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.583   Plaintiff Robert Long has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.584   As a result of his exposure to the contaminated water at AHCC, Robert Long has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.585   Plaintiff Albaro Lopez has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.586   As a result of his exposure to the contaminated water at AHCC, Albaro Lopez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.587   Plaintiff Elvis Lopez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 144

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.588  As a result of his exposure to the contaminated water at AHCC, Elvis Lopez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.589  Plaintiff Javier Lopez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.590  As a result of his exposure to the contaminated water at AHCC, Javier Lopez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.591  Plaintiff Jose Lopez has been an inmate at Airway Heights Correction Center since February of 2018. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.592  As a result of his exposure to the contaminated water at AHCC, Jose Lopez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 145

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

colitis, fertility issues, and kidney cancer. He has also experienced stomach issues, arthritis, nasal issues, shortness of breath, and chest pain.

3.593  Plaintiff Eugene Lorenz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.594  As a result of his exposure to the contaminated water at AHCC, Eugene Lorenz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.595  Plaintiff Avery Loring has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.596  As a result of his exposure to the contaminated water at AHCC, Avery Loring has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.597  Plaintiff Eric Louis has been an inmate at Airway Heights Correction Center since 2011. He has been at AHCC drinking and using the water from the City of Airway

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.598   As a result of his exposure to the contaminated water at AHCC, Eric Louis has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issues, vision issues and dizziness.

3.599   Plaintiff Caleb Loutzenhiser has been an inmate at Airway Heights Correction Center since February of 2014.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.600   As a result of his exposure to the contaminated water at AHCC, Caleb Loutzenhiser has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dizziness, headaches, stomach aches, coughing and skin irritation/rashes.

3.601   Plaintiff Jesus Luzano has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.602  As a result of his exposure to the contaminated water at AHCC, Jesus Luzano has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.603  Plaintiff Zacharias Macababbad has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.604  As a result of his exposure to the contaminated water at AHCC, Zacharias Macababbad has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.605  Plaintiff Brandon March has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.606  As a result of his exposure to the contaminated water at AHCC, Brandon March has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.607  Plaintiff Jess Marchand has been an inmate at Airway Heights Correction Center since 2014. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.608  As a result of his exposure to the contaminated water at AHCC, Jess Marchand has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes and blood in his stool.

3.609  Plaintiff Navarrette Marcos has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.610  As a result of his exposure to the contaminated water at AHCC, Navarrette Marcos has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.611  Plaintiff Matthew Marcotte has been an inmate at Airway Heights Correction Center since July of 2015. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.612  As a result of his exposure to the contaminated water at AHCC, Matthew Marcotte has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced frequent infections, skin issues and burning skin while showering.

3.613  Plaintiff Nicolas Marll has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.614  As a result of his exposure to the contaminated water at AHCC, Nicolas Marll has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.615  Plaintiff Gilbert Martinez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.616  As a result of his exposure to the contaminated water at AHCC, Gilbert Martinez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.617  Plaintiff Javier Martinez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.618  As a result of his exposure to the contaminated water at AHCC, Javier Martinez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.619  Plaintiff Jose Luis Mata has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.620  As a result of his exposure to the contaminated water at AHCC, Jose Luis Mata has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.621  Plaintiff Donald Matthiesen has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 151

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.622  As a result of his exposure to the contaminated water at AHCC, Donald Matthiesen has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.623  Plaintiff Richard Mayer has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.624  As a result of his exposure to the contaminated water at AHCC, Richard Mayer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dry and itchy skin.

3.625  Plaintiff Chase McCracken has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.626  As a result of his exposure to the contaminated water at AHCC, Chase McCracken has high blood pressure due to the PFOS and PFOA in his blood which carries a

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.627   Plaintiff Anthony McDeavitt has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.628   As a result of his exposure to the contaminated water at AHCC, Anthony McDeavitt has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes and infections.

3.629   Plaintiff Ronald McGlothlin has been an inmate at Airway Heights Correction Center for 11 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.630   As a result of his exposure to the contaminated water at AHCC, Ronald McGlothlin has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes, itchy skin, and bladder infections.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 153

3.631   Plaintiff David McIntire has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.632   As a result of his exposure to the contaminated water at AHCC, David McIntire has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.633   Plaintiff Jeffrey McKee has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.634   As a result of his exposure to the contaminated water at AHCC, Jeffrey McKee has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.635   Plaintiff Donald McLain has been an inmate at Airway Heights Correction Center for 2 years from 2015 to 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.636  As a result of his exposure to the contaminated water at AHCC, Donald McLain has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced diarrhea, vision loss and frequent urination.

3.637  Plaintiff Russell McNeil has been an inmate at Airway Heights Correction Center since 2011. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.638  As a result of his exposure to the contaminated water at AHCC, Russell McNeil has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced cysts.

3.639  Plaintiff Timothy Mead has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.640  As a result of his exposure to the contaminated water at AHCC, Timothy Mead has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.641  Plaintiff Stephen Meese has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.642  As a result of his exposure to the contaminated water at AHCC, Stephen Meese has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.643  Plaintiff Gene Mendez has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.644  As a result of his exposure to the contaminated water at AHCC, Gene Mendez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.645  Plaintiff Jiffary Mendez has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.646   As a result of his exposure to the contaminated water at AHCC, Jiffary Mendez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.647   Plaintiff Mark Merrifield has been an inmate at Airway Heights Correction Center from 2008 to 2011 and since 2015. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.648   As a result of his exposure to the contaminated water at AHCC, Mark Merrifield has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.649   Plaintiff Samuel Merrow has been an inmate at Airway Heights Correction Center for over 6 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.650   As a result of his exposure to the contaminated water at AHCC, Samuel Merrow has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced itchy skin and pain in his rectum.

3.651  Plaintiff Keith Mesecher has been an inmate at Airway Heights Correction Center for five previous years in 2003 to 2006 and2013 to 2015, also since July of 2018.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.652  As a result of his exposure to the contaminated water at AHCC, Keith Mesecher has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.653  Plaintiff James Metcalf has been an inmate at Airway Heights Correction Center since 2010.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.654  As a result of his exposure to the contaminated water at AHCC, James Metcalf has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 158

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1       3.655   Plaintiff Delbert Michaelson has been an inmate at Airway Heights Correction

2   Center since July of 2018.  He has been at AHCC drinking and using the water from the City

3   of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes,

4   faucets, showerheads, and appliances.

5

6       3.656   As a result of his exposure to the contaminated water at AHCC, Delbert

7   Michaelson has high blood pressure due to the PFOS and PFOA in his blood which carries a

8   heightened risk of developing several health conditions, including but not limited to effects on

9   the liver and immune system, high cholesterol levels, changes in thyroid hormone,

10  hypertension, ulcerative colitis, fertility issues, and kidney cancer.

11

12      3.657   Plaintiff Charles Miller has been an inmate at Airway Heights Correction

13  Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

14  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,

15  and appliances.

16

17      3.658   As a result of his exposure to the contaminated water at AHCC, Charles Miller

18  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

19  risk of developing several health conditions, including but not limited to effects on the liver

20  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

21  ulcerative colitis, fertility issues, and kidney cancer.

22

23      3.659   Plaintiff Daniel Miller has been an inmate at Airway Heights Correction Center.

24  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's

25  entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and

26  appliances.

27

28

29

30  CLASS ACTION COMPLAINT WITH INDIVIDUAL
    CLAIMS AND DEMAND FOR JURY TRIAL - 159

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.660  As a result of his exposure to the contaminated water at AHCC, Daniel Miller has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.661  Plaintiff Jeffrey Miller has been an inmate at Airway Heights Correction Center since 2016. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.662  As a result of his exposure to the contaminated water at AHCC, Jeffrey Miller has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.663  Plaintiff John Miller has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.664  As a result of his exposure to the contaminated water at AHCC, John Miller has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 160

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.665   Plaintiff Paul Miller has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.666   As a result of his exposure to the contaminated water at AHCC, Paul Miller has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.667   Plaintiff Dennis Minx has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.668   As a result of his exposure to the contaminated water at AHCC, Dennis Minx has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.669   Plaintiff Maximo Miranda has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.670  As a result of his exposure to the contaminated water at AHCC, Maximo Miranda has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.671  Plaintiff Scott Mitchell has been an inmate at Airway Heights Correction Center for 4 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.672  As a result of his exposure to the contaminated water at AHCC, Scott Mitchell has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced loss of bladder control, fatigue and bad smelling urine.

3.673  Plaintiff Sandro Moncivaiz has been an inmate at Airway Heights Correction Center for 6 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.674  As a result of his exposure to the contaminated water at AHCC, Sandro Moncivaiz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-8730
FX: 206-284-8079

hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced joint pain and hair loss.

3.675  Plaintiff Billy Moore has been an inmate at Airway Heights Correction Center for over 2 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.676  As a result of his exposure to the contaminated water at AHCC, Billy Moore has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced abdominal pain, kidney pain, weight gain, fatigue, chest pain, irregular bowel movements, stiffness, and shortness of breath.

3.677  Plaintiff Randy Moreno has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.678  As a result of his exposure to the contaminated water at AHCC, Randy Moreno has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.679   Plaintiff Brian Morgan has been an inmate at Airway Heights Correction Center on and off since 2003.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.680   As a result of his exposure to the contaminated water at AHCC, Brian Morgan has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.681   Plaintiff Shannon Morley has been an inmate at Airway Heights Correction Center on and off since 1996.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.682   As a result of his exposure to the contaminated water at AHCC, Shannon Morley has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid and liver issues.

3.683   Plaintiff Adrian Morris has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.684  As a result of his exposure to the contaminated water at AHCC, Adrian Morris has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced acne, skin breakouts, diarrhea, and stomach infections.

3.685  Plaintiff Darren Morris has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.686  As a result of his exposure to the contaminated water at AHCC, Darren Morris has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.687  Plaintiff Jonathan Morris has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.688  As a result of his exposure to the contaminated water at AHCC, Jonathan Morris has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.689   Plaintiff Sean Murschel has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.690   As a result of his exposure to the contaminated water at AHCC, Sean Murschel has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.691   Plaintiff Michael Nelson has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.692   As a result of his exposure to the contaminated water at AHCC, Michael Nelson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced vertigo, fatigue, nausea, muscular atrophy, constipation, cognitive impairment.

3.693   Plaintiff Scott Nicolas has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.694  As a result of his exposure to the contaminated water at AHCC, Scott Nicolas has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.695  Plaintiff Andre Nunez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.696  As a result of his exposure to the contaminated water at AHCC, Andre Nunez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.697  Plaintiff Timothy Nuss has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.698  As a result of his exposure to the contaminated water at AHCC, Timothy Nuss has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 167

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.699   Plaintiff Ryan Olson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.700   As a result of his exposure to the contaminated water at AHCC, Ryan Olson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.701   Plaintiff Fermin Orozco has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.702   As a result of his exposure to the contaminated water at AHCC, Fermin Orozco has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.703   Plaintiff Francisco Ortiz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.704   As a result of his exposure to the contaminated water at AHCC, Francisco Ortiz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.705   Plaintiff Hector Ortiz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.706   As a result of his exposure to the contaminated water at AHCC, Hector Ortiz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.707   Plaintiff Joshua Ostrom has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.708   As a result of his exposure to the contaminated water at AHCC, Joshua Ostrom has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 169

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.709   Plaintiff Christopher Owens has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.710   As a result of his exposure to the contaminated water at AHCC, Christopher Owens has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.711   Plaintiff Juan Pablo has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.712   As a result of his exposure to the contaminated water at AHCC, Juan Pablo has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.713   Plaintiff Brandon Pachosa has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.714   As a result of his exposure to the contaminated water at AHCC, Brandon Pachosa has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.715   Plaintiff Clifford Pack has been an inmate at Airway Heights Correction Center from 2007 to 2008 and 2015 to 2017.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.716   As a result of his exposure to the contaminated water at AHCC, Clifford Pack has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.717   Plaintiff Travis Padgett has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.718   As a result of his exposure to the contaminated water at AHCC, Travis Padgett has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 171

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.719  Plaintiff Joshua Painter has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.720  As a result of his exposure to the contaminated water at AHCC, Joshua Painter has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issues, high cholesterol, blood in his stool, chest infections and nausea.

3.721  Plaintiff Aleuson Pandorah has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.722  As a result of his exposure to the contaminated water at AHCC, Aleuson Pandorah has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.723  Plaintiff Miguel Paniagua has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 172

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.724 As a result of his exposure to the contaminated water at AHCC, Miguel Paniagua has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.725 Plaintiff Douglas Paris has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.726 As a result of his exposure to the contaminated water at AHCC, Douglas Paris has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.727 Plaintiff Casey Parker has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.728 As a result of his exposure to the contaminated water at AHCC, Casey Parker has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.729  Plaintiff Shelby Parker has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.730  As a result of his exposure to the contaminated water at AHCC, Shelby Parker has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.731  Plaintiff Anthony Parks has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.732  As a result of his exposure to the contaminated water at AHCC, Anthony Parks has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.733  Plaintiff Matthew Pase has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 174

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.734   As a result of his exposure to the contaminated water at AHCC, Matthew Pase has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.735   Plaintiff Kenneth Patterson has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.736   As a result of his exposure to the contaminated water at AHCC, Kenneth Patterson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.737   Plaintiff Miguel Paz has been an inmate at Airway Heights Correction Center since 2015.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.738   As a result of his exposure to the contaminated water at AHCC, Miguel Paz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He also has experienced itchy skin and liver pains.

3.739  Plaintiff Jeffrey Pedigo has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.740  As a result of his exposure to the contaminated water at AHCC, Jeffrey Pedigo has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.741  Plaintiff Donald Pender has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.742  As a result of his exposure to the contaminated water at AHCC, Donald Pender has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.743  Plaintiff Justin Pendleton has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.744  As a result of his exposure to the contaminated water at AHCC, Justin Pendleton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.745  Plaintiff Alberto Baldez Perez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.746  As a result of his exposure to the contaminated water at AHCC, Alberto Baldez Perez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced itchy skin and throat.

3.747  Plaintiff Luis Perez has been an inmate at Airway Heights Correction Center for 7 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.748  As a result of his exposure to the contaminated water at AHCC, Luis Perez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin irritation, upset stomach and hair loss.

3.749  Plaintiff Ricardo Perez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.750  As a result of his exposure to the contaminated water at AHCC, Ricardo Perez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.751  Plaintiff Anderson Perry has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.752  As a result of his exposure to the contaminated water at AHCC, Anderson Perry has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.753  Plaintiff Ian Perry has been an inmate at Airway Heights Correction Center since March of 2015.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.754  As a result of his exposure to the contaminated water at AHCC, Ian Perry has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced stomach issues, kidney issues, headaches, and weight loss.

3.755  Plaintiff Michael Perry has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.756  As a result of his exposure to the contaminated water at AHCC, Michael Perry has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.757  Plaintiff Jeffrey Pettigo has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 179

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.758   As a result of his exposure to the contaminated water at AHCC, Jeffrey Pettigo has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.759   Plaintiff Joshua Phillips has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.760   As a result of his exposure to the contaminated water at AHCC, Joshua Phillips has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has experienced stomach issues.

3.761   Plaintiff Wesley Phipps has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.762   As a result of his exposure to the contaminated water at AHCC, Wesley Phipps has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

ulcerative colitis, fertility issues, and kidney cancer. He has also experienced weight gain, hair loss and liver issues.

3.763  Plaintiff Maurice Plank has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.764  As a result of his exposure to the contaminated water at AHCC, Maurice Plank has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced digestive issues and rashes.

3.765  Plaintiff Lance Poe has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.766  As a result of his exposure to the contaminated water at AHCC, Lance Poe has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.767  Plaintiff Quinton Poorthunder has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 181

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.768   As a result of his exposure to the contaminated water at AHCC, Quinton Poorthunder has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.769   Plaintiff John Posey has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.770   As a result of his exposure to the contaminated water at AHCC, John Posey has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.771   Plaintiff Harry Prater has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.772   As a result of his exposure to the contaminated water at AHCC, Harry Prater has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
2  ulcerative colitis, fertility issues, and kidney cancer.

3  3.773  Plaintiff Brandon Pratoff has been an inmate at Airway Heights Correction
4  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
5  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
6  and appliances.
7

8  3.774  As a result of his exposure to the contaminated water at AHCC, Brandon Pratoff
9  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
10  risk of developing several health conditions, including but not limited to effects on the liver
11  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
12  ulcerative colitis, fertility issues, and kidney cancer.
13

14  3.775  Plaintiff Lawrence Pratt has been an inmate at Airway Heights Correction
15  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
16  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
17  and appliances.
18

19  3.776  As a result of his exposure to the contaminated water at AHCC, Lawrence Pratt
20  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
21  risk of developing several health conditions, including but not limited to effects on the liver
22  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
23  ulcerative colitis, fertility issues, and kidney cancer.
24

25  3.777  Plaintiff Jason Priest has been an inmate at Airway Heights Correction Center.
26  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 183

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 208-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.778  As a result of his exposure to the contaminated water at AHCC, Jason Priest has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.779  Plaintiff Walter Pritchett has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.780  As a result of his exposure to the contaminated water at AHCC, Walter Pritchett has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.781  Plaintiff Anthony Prom has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.782  As a result of his exposure to the contaminated water at AHCC, Anthony Prom has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 184

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.783 Plaintiff Lonnie Przespolewski has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.784 As a result of his exposure to the contaminated water at AHCC, Lonnie Przespolewski has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced heartburn.

3.785 Plaintiff Jesse Puckett has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.786 As a result of his exposure to the contaminated water at AHCC, Jesse Puckett has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.787 Plaintiff Jimmy Quiroz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.788  As a result of his exposure to the contaminated water at AHCC, Jimmy Quiroz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.789  Plaintiff Kelly Ragsdale has been an inmate at Airway Heights Correction Center from 2012 to 2016.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.790  As a result of his exposure to the contaminated water at AHCC, Kelly Ragsdale has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced depression, impotence, irregular bowel movements and poor immunity.

3.791  Plaintiff Fernando Ramirez has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.792  As a result of his exposure to the contaminated water at AHCC, Fernando Ramirez has high blood pressure due to the PFOS and PFOA in his blood which carries a

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 186

heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.793   Plaintiff Joel Ramos has been an inmate at Airway Heights Correction Center since 2005.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.794   As a result of his exposure to the contaminated water at AHCC, Joel Ramos has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.795   Plaintiff Tyler Randant has been an inmate at Airway Heights Correction Center since 2016.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.796   As a result of his exposure to the contaminated water at AHCC, Tyler Randant has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.797   Plaintiff Christopher Rankin has been an inmate at Airway Heights Correction Center from 2009 to 2011 and since 2017.  He has been at AHCC drinking and using the water

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 187

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.798   As a result of his exposure to the contaminated water at AHCC, Christopher Rankin has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.799   Plaintiff Michael Rapoza has been an inmate at Airway Heights Correction Center since 2012. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.800   As a result of his exposure to the contaminated water at AHCC, Michael Rapoza has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.801   Plaintiff Robert Rathbun has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.802   As a result of his exposure to the contaminated water at AHCC, Robert Rathbun has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 188

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.803   Plaintiff Elias Reda has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.804   As a result of his exposure to the contaminated water at AHCC, Elias Reda has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.805   Plaintiff Kenny Redwood has been an inmate at Airway Heights Correction Center from 2003 to 2004 and 2013 to 2015. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.806   As a result of his exposure to the contaminated water at AHCC, Kenny Redwood has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.807   Plaintiff Vernie Reed has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.808  As a result of his exposure to the contaminated water at AHCC, Vernie Reed has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.809  Plaintiff Charles Renshaw has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.810  As a result of his exposure to the contaminated water at AHCC, Charles Renshaw has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced nausea, dry skin, bad taste in mouth, trouble urinating and headaches.

3.811  Plaintiff Seymour Reuben has been an inmate at Airway Heights Correction Center for over 5 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.812  As a result of his exposure to the contaminated water at AHCC, Seymour Reuben has high blood pressure due to the PFOS and PFOA in his blood which carries a

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.813   Plaintiff Allen Rexus has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.814   As a result of his exposure to the contaminated water at AHCC, Allen Rexus has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.815   Plaintiff Brandon Richardson has been an inmate at Airway Heights Correction Center for over 5 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.816   As a result of his exposure to the contaminated water at AHCC, Brandon Richardson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.817   Plaintiff Larry Ricketts has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.818   As a result of his exposure to the contaminated water at AHCC, Larry Ricketts has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issues.

3.819   Plaintiff Ernest Ripoli III has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.820   As a result of his exposure to the contaminated water at AHCC, Ernest Ripoli III has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.821   Plaintiff Charles Roark has been an inmate at Airway Heights Correction Center since September of 2014. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.822   As a result of his exposure to the contaminated water at AHCC, Charles Roark has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 192

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.823  Plaintiff Duane Roberts has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.824  As a result of his exposure to the contaminated water at AHCC, Duane Roberts has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.825  Plaintiff Orlando Robertson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.826  As a result of his exposure to the contaminated water at AHCC, Orlando Robertson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.827  Plaintiff Neal Robinson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.828   As a result of his exposure to the contaminated water at AHCC, Neal Robinson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.829   Plaintiff Randy Robinson has been an inmate at Airway Heights Correction Center from August of 1994 to July of 2005.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.830   As a result of his exposure to the contaminated water at AHCC, Randy Robinson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.831   Plaintiff Justin Rodney has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.832   As a result of his exposure to the contaminated water at AHCC, Justin Rodney has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.833  Plaintiff Juan Rodriguez has been an inmate at Airway Heights Correction Center since May of 2017.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.834  As a result of his exposure to the contaminated water at AHCC, Juan Rodriguez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.835  Plaintiff Marco Rodriquez has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.836  As a result of his exposure to the contaminated water at AHCC, Marco Rodriquez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.837  Plaintiff Tyson Romaneschi has been an inmate at Airway Heights Correction Center since 2014.  He has been at AHCC drinking and using the water from the City of Airway

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.838 As a result of his exposure to the contaminated water at AHCC, Tyson Romaneschi has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.839 Plaintiff Brian Ronquillo has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.840 As a result of his exposure to the contaminated water at AHCC, Brian Ronquillo has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.841 Plaintiff Matthew Rose has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.842 As a result of his exposure to the contaminated water at AHCC, Matthew Rose has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 196

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-8730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.843   Plaintiff Vincent Rossa has never been an inmate at Airway Heights Correction Center. He has been incarcerated for more than 33 years. He has ingested the food prepared at AHCC while at Stafford Creek Corrections Center and Monroe Correctional Complex and other State of WA Department of Corrections facilities. The PFC's in his body came from the ingestion of the food made at AHCC with the contaminated water.

3.844   As a result of his exposure to the food made with contaminated water at AHCC, Vincent Rossa has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.845   Plaintiff Anthony Rowe has been an inmate at Airway Heights Correction Center since March of 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.846   As a result of his exposure to the contaminated water at AHCC, Anthony Rowe has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.847   Plaintiff Joseph Rowe has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.848   As a result of his exposure to the contaminated water at AHCC, Joseph Rowe has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.849   Plaintiff Benjamin Rowell has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.850   As a result of his exposure to the contaminated water at AHCC, Benjamin Rowell has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.851   Plaintiff Joseph Rowley has been an inmate at Airway Heights Correction Center for 3 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.852   As a result of his exposure to the contaminated water at AHCC, Joseph Rowley has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced loss of hair, holes in skin, rashes, itchy skin, sores, hernias, joint pain, and vision loss

3.853  Plaintiff Brandon Rudolph has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.854  As a result of his exposure to the contaminated water at AHCC, Brandon Rudolph has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.855  Plaintiff Jimmy Ruic has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.856  As a result of his exposure to the contaminated water at AHCC, Jimmy Ruic has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.857  Plaintiff David Ruiz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 199

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-282-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.858   As a result of his exposure to the contaminated water at AHCC, David Ruiz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced irritated skin, rashes, difficulty urinating and fatigue.

3.859   Plaintiff Michael Runge has been an inmate at Airway Heights Correction Center from 2015 to 2016. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.860   As a result of his exposure to the contaminated water at AHCC, Michael Runge has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.861   Plaintiff Kayle Rush has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.862   As a result of his exposure to the contaminated water at AHCC, Kayle Rush has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.863   Plaintiff Russell Rust has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.864   As a result of his exposure to the contaminated water at AHCC, Russell Rust has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.865   Plaintiff Samuel Ryan has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.866   As a result of his exposure to the contaminated water at AHCC, Samuel Ryan has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced heart pain, thyroid issues, high blood pressure, rashes, and bumps on his skin.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-6079

3.867   Plaintiff Joseph Sabir has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.868   As a result of his exposure to the contaminated water at AHCC, Joseph Sabir has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.869   Plaintiff Juventino Sagrero-Perez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.870   As a result of his exposure to the contaminated water at AHCC, Juventino Sagrero-Perez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.871   Plaintiff Miguel Salamanca has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

3.872  As a result of his exposure to the contaminated water at AHCC, Miguel Salamanca has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.873  Plaintiff Edwin Salazar has been an inmate at Airway Heights Correction Center for 6 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.874  As a result of his exposure to the contaminated water at AHCC, Edwin Salazar has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes, loss of vision, fatigue, hair loss, pin holes in skin, stomach aches and bad smelling urine.

3.875  Plaintiff Adrian Samalia has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.876  As a result of his exposure to the contaminated water at AHCC, Adrian Samalia has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 203

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.877  Plaintiff Lamar Sampson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.878  As a result of his exposure to the contaminated water at AHCC, Lamar Sampson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.879  Plaintiff Refugio Sanchez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.880  As a result of his exposure to the contaminated water at AHCC, Refugio Sanchez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.881  Plaintiff William Sanchez has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.882  As a result of his exposure to the contaminated water at AHCC, William Sanchez has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.883  Plaintiff Enrique Sanchez-Leon has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.884  As a result of his exposure to the contaminated water at AHCC, Enrique Sanchez-Leon has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.885  Plaintiff Troy Sanders has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.886  As a result of his exposure to the contaminated water at AHCC, Troy Sanders has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 205

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.887  Plaintiff Javier Santa Cruz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.888  As a result of his exposure to the contaminated water at AHCC, Javier Santa Cruz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.889  Plaintiff Rodney Sather has been an inmate at Airway Heights Correction Center since April of 2012. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.890  As a result of his exposure to the contaminated water at AHCC, Rodney Sather has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced weight gain, fatigue, itchy skin and brittle nails.

3.891  Plaintiff Jeffrey Saunders has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.892  As a result of his exposure to the contaminated water at AHCC, Jeffrey Saunders has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.893  Plaintiff Evan Savoie has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.894  As a result of his exposure to the contaminated water at AHCC, Evan Savoie has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.895  Plaintiff Randy Sayler has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.896  As a result of his exposure to the contaminated water at AHCC, Randy Sayler has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 207

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced cataracts surgery.

3.897  Plaintiff Richard Scales has been an inmate at Airway Heights Correction Center on and off since 2002.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.898  As a result of his exposure to the contaminated water at AHCC, Richard Scales has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin issues and bad health.

3.899  Plaintiff Kurt Schauer has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.900  As a result of his exposure to the contaminated water at AHCC, Kurt Schauer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.901  Plaintiff Chris Schill has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 208

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.902  As a result of his exposure to the contaminated water at AHCC, Chris Schill has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.903  Plaintiff Gregory Schroeder has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.904  As a result of his exposure to the contaminated water at AHCC, Gregory Schroeder has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.905  Plaintiff George Schuler has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.906  As a result of his exposure to the contaminated water at AHCC, George Schuler has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.907  Plaintiff Robert Schulte has been an inmate at Airway Heights Correction Center from July of 2015 to October of 2015 and July of 2017 to October of 2018. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.908  As a result of his exposure to the contaminated water at AHCC, Robert Schulte has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.909  Plaintiff Cody Seely has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.910  As a result of his exposure to the contaminated water at AHCC, Cody Seely has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced sore joints.

3.911  Plaintiff David Segerman has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.912  As a result of his exposure to the contaminated water at AHCC, David Segerman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.913  Plaintiff Nathaniel Shafer has been an inmate at Airway Heights Correction Center for 6 years on and off.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.914  As a result of his exposure to the contaminated water at AHCC, Nathaniel Shafer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.915  Plaintiff Justin Shanks has been an inmate at Airway Heights Correction Center for 19 months.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.916  As a result of his exposure to the contaminated water at AHCC, Justin Shanks has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 211

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced joint pain, headaches, stomach pain, fatigue, and constipation.

3.917   Plaintiff Otis Shaw has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.918   As a result of his exposure to the contaminated water at AHCC, Otis Shaw has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.919   Plaintiff Charles Shehame has been an inmate at Airway Heights Correction Center from 2005 to 2011 and since 2014.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.920   As a result of his exposure to the contaminated water at AHCC, Charles Shehame has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.921   Plaintiff Armondo Shelby has been an inmate at Airway Heights Correction Center since 2010.  He has been at AHCC drinking and using the water from the City of Airway

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.922  As a result of his exposure to the contaminated water at AHCC, Armondo Shelby has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.923  Plaintiff Jason Shepard has been an inmate at Airway Heights Correction Center on and off since 2009. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.924  As a result of his exposure to the contaminated water at AHCC, Jason Shepard has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.925  Plaintiff David Shepherd has been an inmate at Airway Heights Correction Center since 2009. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.926  As a result of his exposure to the contaminated water at AHCC, David Shepherd has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.927  Plaintiff Christopher Sherman has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.928  As a result of his exposure to the contaminated water at AHCC, Christopher Sherman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.929  Plaintiff Franklin Simpson has been an inmate at Airway Heights Correction Center for 12 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.930  As a result of his exposure to the contaminated water at AHCC, Franklin Simpson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.931  Plaintiff Michael Simpson has been an inmate at Airway Heights Correction Center for 3 years. He has been at AHCC drinking and using the water from the City of Airway

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.932  As a result of his exposure to the contaminated water at AHCC, Michael Simpson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.933  Plaintiff Steven Sines has been an inmate at Airway Heights Correction Center since 2004. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.934  As a result of his exposure to the contaminated water at AHCC, Steven Sines has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced joint pain, vision loss and hair loss.

3.935  Plaintiff Quentin Sinn has been an inmate at Airway Heights Correction Center since October of 2016. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.936  As a result of his exposure to the contaminated water at AHCC, Quentin Sinn has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hyperthyroidism and weight gain.

3.937   Plaintiff Duane Skjold has been an inmate at Airway Heights Correction Center on and off since 2009. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.938   As a result of his exposure to the contaminated water at AHCC, Duane Skjold has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced difficulty sleeping, joint pain and frequent urination.

3.939   Plaintiff Anthony Smith has been an inmate at Airway Heights Correction Center since July of 2018. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.940   As a result of his exposure to the contaminated water at AHCC, Anthony Smith has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

ulcerative colitis, fertility issues, and kidney cancer. He has also experienced nausea, headaches, irregular BM's, diarrhea and fatigue.

3.941    Plaintiff Donald Smith has been an inmate at Airway Heights Correction Center from 2015 to 2016 and since 2018. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.942    As a result of his exposure to the contaminated water at AHCC, Donald Smith has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin breakouts, acne, flaky/dry skin, and a bad taste in mouth.

3.943    Plaintiff Gabriel Smith has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.944    As a result of his exposure to the contaminated water at AHCC, Gabriel Smith has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.945    Plaintiff Jacob Smith has been an inmate at Airway Heights Correction Center since August of 2013. He has been at AHCC drinking and using the water from the City of

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 217

Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.946  As a result of his exposure to the contaminated water at AHCC, Jacob Smith has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin irritation, stomach pain, headaches, dizziness, and irritated gums.

3.947  Plaintiff Joseph Smith has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.948  As a result of his exposure to the contaminated water at AHCC, Joseph Smith has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.949  Plaintiff Ronald Lee Smith has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.950  As a result of his exposure to the contaminated water at AHCC, Ronald Lee Smith has high blood pressure due to the PFOS and PFOA in his blood which carries a

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 218

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.951  Plaintiff Ronald V Smith has been an inmate at Airway Heights Correction Center for 17 months in 2001 to 2002.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.952  As a result of his exposure to the contaminated water at AHCC, Ronald V Smith has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.953  Plaintiff Kevin Snow has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.954  As a result of his exposure to the contaminated water at AHCC, Kevin Snow has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.955  Plaintiff Corey Sobjack has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 219

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.956  As a result of his exposure to the contaminated water at AHCC, Corey Sobjack has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced abdominal pain.

3.957  Plaintiff Dennis Somerville has been an inmate at Airway Heights Correction Center since 2015. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.958  As a result of his exposure to the contaminated water at AHCC, Dennis Somerville has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced stomach pains, difficulty breathing, disorientation, constipation, acid reflux and panic attacks.

3.959  Plaintiff Brooke Sonia has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.960  As a result of his exposure to the contaminated water at AHCC, Brooke Sonia has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced diarrhea, nausea, vomiting, headaches, dry/itchy skin, and lesions

3.961  Plaintiff Robert Spencer has been an inmate at Airway Heights Correction Center since 2007. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.962  As a result of his exposure to the contaminated water at AHCC, Robert Spencer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced acid reflux, gallbladder removal and frequent urination.

3.963  Plaintiff Thomas Spencer has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.964  As a result of his exposure to the contaminated water at AHCC, Thomas Spencer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.965  Plaintiff Orvil Spindola has been an inmate at Airway Heights Correction Center since 2016. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.966  As a result of his exposure to the contaminated water at AHCC, Orvil Spindola has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.967  Plaintiff Robert Spradlin has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.968  As a result of his exposure to the contaminated water at AHCC, Robert Spradlin has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced white spots on his skin and diabetes.

3.969  Plaintiff Robert St. John has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

CLASS ACTION COMPLAINT WITH INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL - 222

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

3.970   As a result of his exposure to the contaminated water at AHCC, Robert St. John has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.971   Plaintiff Donny St. Peter has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.972   As a result of his exposure to the contaminated water at AHCC, Donny St. Peter has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.973   Plaintiff Shawn Stahlman has been an inmate at Airway Heights Correction Center in 2002, 2004 and since August of 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.974   As a result of his exposure to the contaminated water at AHCC, Shawn Stahlman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches.

3.975  Plaintiff Larry Stapleton has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.976  As a result of his exposure to the contaminated water at AHCC, Larry Stapleton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.977  Plaintiff Terry Starkweather has been an inmate at Airway Heights Correction Center on and off since 2005. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.978  As a result of his exposure to the contaminated water at AHCC, Terry Starkweather has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.979  Plaintiff Paul Still has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.980   As a result of his exposure to the contaminated water at AHCC, Paul Still has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.981   Plaintiff Daniel Stockwell has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.982   As a result of his exposure to the contaminated water at AHCC, Daniel Stockwell has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.983   Plaintiff Sean Stoll has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.984   As a result of his exposure to the contaminated water at AHCC, Sean Stoll has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He also experienced Graves ophthalmopathy and a cyst in his throat.

3.985  Plaintiff Scott Stoller has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.986  As a result of his exposure to the contaminated water at AHCC, Scott Stoller has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.987  Plaintiff Robert Strandy has been an inmate at Airway Heights Correction Center on and off since 2004.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.988  As a result of his exposure to the contaminated water at AHCC, Robert Strandy has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced liver issues, arthritis, diabetes, and skin issues.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

3.989   Plaintiff Tony Strode has been an inmate at Airway Heights Correction Center for 13 years.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.990   As a result of his exposure to the contaminated water at AHCC, Tony Strode has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced a dry mouth and tongue.

3.991   Plaintiff Elijah Stroman has been an inmate at Airway Heights Correction Center on and off since 2010.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.992   As a result of his exposure to the contaminated water at AHCC, Elijah Stroman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.993   Plaintiff Mark Strong has been an inmate at Airway Heights Correction Center for 19 months.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.994  As a result of his exposure to the contaminated water at AHCC, Mark Strong has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes and diarrhea.

3.995  Plaintiff Dana Stubbs has been an inmate at Airway Heights Correction Center from November of 2016 to May of 2018. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.996  As a result of his exposure to the contaminated water at AHCC, Dana Stubbs has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hair loss and vision loss.

3.997  Plaintiff Walter Styer has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.998  As a result of his exposure to the contaminated water at AHCC, Walter Styer has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.999   Plaintiff Donald Sutch has been an inmate at Airway Heights Correction Center for 5 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.1000 As a result of his exposure to the contaminated water at AHCC, Donald Sutch has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced headaches, hair loss, easy bruising, fatigue and bad smelling urine.

3.1001 Plaintiff Jason Sutton has been an inmate at Airway Heights Correction Center from 1996 to 1998. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.1002 As a result of his exposure to the contaminated water at AHCC, Jason Sutton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1003 Plaintiff James Swann has been an inmate at Airway Heights Correction Center for 5 years on and off previously and since May of 2018. He has been at AHCC drinking and

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 229

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1004 As a result of his exposure to the contaminated water at AHCC, James Swann has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1005 Plaintiff Samuel Sweeney has been an inmate at Airway Heights Correction Center since November of 216. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1006 As a result of his exposure to the contaminated water at AHCC, Samuel Sweeney has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1007 Thomas Sweeney has been an inmate at Airway Heights Correction Center since August of 2015. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1008 As a result of his exposure to the contaminated water at AHCC, Thomas Sweeney has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1009 Plaintiff Ryan Swerland has been an inmate at Airway Heights Correction Center since April of 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1010 As a result of his exposure to the contaminated water at AHCC, Ryan Swerland has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced lymph node swelling and removal surgery, diarrhea, headaches, and night sweats.

3.1011 Plaintiff Robert Talley has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1012 As a result of his exposure to the contaminated water at AHCC, Robert Talley has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1013 Plaintiff Charles Tate has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 231

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1     entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and
2     appliances.

3
4         3.1014 As a result of his exposure to the contaminated water at AHCC, Charles Tate
5     has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
6     risk of developing several health conditions, including but not limited to effects on the liver
7     and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
8     ulcerative colitis, fertility issues, and kidney cancer.

9
10        3.1015 Plaintiff Travis Tate has been an inmate at Airway Heights Correction Center.
11     He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's
12     entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and
13     appliances.

14
15        3.1016 As a result of his exposure to the contaminated water at AHCC, Travis Tate has
16     high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk
17     of developing several health conditions, including but not limited to effects on the liver and
18     immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative
19     colitis, fertility issues, and kidney cancer.

20
21        3.1017 Plaintiff Justin Taylor has been an inmate at Airway Heights Correction Center.
22     He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's
23     entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and
24     appliances.

25
26        3.1018 As a result of his exposure to the contaminated water at AHCC, Justin Taylor
27     has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
28     risk of developing several health conditions, including but not limited to effects on the liver
29
30

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1019 Plaintiff David Teel has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1020 As a result of his exposure to the contaminated water at AHCC, David Teel has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1021 Plaintiff Phillip Thomes has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1022 As a result of his exposure to the contaminated water at AHCC, Phillip Thomes has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1023 Plaintiff Tracy Thornton has been an inmate at Airway Heights Correction Center for 2 years. He has been at AHCC drinking and using the water from the City of Airway

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1024 As a result of his exposure to the contaminated water at AHCC, Tracy Thornton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1025 Plaintiff John Tinkham has been an inmate at Airway Heights Correction Center for 6 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1026 As a result of his exposure to the contaminated water at AHCC, John Tinkham has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hair loss, teeth loss, thyroid issues, acid reflux, rashes, headaches, fatigue, and bad smelling urine.

3.1027 Plaintiff Keola Tolentino has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1028 As a result of his exposure to the contaminated water at AHCC, Keola Tolentino has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1029 Plaintiff Anthony Torres has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1030 As a result of his exposure to the contaminated water at AHCC, Anthony Torres has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1031 Plaintiff Francisco Torres has been an inmate at Airway Heights Correction Center for 3 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.1032 As a result of his exposure to the contaminated water at AHCC, Francisco Torres has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced dry skin, hair loss, hearing loss and bad smelling urine.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 235

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-5730
FX: 206-284-8079

3.1033 Plaintiff Miles Tramaine has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1034 As a result of his exposure to the contaminated water at AHCC, Miles Tramaine has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1035 Plaintiff Alex Treadway has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1036 As a result of his exposure to the contaminated water at AHCC, Alex Treadway has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1037 Plaintiff Roberto Trejo has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1038 As a result of his exposure to the contaminated water at AHCC, Roberto Trejo has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1039 Plaintiff Ryan Trimble has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1040 As a result of his exposure to the contaminated water at AHCC, Ryan Trimble has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1041 Plaintiff Christopher Trosper has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1042 As a result of his exposure to the contaminated water at AHCC, Christopher Trosper has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1043 Plaintiff Troy Trusley has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1044 As a result of his exposure to the contaminated water at AHCC, Troy Trusley has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1045 Plaintiff Jonathan Turner has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1046 As a result of his exposure to the contaminated water at AHCC, Jonathan Turner has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced stomach pain, diarrhea, infections and high blood pressure.

3.1047 Plaintiff Allan Turnipseed has been an inmate at Airway Heights Correction Center since 2010. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1048 As a result of his exposure to the contaminated water at AHCC, Allan Turnipseed has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced rashes, skin lumps, infections and bowel movement issues.

3.1049 Plaintiff Kelly Tyas has been an inmate at Airway Heights Correction Center since January of 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1050 As a result of his exposure to the contaminated water at AHCC, Kelly Tyas has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1051 Plaintiff John Tyler has been an inmate at Airway Heights Correction Center since January of 2003. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1052 As a result of his exposure to the contaminated water at AHCC, John Tyler has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1053 Plaintiff Jesus Urruchurtu has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1054 As a result of his exposure to the contaminated water at AHCC, Jesus Urruchurtu has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced painful/burning skin and red spots throughout his body.

3.1055 Plaintiff Matthew Valenzuela has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1056 As a result of his exposure to the contaminated water at AHCC, Matthew Valenzuela has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1057 Plaintiff Chistopher Vallejo has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
2  and appliances.

3
4  3.1058 As a result of his exposure to the contaminated water at AHCC, Chistopher
5  Vallejo has high blood pressure due to the PFOS and PFOA in his blood which carries a
6  heightened risk of developing several health conditions, including but not limited to effects on
7  the liver and immune system, high cholesterol levels, changes in thyroid hormone,
8  hypertension, ulcerative colitis, fertility issues, and kidney cancer.

9
10  3.1059 Plaintiff James VanCleve has been an inmate at Airway Heights Correction
11  Center for 3 years on and off.  He has been at AHCC drinking and using the water from the
12  City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the
13  pipes, faucets, showerheads, and appliances.

14
15  3.1060 As a result of his exposure to the contaminated water at AHCC, James
16  VanCleve has high blood pressure due to the PFOS and PFOA in his blood which carries a
17  heightened risk of developing several health conditions, including but not limited to effects on
18  the liver and immune system, high cholesterol levels, changes in thyroid hormone,
19  hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced
20  rashes, dry eyes and vision loss.

21
22  3.1061 Plaintiff David Vandament has been an inmate at Airway Heights Correction
23  Center for 4 years.  He has been at AHCC drinking and using the water from the City of Airway
24  Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets,
25  showerheads, and appliances.

26
27  3.1062 As a result of his exposure to the contaminated water at AHCC, David
28  Vandament has high blood pressure due to the PFOS and PFOA in his blood which carries a

29
30  CLASS ACTION COMPLAINT WITH INDIVIDUAL
   CLAIMS AND DEMAND FOR JURY TRIAL - 241

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced skin cancer, hair loss, joint pain, fatigue, and bad smelling urine.

3.1063 Plaintiff Darin Vanderheiden has been an inmate at Airway Heights Correction Center for 4 years on and off. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1064 As a result of his exposure to the contaminated water at AHCC, Darin Vanderheiden has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced weight loss and hepatitis C.

3.1065 Plaintiff Ramon Ventura has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1066 As a result of his exposure to the contaminated water at AHCC, Ramon Ventura has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 242

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1067 Plaintiff Robert Vestre has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1068 As a result of his exposure to the contaminated water at AHCC, Robert Vestre has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1069 Plaintiff Ted Vickers has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1070 As a result of his exposure to the contaminated water at AHCC, Ted Vickers has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1071 Plaintiff Yanes Victor has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 243

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1       3.1072 As a result of his exposure to the contaminated water at AHCC, Yanes Victor

2   has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

3   risk of developing several health conditions, including but not limited to effects on the liver

4   and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

5   ulcerative colitis, fertility issues, and kidney cancer.

6

7       3.1073 Plaintiff Shamus Von Berks has been an inmate at Airway Heights Correction

8   Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

9   PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,

10  and appliances.

11

12      3.1074 As a result of his exposure to the contaminated water at AHCC, Shamus Von

13  Berks has high blood pressure due to the PFOS and PFOA in his blood which carries a

14  heightened risk of developing several health conditions, including but not limited to effects on

15  the liver and immune system, high cholesterol levels, changes in thyroid hormone,

16  hypertension, ulcerative colitis, fertility issues, and kidney cancer.

17

18      3.1075 Plaintiff David Walker has been an inmate at Airway Heights Correction Center

19  for over 2 years. He has been at AHCC drinking and using the water from the City of Airway

20  Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets,

21  showerheads, and appliances.

22

23      3.1076 As a result of his exposure to the contaminated water at AHCC, David Walker

24  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

25  risk of developing several health conditions, including but not limited to effects on the liver

26  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,

27  ulcerative colitis, fertility issues, and kidney cancer.

28

29

30  CLASS ACTION COMPLAINT WITH INDIVIDUAL
    CLAIMS AND DEMAND FOR JURY TRIAL - 244

3.1077 Plaintiff Eric Ward has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1078 As a result of his exposure to the contaminated water at AHCC, Eric Ward has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1079 Plaintiff Cody Wardlaw has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1080 As a result of his exposure to the contaminated water at AHCC, Cody Wardlaw has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1081 Plaintiff Michael Ware has been an inmate at Airway Heights Correction Center for over 4 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1082 As a result of his exposure to the contaminated water at AHCC, Michael Ware has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1083 Plaintiff Joshua Warren has been an inmate at Airway Heights Correction Center since January of 2017. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1084 As a result of his exposure to the contaminated water at AHCC, Joshua Warren has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced difficulty using the restroom, dry skin and irregular breathing.

3.1085 Plaintiff Jermaine Watkins has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1086 s a result of his exposure to the contaminated water at AHCC, Jermaine Watkins has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 246

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1087 Plaintiff Matthew Watkins has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1088 As a result of his exposure to the contaminated water at AHCC, Matthew Watkins has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1089 Plaintiff Gerald Watson has been an inmate at Airway Heights Correction Center since 2007. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.1090 As a result of his exposure to the contaminated water at AHCC, Gerald Watson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced loss of bladder control, diabetes, nerve damage, skin blisters, bumps on skin, dizziness, loss of balance, memory loss, chest pains and sleep apnea.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1091 Plaintiff Charles Wegley has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1092 As a result of his exposure to the contaminated water at AHCC, Charles Wegley has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1093 Plaintiff Brian Wenz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1094 As a result of his exposure to the contaminated water at AHCC, Brian Wenz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1095 Plaintiff Michael Wenz has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1096 As a result of his exposure to the contaminated water at AHCC, Michael Wenz has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1097 Plaintiff Jamze West has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1098 As a result of his exposure to the contaminated water at AHCC, Jamze West has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1099 Plaintiff Richard Westom has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1100 As a result of his exposure to the contaminated water at AHCC, Richard Westom has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1101 Plaintiff William Westmoreland has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1102 As a result of his exposure to the contaminated water at AHCC, William Westmoreland has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced hair and vision loss.

3.1103 Plaintiff Jimmy White has been an inmate at Airway Heights Correction Center since November of 2015. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.1104 As a result of his exposure to the contaminated water at AHCC, Jimmy White has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1105 Plaintiff Justin White has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 250

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1106 As a result of his exposure to the contaminated water at AHCC, Justin White has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1107 Plaintiff Brian Whitman has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1108 As a result of his exposure to the contaminated water at AHCC, Brian Whitman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1109 Plaintiff Dean Wildermuth has been an inmate at Airway Heights Correction Center since June of 2000. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1110 As a result of his exposure to the contaminated water at AHCC, Dean Wildermuth has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone,

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced kidney stones, a stroke and a heart attack.

3.1111 Plaintiff James Williams has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1112 As a result of his exposure to the contaminated water at AHCC, James Williams has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1113 Plaintiff Kirk Williams has been an inmate at Airway Heights Correction Center since 2009. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1114 As a result of his exposure to the contaminated water at AHCC, Kirk Williams has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced tuberculosis.

3.1115 Plaintiff Shawn Williams has been an inmate at Airway Heights Correction Center on and off for 5 years. He has been at AHCC drinking and using the water from the

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 252

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1116 As a result of his exposure to the contaminated water at AHCC, Shawn Williams has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1117 Plaintiff Troy Williams has been an inmate at Airway Heights Correction Center since 2003. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1118 As a result of his exposure to the contaminated water at AHCC, Troy Williams has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1119 Plaintiff Daniel A Wilson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1120 As a result of his exposure to the contaminated water at AHCC, Daniel A Wilson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1121 Plaintiff Daniel Lee Wilson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1122 As a result of his exposure to the contaminated water at AHCC, Daniel Lee Wilson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1123 Plaintiff Derek Wilson has been an inmate at Airway Heights Correction Center for over 5 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads and appliances.

3.1124 As a result of his exposure to the contaminated water at AHCC, Derek Wilson has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issues.

3.1125 Plaintiff Patrick Wilson has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1   PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
2   and appliances.

3
4       3.1126 As a result of his exposure to the contaminated water at AHCC, Patrick Wilson
5   has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
6   risk of developing several health conditions, including but not limited to effects on the liver
7   and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
8   ulcerative colitis, fertility issues, and kidney cancer.

9
10      3.1127 Plaintiff Victor Wilson has been an inmate at Airway Heights Correction
11  Center. He has been at AHCC drinking and using the water from the City of Airway Heights.
12  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads,
13  and appliances.

14
15      3.1128 As a result of his exposure to the contaminated water at AHCC, Victor Wilson
16  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
17  risk of developing several health conditions, including but not limited to effects on the liver
18  and immune system, high cholesterol levels, changes in thyroid hormone, hypertension,
19  ulcerative colitis, fertility issues, and kidney cancer.

20      3.1129 Plaintiff Michael Winn has been an inmate at Airway Heights Correction Center
21  since 2011. He has been at AHCC drinking and using the water from the City of Airway
22
23  Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets,
24  showerheads, and appliances.

25      3.1130 As a result of his exposure to the contaminated water at AHCC, Michael Winn
26  has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened
27  risk of developing several health conditions, including but not limited to effects on the liver
28
29
30  CLASS ACTION COMPLAINT WITH INDIVIDUAL
    CLAIMS AND DEMAND FOR JURY TRIAL - 255

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced abnormal cholesterol and thyroid issues.

3.1131 Plaintiff Patrick Winters has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1132 As a result of his exposure to the contaminated water at AHCC, Patrick Winters has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1133 Plaintiff Wayland Witton has been an inmate at Airway Heights Correction Center for more than 3 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1134 As a result of his exposure to the contaminated water at AHCC, Wayland Witton has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1135 Plaintiff Robert Wood has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1136 As a result of his exposure to the contaminated water at AHCC, Robert Wood has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1137 Plaintiff Matthew Woods has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1138 As a result of his exposure to the contaminated water at AHCC, Matthew Woods has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1139 Plaintiff Dale Woodley has been an inmate at Airway Heights Correction Center on and off since 2004. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1140 As a result of his exposure to the contaminated water at AHCC, Dale Woodley has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 257

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced thyroid issues, dizziness, headaches and bumps on lower back.

3.1141 Plaintiff Jesse Woodward has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1142 As a result of his exposure to the contaminated water at AHCC, Jesse Woodward has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1143 Plaintiff Brandon Wyatt has been an inmate at Airway Heights Correction Center since August of 2018. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1144 As a result of his exposure to the contaminated water at AHCC, Brandon Wyatt has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1145 Plaintiff Jeremy Yeager has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1146 As a result of his exposure to the contaminated water at AHCC, Jeremy Yeager has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1147 Plaintiff Mark Yeager has been an inmate at Airway Heights Correction Center from 2014 to 2015 and since April of 2018.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1148 As a result of his exposure to the contaminated water at AHCC, Mark Yeager has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced anemia, loose stool, lumps on ankles, skin issues and acne.

3.1149 Plaintiff Kevin Yeoman has been an inmate at Airway Heights Correction Center.  He has been at AHCC drinking and using the water from the City of Airway Heights.  PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1150 As a result of his exposure to the contaminated water at AHCC, Kevin Yeoman has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced strokes, seizures, heart attack, kidney stones, rashes, constipation, anal bleeding, hand tremors and bad smelling urine.

3.1151 Plaintiff Kenneth Young has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1152 As a result of his exposure to the contaminated water at AHCC, Kenneth Young has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

3.1153 Plaintiff Andrew Zamora has been an inmate at Airway Heights Correction Center. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1154 As a result of his exposure to the contaminated water at AHCC, Andrew Zamora has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 260

3.1155 Plaintiff Richard Zeiler has been an inmate at Airway Heights Correction Center for over 22 years. He has been at AHCC drinking and using the water from the City of Airway Heights. PFC's entered the water through the accumulation of PFC's in the pipes, faucets, showerheads, and appliances.

3.1156 As a result of his exposure to the contaminated water at AHCC, Richard Zeiler has high blood pressure due to the PFOS and PFOA in his blood which carries a heightened risk of developing several health conditions, including but not limited to effects on the liver and immune system, high cholesterol levels, changes in thyroid hormone, hypertension, ulcerative colitis, fertility issues, and kidney cancer. He has also experienced anemia and thyroid issues.

**B.     Defendants**

3.1157 When reference is made in this Complaint to any act or omission of any of the Defendants, it shall be deemed that the officers, directors, agents, employees, or representatives of the Defendants committed or authorized such act or omission, or failed to adequately supervise or properly control or direct their employees while engaged in the management, direction, operation, or control of the affairs of Defendants, and did so while acting within the scope of their duties, employment or agency.

3.1158 The term "Defendant" or "Defendants" refers to all Defendants named herein jointly and severally.

3.1159 Upon information and belief, each of the Defendants are responsible, negligently, intentionally and/or in some actionable manner, for the events and happenings referred to herein, and caused and continue to cause injuries and damages legally thereby to Plaintiffs, as alleged, either through each Defendant's own conduct or through the conduct of

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

their agents, servants or employees, or due to the ownership, maintenance or control of the instrumentality causing them injury, or in some other actionable manner.

3.1160 Defendant THE 3M COMPANY ("3M") is, upon information and belief, a Delaware corporation and does business throughout the United States, including conducting business in Washington.

3.1161 3M designed, manufactured, and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

3.1162 3.1164 Defendant 3M is an American multinational corporation based in Minnesota, having its principal place of business at 3M Center, St. Paul, Minnesota 55133.

3.1163 3M was founded in 1902 as the Minnesota Mining and Manufacturing Company with approximately $30 billion in annual net sales, 3M employs approximately 90,000 people, operates in approximately 70 countries, and produces more than 55,000 products.

3.1164 Beginning before 1970 and until at least 2002, 3M manufactured, distributed, and sold AFFF containing PFOS. Defendant 3M was the only company that manufactured or sold AFFF containing PFOS.

3.1165 3M is engaged in substantial and not isolated activity in this state; all as more fully alleged herein.

3.1166 Defendant TYCO FIRE PRODUCTS L.P., successor in interest to THE ANSUL COMPANY (hereinafter "Tyco") is a Delaware corporation having a principal place of business at 1400 Pennbrook Parkway, Landsdale, Pennsylvania 19446. Tyco is an indirect subsidiary ultimately wholly owned by Johnson Controls International PLC; an Irish public limited company listed on the New York Stock Exchange [NYSE: JCI].

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 262

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1167 Tyco manufactured and manufactures the Ansul brand of products, including Ansul brand AFFF. Beginning in or around 1975, Ansul manufactured and/or distributed and sold AFFF that contained fluorocarbon surfactants containing PFOA. After Tyco acquired Ansul in 1990, Tyco/Ansul continued to manufacture, distribute, and sell AFFF that contained PFOA.

3.1168 Upon information and belief, Defendant Tyco is the successor in interest to the corporation formerly known as the Ansul Company ("Ansul"). Hereinafter, Ansul and/or Tyco as the successor in interest to Ansul will be referred to collectively as "Tyco/Ansul."

3.1169 At all times relevant, Tyco/Ansul designed, manufactured, and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

3.1170 Defendant Buckeye Fire Equipment Company ("Buckeye") is a North Carolina corporation with its principal place of business at 110 Kings Road, Kings Mountain, North Carolina 28086.

3.1171 At all times relevant to the present litigation, Buckeye designed, manufactured, and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

3.1172 Defendant CHEMGUARD INC. is a Wisconsin corporation having its principal place of business at One Stanton Street, Marinette, Wisconsin 54143.

3.1173 Beginning in or around 1994, Chemguard began manufacturing AFFF that contained PFOA.

3.1174 At all times relevant to the present litigation, Chemguard designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1175 Defendant NATIONAL FOAM, INC. (a/k/a Chubb National Foam) (collectively "National Foam") is a Delaware corporation, having a principal place of business at 144 Junny Road, Angier, North Carolina 27501.

3.1176 At all times relevant to the present litigation, NATIONAL FOAM designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

3.1177 Defendant Dynax Corporation is a Delaware Corporation that conducts business throughout the United States, including business in Washington. Its principal place of business is 103 Fairview Park Drive Elmsford, New York, 10523-1544.

3.1178 In 1991, Dynax Corporation entered the AFFF business, quickly becoming a leading global producer of fluorosurfactants and fluorochemical foam stabilizers used in firefighting foam agents.

3.1179 Upon information and belief, at all times relevant to the present litigation, Dynax designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

3.1180 Defendant DUPONT CHEMICAL SOLUTIONS ENTERPRISE ("DuPont Chemical") was a Delaware Corporation, with a principal place of business located at 1007 Market Street Wilmington, Delaware 19898.

3.1181 DuPont Chemical was a member of the Telomer Research Program ("TRP"). As a member, it was required to provide a list and volume of products it was selling in the United States on a yearly basis.

3.1182 In a letter addressed to the Office of Pollution Prevention and Toxics ("OPPT") Document Control Office, dated May 14, 2003 and signed by Stephen H. Korzeniowski, DuPont provided its Telomer-based sales products in the United States for the year 2002.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 264

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1183 The letter, which was redacted and sent to the USEPA under its PFOA Stewardship Program, included Aqueous Fire Fighting Foam (AFFF) sales volume, on an active ingredient pound basis, as well as its Chemical Abstracts Service (CAS) number and chemical name, and is included in the PFOA Stewardship Program Docket.

3.1184 Upon information and belief, at all times relevant to the present litigation, DuPont Chemical designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

3.1185 Defendant, E.I. DU PONT DE NEMOURS & CO. ("DuPont"), successor in interest to DuPont Chemical Solutions Enterprise, is a Delaware Corporation and does business throughout the United States, including conducting business in Washington. Its principal place of business is 974 Centre Road Wilmington, Delaware 19805.

3.1186 Upon information and belief, at all times relevant to the present litigation, DuPont designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

3.1187 Defendant CHEMOURS COMPANY ("Chemours"), successor in interest to DuPont Chemical Solutions Enterprise, is a Delaware Corporation and conducts business throughout the United States, including conducting business in Washington. Its principal place of business is 1007 Market Street, Wilmington, Delaware, 19889.

3.1188 Upon information and belief, at all times relevant to the present litigation, Chemours designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 265

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1189 The Chemours Company was incorporated as a subsidiary of E.I. du Pont De Nemours & Co. as of April 30, 2015. From that time until July, 2015, The Chemours Company was a wholly-owned subsidiary of E.I. du Pont De Nemours & Co. In July, 2015, E.I. Du Pont de Nemours & Co. spun off The Chemours Company and transferred to The Chemours Company its "performance chemicals" business line, which includes its fluoroproducts business, distributing shares of The Chemours Company stock to E.I. du Pont De Nemours & Co. stockholders, and The Chemours Company has since been an independent, publicly traded company.

3.1190 Defendant THE CHEMOURS COMPANY L.L.C. ("Chemours Company"), successor in interest to DuPont Chemical Enterprise, is a Delaware Corporation and conducts business throughout the United States, including conduction business in Washington. Its principal place of business is 1007 Market Street Wilmington, Delaware, 19899.

3.1191 Upon information and belief, at all times relevant to the present litigation, Chemours Company designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

3.1192 Defendant CORTEVA, INC. is a Delaware Corporation that conducts business throughout the United States, including business in Washington. Its principal place of business is 974 Centre Rd., Wilmington, Delaware 19805.

3.1193 Upon information and belief, at all times relevant to the present litigation, Corteva, Inc. designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

3.1194 Defendant DUPONT DE NEMOURS formerly known as DowDuPont, Inc. is a Delaware Corporation that conducts business throughout the United States, including business in Washington. Its principal place of business is 1999 Bryan Street, Suite 900 Dallas, Texas 75201.

3.1195 Upon information and belief, at all times relevant to the present litigation, DuPont de Nemours formerly known as Dow DuPont, designed, manufactured and sold AFFF used for training and to fight fires at numerous military bases and other locations throughout the country, including Fairchild Air Force Base.

## IV.     FACTUAL ALLEGATIONS AS TO ALL COUNTS

4.1     AFFF formulations are chemical mixtures used to extinguish hydrocarbon fuel-based fires.

4.2     AFFF containing fluorinated surfactants have a better firefighting capability than plain water due to their surface-tension lowering properties- essentially smothering the fire and starving it of its oxygen.

4.3     However, some fluorinated surfactants have unique properties that cause some of the compounds to not biodegrade and to bioaccumulate and are toxic to animals and humans.

4.4     AFFF is a Class-B firefighting foam. It is mixed with water and used to extinguish fires that are difficult to fight, particularly those that involve petroleum or other flammable liquids.

4.5     AFFF was introduced commercially in the mid-1960s and rapidly became the primary firefighting foam in the U.S. and in many parts of the world.

4.6     AFFF is synthetically formed by combining fluorine free hydrocarbon foaming agents with surfactants. When mixed with water, the resulting solution produces an aqueous

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 267

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

film that spreads across the surface of hydrocarbon fuel. This film provides fire extinguishment and is the source of the designation aqueous film forming foam.

4.7     Defendants 3M, Tyco/Ansul, National Foam, Dynax Corporation, Chemguard, Buckeye, E.I. Du Pont De Nemours And Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise, The Chemours Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise, The Chemours Company FC, L.L.C., individually and as successor in interest to DuPont Chemical Solutions Enterprise, Corteva, Inc., and Du Pont De Nemours Inc., f/k/a Dow Dupont, Inc. designed, manufactured, and sold AFFF that was used at Fairchild Air Force Base.

4.8     Fluorosurfactants used in 3M's AFFF were produced by a unique and patented process known as electrochemical fluorination ("ECF"). The ECF process resulted in a product that contains PFOS, some of which degrades into PFOA.

4.9     3M was the only company to manufacture PFOS-containing AFFF.

4.10     In an attempt to limit liability, 3M opted to stop producing PFOS 2002 because it was aware of the looming chemical exposure and health effects on the public.

4.11     Similarly, PFOA is a man-made, manufactured chemical not found in nature. PFOA was used to make household and commercial products that resist heat and chemical reactions, and has many uses, including repelling oil, stains, grease, and water.

4.12     In 1947, 3M began producing PFOA via ECF.

4.13     In 1951, 3M began selling its PFOA to other chemical companies, including DuPont.

4.14     Other companies, such as Defendants Tyco/Ansul, National Foam, Chemguard, Buckeye, E.I. Du Pont De Nemours And Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise, The Chemours Company, individually and as

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 268

successor in interest to DuPont Chemical Solutions Enterprise, The Chemours Company FC, L.L.C., individually and as successor in interest to DuPont Chemical Solutions Enterprise, Dynax Corporation, Corteva, Inc., and Du Pont De Nemours Inc., f/k/a Dow Dupont, Inc. began manufacturing AFFF using PFOA that they produced themselves or purchased from other companies. Defendants' AFFF was then sold to the USAF for use at fire departments and industrial facilities across the nation, including Fairchild AFB.

4.15    The chemical structure of PFOA and PFOS makes them resistant to breakdown or environmental degradation. As a result, they are persistent when released into the environment. Some PFC's, such as PFOS and PFOA, have been found to bioaccumulate in humans and animals. In 2005, the U.S. Department of Health and Human Services found that "human exposure to PFOA and PFOS lead to the buildup of these chemicals in the body."

4.16    As early as the 1960s, 3M knew that PFOS and PFOA were stable, persistent in the environment, and do not degrade.

4.17    Early studies showed that PFC's accumulated in the human body and were "toxic." 3M studies from the 1970s concluded that PFC's were "even more toxic" than previously believed.

4.18    Upon information and belief, by the 1970's, 3M knew that its PFC's (PFOA and PFOS) were widely present in the blood of the general U.S. population. Upon information and belief, 3M concealed this knowledge from the public and government regulators.

4.19    In or about 1977, Tyco/Ansul was also aware of the environmental and toxic concerns of its AFFF and undertook a study and investigation on more environmentally improved AFFF.

4.20    FOA is readily absorbed after consumption or inhalation, and it accumulates primarily in the blood stream, kidney, and liver.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 269

4.21     Because of its toxicity, eight major PFOA manufacturers agreed in 2006 to participate in the U.S. Environmental Protection Agency's ("EPA") PFOA Stewardship Program. The participating companies made voluntary commitments to reduce product content and facility emissions of PFOA and related chemicals by 95%, no later than 2010.

4.22     PFOA can remain in the environment, particularly in water, for many years and can move through air, soil, and into groundwater.

4.23     Human studies show associations between increased PFOA levels in blood and an increased risk of several health conditions, including high cholesterol levels, changes in thyroid hormone, ulcerative colitis (autoimmune disease), pre-eclampsia (a complication of pregnancy that includes high blood pressure), and kidney and testicular cancer.

4.24     These injuries can arise months or years after exposure to PFOA.

4.25     PFOA's extreme persistence in the environment, along with its toxicity, mobility, and bioaccumulation potential, pose probable adverse effects to human health and the environment.

## A.     AFFF USAGE AT FAIRCHILD AIR FORCE BASE

4.26     Upon information and belief, Defendants each manufactured AFFF containing PFC's for sale to the Department of Defense or the US Air Force with knowledge that it would be used in training and emergency fire-fighting situations.

4.27     Upon information and belief, Defendants sold their AFFF products and they were used at the Fairchild Air Force Base.

4.28     At any given time, Fairchild AFB stored and used thousands of gallons of AFFF concentrate, designed, manufactured, and sold by each of the Defendants.

4.29     The AFFF was expected to, and did, reach Fairchild AFB without substantial change in the condition in which it was sold to the USAF.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

4.30    For decades, USAF personnel conducted training exercises at Fairchild AFB including firefighting training that used AFFF designed, manufactured, and sold by each of the Defendants.

4.31    AFFF was released into the environment, air, soil and groundwater at locations including but not limited to the Fire Training Area ("FT-1").

4.32    AFFF was additionally introduced into the environmental and groundwater via aircraft hangers containing fire suppressions systems utilizing AFFF. During function testing or false alarms, AFFF was permitted to enter the air, soil, and groundwater and further contaminate Plaintiffs' drinking water.

4.33    FT-1 conducted fire-extinguishing exercises from 1970 to 1991 using foam that contained and released AFFF into the soil, air, and groundwater.

4.34    As a direct and proximate result of the failure to warn the USAF, or local sensitive receptors, the AFFF and its constituents were permitted to enter the air, soil, and groundwater, and ultimately enter Plaintiffs' and the Putative Classes' bodies and properties.

4.35    Upon information and belief, instructions, warning labels and material safety data sheets that were provided with the AFFF by the Defendants, did not reasonably nor adequately describe the health and environmental hazards of AFFF, which Defendants knew or should have known.

4.36    An October 2017 USAF "Action Memorandum for a Time-Critical Removal Action Treatment of PFOS- and PFOA- Contaminated Water In Residential Wells Near Fairchild Air Force Base, Washington," confirmed the use of AFFF at Fairchild AFB and that the fire training area on the base was the source of PFC contamination of the groundwater supply.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

## V.     CLASS ACTION ALLEGATIONS

5.1     Plaintiffs incorporate the forgoing paragraphs as though the same were set forth at length herein.

5.2     Plaintiffs bring this action as a class action on their own behalf and on behalf of all other persons similarly situated as members of the proposed subclasses and seek to certify and maintain it as a class action under Rules 23(a); (b)(1) and/or (b)(2); and (b)(3) of the Superior Court Civil Rules (CR), subject to amendment and additional discovery as follows:

        a.     Medical Monitoring Class: Individuals who consumed water from their municipal water supplier, smaller water systems, or domestic water supply wells in the Areas of Investigation. ("Medical Monitoring Class"). This Class is composed of the following subclasses:

            i).     All individuals, prisoners, and inmates that reside at AHCC who have consumed water provided by the Airway Heights Water and Sanitation District; and

            ii).     All individuals, prisoners, and inmates that never resided at AHCC but who have consumed food prepared at AHCC with water provided by the Airway Heights Water and Sanitation District; and

5.3     Plaintiffs are members of the proposed sub class they seek to represent. This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

5.4     Excluded from the Class are:

        a.     Defendants, including any entity or division in which Defendants have a controlling interest, along with their legal representative, employees, officers,

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

directors, assigns, heirs, successors, and wholly or partly owned subsidiaries or affiliates;

   b.    The Judge to whom this case is assigned, the Judge's staff, and the Judge's immediate family;

   c.    Any class counsel or their immediate family members; and

   d.    All governmental entities.

5.5    Plaintiffs reserve the right to amend the Class definition if discovery and further investigation reveal that any Class should be expanded, divided into additional subclasses, or modified in any other way.

A.    **Numerosity and Ascertainability**

5.6    This action meets the numerosity requirement of CR 23(a)(1), given the number of impacted individuals that have resided or currently still reside at AHCC and to include those who have ingested the contaminated food prepared at AHCC. Upon information and belief, the number could reach into the thousands, making individual joinder of class members' respective claims impracticable. While the exact number of class members is not yet known, a precise number can be ascertained from the Washington Department of Corrections, U.S. Federal Census records, the State of Washington, and the public records of the municipal entities, and through other appropriate discovery. The resolution of the claims of the class members in a single action will provide substantial benefits to all parties and the Court. It is expected that the class members will number in the tens of thousands.

5.7    Finally, Class members can be notified of the pendency of this action by Court-approved notice methods.

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

**B.     Typicality**

5.8     Pursuant to CR 23(a)(3), Plaintiffs' claims are typical of the claims of class members and arise from the same course of conduct by Defendants. Plaintiffs' persons, like all Class Members, have been damaged by Defendants' misconduct in that they have incurred injury damages and losses related to the introduction of PFOA, PFOS, and other PFC's into the water supplies utilized at AHCC, causing personal injury and other damages.

5.9     Furthermore, the factual bases of Defendants' actions and misconduct are common to all Class Members and represent a common thread of misconduct resulting in common injury to all Class Members. The relief Plaintiffs seek is typical of the relief sought for absent Class Members.

**C.     Adequacy of Representation**

5.10     Plaintiffs will serve as fair and adequate class representatives as their interests, as well as the interests of their counsel, do not conflict with the interest of other members of the class they seek to represent.

5.11     Further, Plaintiffs have retained competent counsel.

5.12     Plaintiffs and their counsel are committed to vigorously prosecuting this action on behalf of the Class. Neither the Plaintiffs nor their counsel have interests adverse to the Class.

**D.     Predominance of Common Issues**

5.13     There are numerous questions of law and fact common to Plaintiffs and Class Members that predominate over any question affecting only individual Class Members, making it appropriate to bring this action under CR 23(b)(3). The answers to these common questions will advance resolution of the litigation as to all Class Members. Common legal and factual issues include:

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

a.     Whether Defendants engaged in the conduct alleged herein.

b.     Whether Defendants knew or should have known that exposure to PFOA and PFOS could increase health risks.

c.     Whether Manufacturing Defendants knew or should have known that their manufacture of AFFF containing PFOA and PFOS was unreasonably dangerous.

d.     Whether Manufacturing Defendants knew or should have known that their AFFF contained persistent, stable, and mobile chemicals that were likely to contaminate groundwater water supplies.

e.     Whether Manufacturing Defendants failed to sufficiently warn of the potential for harm that resulted from use of their products.

f.     Whether Defendants became aware of health and environmental harm caused by PFOA and PFOS and failed to warn users and Plaintiffs and the Class of same.

g.     The extent to which Defendants knew about the PFOA and PFOS contamination in the water used at AHCC.

h.     The extent to which Defendants knew about the PFOA and PFOS contamination in the water supply systems of Airway Heights.

i.     The extent to which Defendants knew about the PFOA and PFOS contamination in the water supplied to AHCC.

j.     Whether the Defendants owed a duty to the Plaintiffs and the Class to refrain from the actions that caused the contamination of the drinking water with PFOA and PFOS.

k.     Whether Defendants made unlawful and misleading representations or material omissions with respect to the health impacts of PFOA and PFOS.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 275

l.     Whether Plaintiffs and Class Members were exposed to water and/or food products produced at AHCC containing elevated levels of PFOA and PFOS while living in Airway Heights at AHCC.

m.     Whether Plaintiffs and Class Members were exposed to water and/or food products produced at AHCC containing elevated levels of PFOA and PFOS while living at other Washington State Department of Corrections facilities besides AHCC.

n.     Whether Plaintiffs and Class Members are entitled to damages and other monetary relief and other equitable relief, including but not limited to punitive damages, and if so, in what amount.

o.     Whether the members of the Classes and Subclasses have sustained damages and the proper measure of damages.

p.     Whether Manufacturing Defendants are strictly liable to Plaintiffs and the Class for their actions.

q.     Whether Defendants are liable to Plaintiffs and the Class.

**E.    Superiority**

5.14    The class action mechanism is superior to any other available means of the fair and efficient adjudication of this case. Given the great number of individuals impacted by Defendants' conduct, it is impracticable for Plaintiffs and the Class to individually litigate their respective claims due to the risk of inconsistent or contradictory judgments, generating increased delays and expense, and wasting judicial resources. No unusual difficulties are likely to be encountered in the management of this class action. The class action mechanism presents considerably less management challenges and provides the efficiency of a single adjudication under the comprehensive oversight of a single court.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 276

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

F.    **Individual Prosecution Unlikely and Unreasonable**

5.15    Plaintiffs and their counsel are not aware of any interest that class members would have in individually controlling the prosecution of separate actions, especially given the size of each individual claim and the cost, expense and difficulty of litigating against defendants. Plaintiffs and their counsel are also not aware of any actions already commenced on behalf of the class members alleging similar claims or seeking similar relief. Given the similar nature of the class members' claims and the absence of material differences in the state statutes and common law doctrine upon which the class members' claims are based (should Washington law not solely apply), a class action should be managed by this court. A significant economy of scale exists in concentrating the litigation in this forum.

5.16    The proposed class fulfills the certification criteria of CR 23(a), and certification of the above defined class is appropriate under the provision of CR 23(b).

F.    **AFFF CONTAINING PFOA AND PFOS IS FUNGIBLE AND COMMINGLED IN THE GROUNDWATER**

5.17    AFFF containing PFOA and/or PFOS, once it has been released to the environment, lacks characteristics that would enable identification of the company that manufactured that particular batch of AFFF.

5.18    The process of manufacture and distribution of AFFF, including that which contains PFOA and/or PFOS, includes complex arrangements whereby Defendants sell product for delivery through the Department of Defense, the USAF, specific installations, and/or third- party logistic intermediaries throughout the country, including to Fairchild AFB.

5.19    A subsurface plume, even if it comes from a single location, such as a retention pond or fire training area, originates from mixed batches of AFFF coming from different manufacturers.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 277

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

5.20     The case here at Fairchild AFB is typical: even though several areas were located at the base where the AFFF was used and entered the groundwater, neither the federal or state investigators could determine the identity of the manufacturers whose AFFF containing PFOA and PFOS contributed to the resulting groundwater contamination plume.

5.21     Because precise identification of the specific manufacture of any given AFFF that was the source of PFOA and PFOS found in a Class members' blood, a water well, or the groundwater, is impossible, Plaintiffs must pursue all Defendants, jointly and severally, for those indivisible injuries which Defendants have collectively visited upon Plaintiffs and the Class.

5.22     Defendants are also jointly and severally liable because they conspired to conceal the true toxic nature of PFOS and PFOA, to profit from the use of AFFF containing PFOA and PFOS, at Plaintiffs' and the Classes' expense, to contaminate Plaintiffs' and the Classes' water supply, and to attempt to avoid liability for such contamination of the groundwater and poisoning of the Plaintiffs and the Class.

## G.     MARKET SHARE LIABILITY, ALTERNATIVE LIABILITY, CONCERT OF ACTION, ENTERPRISE LIABILITY

5.23     Defendants in this action are manufacturers that control a substantial share of the market for AFFF-containing PFOA and/or PFOS in the United States and are jointly responsible for the contamination of the groundwater in the Communities and for causing the damages and injuries complained of in this Complaint. Market share liability attaches to all Defendants and the liability of each should be assigned according to its percentage of the market for AFFF- containing PFOA and/or PFOS at issue in this Complaint. PFOA and PFOS is fungible; it is impossible to identify the exact Defendant who manufactured any given batch of AFFF containing PFOA and/or PFOS found free in the air, soil or groundwater, and each of

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 278

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

these Defendants participated in a state-wide and national market for AFFF containing PFOA and/or PFOS during the relevant time.

5.24    Concert of action liability attaches to all Defendants, each of which participated in a common plan to commit the torts alleged herein and each of which acted tortuously in pursuance of the common plan to knowingly manufacture and sell inherently dangerous AFFF-containing PFOA and/or PFOS.

5.25    Enterprise liability attaches to all of the named Defendants for casting defective products into the stream of commerce.

## H.    CONSPIRACY

5.26    Defendants actually knew of the health and environmental hazards which PFOA and PFOS posed to Plaintiffs and the Class.

5.27    Beginning in the 1970's and continuing through the date of this Complaint, Defendants formed joint task forces and committees and otherwise colluded for the avowed purpose of providing information about AFFF-containing PFOA and/or PFOS to the public and to government agencies, but with the true, unlawful purpose of:

a.    Creating a market for AFFF-containing PFOA and/or PFOS despite knowledge of the hazards which PFOA and PFOS posed to the groundwater in Washington and the residents who depend on such water;

b.    Concealing the environmental properties and toxic nature of PFOA and PFOS, and its impact on Plaintiffs, the Class, and the environment; and

c.    Maximizing profits in a way Defendants knew would require them to contaminate Plaintiffs' drinking water and poison their bodies.

5.28    Defendants carried out their conspiracy by one or more of the following overt acts or omissions:

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 279

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

a.     Intentionally representing to the public that AFFF-containing PFOA and/or PFOS was safe and did not pose an environmental or human health risk;

b.     Concealing the dangers of PFOA and PFOS (including toxicological information on the dangers of the chemicals to living organisms, adverse fate and transport characteristics and the propensity of PFOA and PFOS to contaminate groundwater) from the government and the public by, among other means, repeatedly requesting that information about the dangers and health effects of PFOA and PFOS be suppressed and not otherwise published and by downplaying any adverse findings relating to PFOA and PFOS;

c.     Concealing the dangers of AFFF-containing PFOA and/or PFOS from end users, sensitive receptors, public water suppliers, and the users and consumers of groundwater;

d.     Using their consideration resources to fight PFOA and PFOS regulation; and

e.     Collectively deciding to use PFOA and/or PFOS rather than other, safer surfactants because AFFF-containing PFOA and/or PFOS was the most profitable surfactant for Defendants to use.

5.29     As a direct and proximate result of the Defendants' above described conspiracy, PFOA and PFOS, at all times relevant to this litigation has:

a.     Posed and continues to pose a health threat to Plaintiffs and the Class because it has bioaccumulated in their bodies; and

b.     Will require testing and monitoring of Plaintiffs' health for known adverse health effects of PFOA and PFOS.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 280

# VI.    CAUSES OF ACTION FOR CLASS ACTION AND INDIVIDUAL CLAIMS

## A.    First Cause of Action: Negligence

6.1    Plaintiffs hereby repeat, reallege, and reiterate each and every allegation in the preceding paragraphs as if fully restated herein.

6.2    This cause of action is brought pursuant to Washington State statutory and common law, to include but not limited to Chapter 4.22 RCW.

6.3    Defendants knew or should have known that exposure to PFOA and PFOS was hazardous to the environment and to human health.

6.4    Defendants knew or should have known that the manner in which they were manufacturing, marketing, and selling AFFF, containing PFC's, was hazardous to human health, bioaccumulated in the blood, and caused serious health effects, including cancer.

6.5    Defendants also knew or should have known that PFC's are highly soluble in water, highly mobile, extremely persistent in the environment, and high likely to contaminate water supplies if released into the environment.

6.6    Defendants knew or should have known that the manner in which they were manufacturing, marketing, and selling AFFF containing PFC's would result in the contamination of the municipal and private well drinking supplies of Airway Heights and Medical Lake, as a result of these communities' proximity to Fairchild AFB.

6.7    Defendants owed a duty to Plaintiffs to act reasonably and not place inherently dangerous AFFF into the marketplace when its release into the drinking water supplies was imminent and certain.

6.8    Defendants marketed and sold their products with knowledge that AFFF containing large quantities of toxic PFC's would be used in training exercises and in

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

emergency situations at military bases, including Fairchild AFB, in such a manner that dangerous chemicals would be released into the environment.

6.9     Further, Defendants marketed and sold their products with knowledge that AFFF containing large quantities of toxic PFC's would be stored in fire suppressant systems and tanks on USAF Bases and that such systems and storage were used and maintained in such a manner that dangerous chemicals would be released into the environment.

6.10     Knowing of the dangerous and hazardous properties of AFFF, and the manner in which AFFF would be used, stored, and maintained at Fairchild AFB, it was foreseeable that AFFF would contaminate the surrounding environment, groundwater, and drinking water supplies of Airway Heights, AHCC, and Medical Lake, as a result of these communities' proximity to Fairchild AFB.

6.11     Defendants therefore knew or should have known that safety precautions would be required to prevent the release of PFOA and PFOS into the surrounding environment, groundwater, and drinking water supplies.

6.12     The magnitude of the burden on the Defendants to guard against this foreseeable harm to Plaintiffs and the Class was minimal, as the practical consequences of placing this burden on the Defendants amounted to a burden to provide adequate instructions, proper labeling, and sufficient warnings about their AFFF products.

6.13     As manufacturers, Defendants were in the best position to provide adequate instructions, proper labeling, and sufficient warnings about their AFFF products.

6.14     Considering the above factors related to risk, foreseeability, social utility, burden of guarding against the harm, and the practical consequences of placing that burden on the Defendants, the Defendants therefore owed a cognizable duty to Plaintiffs and the Class

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

not to contaminate their municipal and private well drinking water supplies and the surrounding environment and groundwater with AFFF, containing dangerous levels of PFC's.

6.15    Defendants had a duty to warn of the hazards associated with AFFF, containing PFC's, entering and poisoning the environment and groundwater.

6.16    Defendants, as manufacturers, marketers, and sellers of AFFF owed Plaintiffs and the Class a cognizable duty to exercise reasonable care to ensure that AFFF was manufactured, marketed, and sold in such a way as to ensure that the end users of AFFF were aware of the potential harm PFOA and PFOS can cause to human health and the environment.

6.17    Upon learning of the release of the contaminants, all Defendants owed Plaintiffs and the Class a duty to warn and notify Plaintiffs and the Class of the release of the contamination before it injured Plaintiffs and the Class and/or to act reasonably to minimize the damage to Plaintiffs.

6.18    Defendants breached their duty by allowing PFOA and PFOS to be released into the municipal and private well drinking water supplies of Airway Heights, AHCC, and Medical Lake, and through their failure to warn and notify the end users of AFFF of the danger that PFOA and PFOS would enter into the environment and groundwater.

6.19    As such, the Defendants, negligently, grossly negligently, recklessly, willfully, wantonly, and/or intentionally breached their legal duties to the Plaintiffs and the Class, causing the contamination of the municipal and private well drinking water supplies utilized by the Plaintiffs and the Class.

6.20    Defendants further breached the duties owed to the Plaintiffs and the Class by failing to take reasonable, adequate, and sufficient steps or actions to eliminate, correct, or remedy any contamination after it occurred.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 283

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

6.21     Defendants' failure to notify the Plaintiffs and the Class in a timely manner of the contamination of the municipal and private well drinking water supplies, and, consequently, the presence of PFOA and PFOS constitutes another breach of the duties that Defendants owed Plaintiffs and the Class.

6.22     Defendants' breaches of their duties were direct and proximate causes of Plaintiffs' and the Class' injuries, damages, and the imminent, substantial, and impending harm to their health.

6.23     Defendants' breaches of their duties caused the drinking water in both the municipal and private well supplies to become contaminated with unsafe and dangerous levels of PFOA and PFOS.

6.24     Further, Defendants' breach of their duty to timely notify the AHCC and the surrounding community and act reasonably in warning of the presence of PFOA and PFOS in AFFF, Plaintiffs and the Class were forestalled from undertaking effective and immediate remedial measures, and Plaintiffs and the Class have expended and/or will be forced to expend significant resources to test, monitor, and remediate the effects of Defendants' negligence for many years.

6.25     Plaintiffs and the Class suffered foreseeable injuries and damages as a proximate result of said Defendants' negligent breach of their duties as set forth above. At the time Defendants breached their duties to Plaintiffs and the Class, Defendants' acts and/or failures to act posed recognizable and foreseeable possibilities of danger to Plaintiffs and the Class so apparent as to entitle them to be protected against such actions or inactions.

6.26     Accordingly, Plaintiffs and the Classes seek damages from Defendants, in an amount to be determined at trial, directly resulting from their injuries to their persons in a sufficient amount to compensate them for the injuries and losses sustained including injuries

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

to persons, including the need for medical monitoring as an element of damages, and actual, consequential, and nominal damages, flowing from the negligence which are the natural and proximate result of Defendants' conduct in an amount to be proved at trial.

**B.     Second Cause of Action: Medical Monitoring**

6.27    Plaintiffs hereby repeat, reallege, and reiterate each and every allegation in the preceding paragraphs as if fully restated herein.

6.28    This cause of action is brought pursuant to federal and Washington State statutory and common law.

6.29    Medical monitoring is available to Plaintiffs and Class Members who have yet to sustain a present injury as a stand-alone cause of action as the increased risk of developing the diseases and conditions discussed supra constitute an injury-in-fact and also as an element of damages associated with Plaintiffs and Class Members other claims for those Plaintiffs and Class Members who have sustained a present injury.

6.30    A claim for medical monitoring requires (1) significant exposure to a proven hazardous substance through the negligent actions of defendant; (2) an increased risk of contracting a serious latent disease as a proximate result of exposure; (3) increased risk makes periodic diagnostic medical examinations reasonably necessary; and (4) monitoring and testing procedures exist which make the early detection and treatment of the disease possible and beneficial. See *Durfey v. E.I. DuPont De Nemours & Co.*, 59 F.3d 121, 123 (9th Cir. 1995) citing In re *Paoli R.R. Yard PCB* Litig., 916 F.2d 829, 852 (3rd Cir. 1990); see also, *Krottner v. Starbucks Corp.*, 628 F.3d 1139, 1142 (9th Cir. 2010).

6.31    Defendants knew or should have known that the manner in which they were manufacturing, marketing, and selling AFFF containing PFC's would result in the contamination of the municipal and private well drinking water supplies of Airway Heights,

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 285

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

1  AHCC, and Medical Lake, as a result of these communities' proximity to the Fairchild Air
2  Force Base.

3      6.32    Defendants knew or should have known that exposing humans to PFC-
4  contaminated water would be hazardous to human health and the environment.

5      6.33    The Plaintiffs and the Classes have been exposed to PFOA, PFOS, and
6  potentially other toxic substances that resulted from the use, storage, and discharge of AFFF
7  at Fairchild AFB.

8      6.34    As described more fully above in this Complaint, PFOA and PFOS exposure
9  leads to the bioaccumulation of PFOA and PFOS in the blood, seriously increasing the risk of
10 contracting numerous diseases. Medical tests currently exist that can determine the level of
11 PFOA and PFOS in the blood.

12     6.35    Given that exposure to and bioaccumulation of PFOA and PFOS significantly
13 increases the risk of contracting a serious medical condition, periodic medical examinations to
14 detect latent diseases are both reasonable and necessary. A thorough medical monitoring plan,
15 following common and accepted medical practices, can and should be developed for the
16 Plaintiffs and the Classes to assist in the early detection and beneficial treatment of the diseases
17 that can develop as a result of exposure to PFOA and PFOS.

**C.    Third Cause of Action: Products Liability – Failure to Warn**

     6.36    Plaintiffs hereby repeat, reallege, and reiterate each and every allegation in the
preceding paragraphs as if fully restated herein.

     6.37    This cause of action is brought pursuant to Washington State statutory and
common law, to include but not limited to Chapter 7.72 RCW.

     6.38    Defendants knew or should have known that exposure to PFOA and PFOS was
hazardous to the environment and to human health.

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 286

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

6.39    Defendants knew or should have known that the manner in which they were manufacturing, marketing, and selling AFFF, containing PFC's, was hazardous to human health and the environment.

6.40    Defendants knew or should have known that the manner in which they were manufacturing, marketing, and selling AFFF containing PFC's would result in the contamination of the municipal and private water supply as a result of its proximity to Fairchild AFB.

6.41    Defendants had the duty to warn of the hazards associated with AFFF entering and poisoning the environment and groundwater because they knew of the dangerous, hazardous and toxic properties of the AFFF.

6.42    Defendants failed to provide sufficient warning that the use and storage of Defendants' product would cause the product to be released into the environment and cause the contamination of the environment, groundwater, and drinking water, with PFOA and PFOS.

6.43    Further, this contamination led to the exposure and bioaccumulation of PFOA and PFOS of the Plaintiffs and the Class and increased their risk of developing numerous diseases as more fully set forth above.

6.44    Adequate instructions and warnings on the AFFF products could have reduced or avoided these foreseeable risks of harm to Plaintiffs and the Class.

6.45    Had Defendants provided adequate warnings, Plaintiffs and the Class could have taken measures to avoid or lessen their exposure.

6.46    Had Defendants provided adequate warnings to the end users, steps could have been taken to reduce or prevent the release of PFOA and PFOS into the environment, groundwater, and drinking water.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

6.47   Defendants' failure to warn was a direct and proximate cause of the environmental and health impacts from PFOA and PFOS that came from the use, storage and disposal of AFFF at Fairchild AFB.

6.48   As such, Defendants' failure to provide adequate and sufficient warnings for the AFFF that they manufactured, marketed, and sold renders the AFFF a defective product.

6.49   As a result of Defendants' conduct and the resulting contamination, the Plaintiffs and the Classes have been injured in that their exposure to PFOS, PFOA, and potentially other toxic substances has caused them to develop illnesses associated with this exposure as more fully described and/or significantly increased their risk of developing those illnesses.

6.50   As a result of Defendants' manufacture, sale or distribution of a defective product, Defendants are strictly liable in damages to the Plaintiffs and Class Members.

6.51   Defendants' acts were willful, wanton, reckless and/or conducted with a reckless indifference to the rights of Plaintiffs and Class Members.

**D.   Fourth Cause of Action: Products Liability – Defective Design**

6.52   Plaintiffs hereby repeat, reallege, and reiterate each and every allegation in the preceding paragraphs as if fully restated herein.

6.53   This cause of action is brought pursuant to Washington State statutory and common law, to include but not limited to Chapter 7.72 RCW.

6.54   Defendants knew or should have known that exposure to PFOA and/or PFOS was hazardous to the environment and to human health.

6.55   Defendants knew or should have known that the manner in which they were manufacturing, marketing, and selling AFFF, containing PFOA and/or PFOS, was hazardous to human health and the environment.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

6.56    Defendants knew or should have known that the manner in which they were manufacturing, marketing, and selling AFFF containing PFOA and/or PFOS would result in the contamination of the municipal and private water supply as a result of its proximity to Fairchild AFB.

6.57    Knowing of the dangerous and hazardous properties of the AFFF, Defendants could have manufactured, marketed, and sold alternative designs or formulations of AFFF that did not contain PFOA or PFOS.

6.58    These alternative designs and/or formulations were already available, practical, and technologically feasible.

6.59    The use of these alternative designs would have reduced or prevented the reasonably foreseeable harm to persons caused by the Defendants' manufacture, marketing, and sale of AFFF that contained PFOA or PFOS.

6.60    Additionally, the AFFF that was manufactured, marketed, and sold by the Defendants contained PFOA and/or PFOS chemicals that were so toxic and dangerous to human health and the environment, mobile, and persistent, that the act of designing, formulating, manufacturing, marketing, and selling this product was unreasonably dangerous under the circumstances.

6.61    Further, this contamination then led to the exposure and bioaccumulation of PFOA and PFOS to the residents and inmates in the Communities and at AHCC and increased their risk of numerous diseases.

6.62    The AFFF manufactured, marketed, and sold by the Defendants was defectively designed as the foreseeable risk of harm could have been reduced or eliminated by the adoption of a reasonable, alternative design that was not unreasonably dangerous.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

6.63    Defendants' defective design and formulation of AFFF was a direct and proximate cause of the environmental and health impacts from PFOA and PFOS, that came from the use and storage of AFFF at Fairchild AFB.

6.64    As a direct result of Defendants' defective design and formulation of AFFF, the resulting contamination, the Plaintiffs and the Classes have been injured in that their exposure to PFOS, PFOA, and potentially other toxic substances has caused them to develop illnesses associated with this exposure as more fully described and/or significantly increased their risk of developing those illnesses.

6.65    As a result of Defendants' design and formulation of a defective product, Defendants are strictly liable in damages to the Plaintiffs and Class Members.

6.66    Defendants' acts were willful, wanton, reckless and/or conducted with a reckless indifference to the rights of Plaintiffs and Class Members.

**E.    Fifth Cause of Action: Violation of Uniform Voidable Transactions Act (E. I. Du Pont de Nemours and Company, The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., and DuPont de Nemours, Inc.)**

6.67    Plaintiffs and the Class hereby repeat, reallege, and reiterate each and every allegation in the preceding as if fully restated herein.

6.68    Plaintiffs and the Subclasses seek equitable and other relief pursuant to the Uniform Voidable Transaction Act (UVTA), as adopted by the State of Washington, against E. I. Du Pont de Nemours and Company, The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., and DuPont de Nemours, Inc. (collectively the UVTA Defendants). Rev. Code Wash. (ARCW) § 19.40.011 et seq.

6.69    Under the UVTA: "[a] transfer made or obligation incurred by a debtor is voidable as to a creditor, whether the creditor's claim arose before or after the transfer was

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 290

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

made or the obligation was incurred, if the debtor made the transfer or incurred the obligation: (a) With actual intent to hinder, delay, or defraud any creditor of the debtor; or (b) Without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor: (i) Was engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction; or (ii) Intended to incur, or believed or reasonably should have believed that the debtor would incur, debts beyond the debtor's ability to pay as they became due. Rev. Code Wash. (ARCW) § 19.40.041.

6.70    The UVTA Defendants have (a) acted with actual intent to hinder, delay and defraud parties, and/or (b) without receiving a reasonably equivalent value in exchange for the transfer or obligation, and (i) were engaged or were about to engage in a business for which the remaining assets of The Chemours Company were unreasonably small in relation to the business; or (ii) intended to incur, or believed or reasonably should have believed that The Chemours Company would incur, debts beyond its ability to pay as they became due.

6.71    UVTA Defendants engaged in acts in furtherance of a scheme to transfer E. I. Du Pont de Nemours and Company's assets out of the reach of parties such as Plaintiffs and the Subclasses that have been damaged as a result of the UVTA Defendants' conduct, omissions, and actions described in this Complaint.

6.72    It is primarily E. I. Du Pont de Nemours and Company, rather than The Chemours Company, that for decades manufactured, marketed, distributed and/or sold AFFF containing PFAS and PFAS for use in AFFF with the superior knowledge that they were toxic, mobile, persistent, bioaccumulative, and biomagnifying, and through normal and foreseen use, would contaminate the Plaintiff's drinking water supply and injure the Plaintiffs and the Subclasses.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

6.73    As a result of the transfer of assets and liabilities described in this Complaint, the UVTA Defendants have attempted to limit the availability of assets to cover judgments for all of the liability for damages and injuries from the manufacturing, marketing, distribution and/or sale of AFFF containing PFAS and PFAS for use in AFFF.

6.74    At the time of the transfer of its Performance Chemicals Business to The Chemours Company, E. I. Du Pont de Nemours and Company had been sued, threatened with suit and/or had knowledge of the likelihood of litigation to be filed regarding DuPont's liability for damages and injuries from the manufacturing, marketing, distribution and/or sale of AFFF containing PFAS and/or PFAS compounds for use in AFFF.

6.75    The UVTA Defendants acted without receiving a reasonably equivalent value in exchange for the transfer or obligation, and E. I. Du Pont de Nemours and Company believed or reasonably should have believed that The Chemours Company would incur debts beyond The Chemours Company's ability to pay as they became due.

6.76    At all times relevant to this action, the claims, judgment and potential judgments against The Chemours Company potentially exceed The Chemours Company's ability to pay.

6.77    Pursuant to Rev. Code Wash. (ARCW) § 19.40.041, Plaintiffs and the Subclasses seek avoidance of the transfer of E. I. Du Pont de Nemours and Company's liabilities for the claims brought in this Complaint and to the UVTA Defendants liable for any damages or other remedies that may be awarded by the Court or jury under this Complaint.

6.78    Plaintiffs and the Subclasses further seek all other rights and remedies that may be available to it under UVTA, including prejudgment remedies as available under applicable law, as may be necessary to fully compensate Plaintiffs and the Subclasses for the damages and injuries they have suffered as alleged in this Complaint.

The Law Office of Michael Blue, PS
3213 West Wheeler Street, #58
Seattle, WA 98199
PH: 206-292-6730
FX: 206-284-8079

## VII.     CLAIM FOR PUNITIVE DAMAGES

7.1     Plaintiffs and the Class hereby repeat, reallege, and reiterate each and every allegation in the preceding as if fully restated herein.

7.2     Upon information and belief, Defendants engaged in willful, wanton, malicious, and or/reckless conduct that caused the foregoing damage, nuisances, and injuries upon the persons and properties of Plaintiffs and the Class, disregarding their protected rights.

7.3     Defendants' willful, wanton, malicious, and/or reckless conduct includes but is not limited to Defendants' failure to take all reasonable measures to ensure PFOA and PFOS, which they knew to be carcinogenic, was not ingested by Plaintiffs and the Class.

7.4     Defendants have caused great harm to the water supplies utilized by the Plaintiffs and the Class and demonstrated an outrageous conscious disregard for their safety with implied malice, warranting the imposition of punitive damages.

## VIII.     PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiffs and the Class demand judgment against Defendants, and each of them, jointly and severally, and request the following relief from the Court:

8.1     Class Certification. A finding that this action should proceed as a class action under CR 23.

8.2     Certification of the proposed Sub-Classes;

8.3     A declaration that Defendants acted with negligence, gross negligence, and/or willful, wanton, and careless disregard for the health and safety of Plaintiffs and members of the Class;

8.4     An order establishing a medical monitoring protocol for Plaintiffs and the Class;

*The Law Office of Michael Blue, PS*
3213 West Wheeler Street, #58
Seattle, WA  98199
PH: 206-292-6730
FX: 206-284-8079

8.5    An award to Plaintiffs and the Class of general, compensatory, exemplary, consequential, nominal, and punitive damages;

8.6    An order for an award of attorney fees and costs, as provided by law;

8.7    Pre-judgment and post-judgment interest as provided by law; and

8.8    An order for all such other relief the Court deems just and proper.

## IX.    JURY DEMAND

Plaintiffs demand a trial by jury of any and all issues in this matter so triable.

DATED this 5th day of May, 2020.

*THE LAW OFFICE OF MICHAEL BLUE, P.S.*

Michael Blue, WSBA No. 22368
Michael@michaelblue.com
Attorney for Plaintiffs

CLASS ACTION COMPLAINT WITH INDIVIDUAL
CLAIMS AND DEMAND FOR JURY TRIAL - 294